# Exhibit 6



advertisement

Credit Cards   Top Deals   Deal of the Day   Gift Cards   Gift Ideas   For Your Business

Search Best Buy

Gaithersburg   |   Cart

**Products**   **Brands**   **Deals**   **Services**

Account   Recently Viewed   Order Status   Saved Items

Best Buy › Computers & Tablets › Laptops › All Laptops › PC Laptops

Share   Print

**Explore the HP Spectre Collection**
Show details ∨

You're viewing

HP - Spectre Folio Leather 2-in-1 13.3" Touch-Screen Laptop - Intel Core i7 - 8GB Memory - 256GB Solid State Drive... (195)
~~$1,399.99~~
$999.99

HP - Spectre x360 2-in-1 13.3" Laptop - Intel Core i7 - 8GB Memory - 512GB SSD + 32GB Optane - Natural Silver,... (61)
$1,299.99

HP - Spectre x360 2-in-1 13.3" 4K OLED Ultra HD Touch-Screen Laptop - Intel Core i7 - 16GB Memory - 1TB SSD + 32... (60)
$1,799.99

HP - Spectre x360 2-in-1 15.6" 4K Ultra HD Touch-Screen Laptop - Intel Core i7 - 16GB Memory - 512GB SSD + 32GB... (273)
$1,599.99

## HP - Spectre Folio Leather 2-in-1 13.3" Touch-Screen Laptop - Intel Core i7 - 8GB Memory - 256GB Solid State Drive - Cognac Brown

**Model:** 13-AK0013DX   **SKU:** 6301872

4.6 (195 Reviews) ∨   43 Answered Questions

Price Match Guarantee
**$999.99**
Save $400   Was $1,399.99

| $83.34/mo.*
suggested payments with 12-Month Financing
Show me how ›

Free item with purchase ⚠ $29.99 value

Hot offer Save $20 on Microsoft Office with Device

**Color:** Cognac Brown

🛡 **Protect your product**
(1,305)

1-Year Accidental Geek Squad Protection   $183.99
About $15.33/mo.

2-Year Accidental Geek Squad Protection   $253.99
About $10.58/mo.

3-Year Accidental Geek Squad Protection   $303.99
About $8.44/mo.

Learn about Accidental Damage Plans

Help

**You might also need**

Office 365 Personal (1 Person) (12 Month Subscription+Auto Renew) - Android|Chrome|Mac|Windows|iOS   ~~$69.99~~ $49.99
Auto renews. Cancel any time.  See terms.

**FREE Shipping:** Get it by Wed, Jan 22
Shipping estimates for 20877

**Store Pickup:** Order now & Gaithersburg will have it ready for pickup by Sun, Jan 26. Available today at a store 5 miles away.

**See it in-store:** Rockville (5 miles away) is the closest store with a demo model on display.

🛒 Add to Cart

Build A Bundle

☐ Compare   🔖 Save

**Special Offers**
Save 50% on Select Mouse with Laptop
Save $30 or $50 on Printer with Device
50% Off Keyboard Combo with Computer
Save $10 on Malwarebytes with Purchase
Free Security with Qualifying Device
Show More

**Cardmember Offers**
12 Month Financing
6 Month Financing

Info Gallery 1   Info Gallery 2   Info Gallery 3

HP Spectre Folio Overview   HP Spectre Folio Product Demo   HP Spectre Folio 360 View

## Our experts recommend

Item you're currently viewing









**+**

$999.99
Save $400   Was $1,399.99
Offer disclaimer

Office 365 Personal (1 Person) (12
Month Subscription-Auto Renew) -
Android|Chrome|Mac|Windows|iOS
(20,400)

🔲 Bundle & Save

$49.99
Save $20   Was $69.99

☑ Selected

Logitech - MX Anywhere 2S
Wireless Laser Mouse - Black
(1,196)

🔲 Bundle & Save

$39.20
Save $40.79   Was $79.99

☑ Selected

Microsoft - Ergonomic Keyboard -
Black
(16)

↑ Top

🔲 Bundle & Save

$41.99
Save $18   Was $59.99

☑ Selected

Subtotal:  **$1,131.17**   🛒 **Add 4 Items to Cart**

   **+**      **+**      **+**   

**Have everything you need?**

See our recommended accessories ›

**‹**                                                                                                          **›**

## Overview   ⌃

Description

Make media more fun with this HP Spectre Folio convertible laptop. Three possible screen positions let you watch videos or edit photos in comfort, and its powerful Intel Core i7 processor is ideal for gaming. This HP Spectre Folio convertible laptop has a 256GB M.2 solid-state drive, ensuring speed and ample storage.

Help

**Learn more about the HP Spectre Folio ›**

 **Laptop Buying Guide ›**

Features

**HP finish in cognac brown with a pebbled leather finish and dark ash silver**
Elevates the design with a touch of elegance.

**Windows 10 operating system**
Windows 10 brings back the Start menu from Windows 7 and introduces new features, such as the Edge web browser that lets you mark up web pages on your screen. Learn more ›

**Built for Windows Ink**
With Windows Ink-compatible computers, you can take notes on screen, mark up photos and screenshots, or create content through ink-enabled apps. Learn more ›

**13.3" Full HD touch screen**
The 1920 x 1080 resolution boasts impressive color and clarity. Natural finger-touch navigation makes the most of Windows 10. The IPS technology ensures wide viewing angles. Features energy-efficient LED backlight.

**8th-generation Intel® Core™ i7-8500y mobile processor**
Features an ultra-low-voltage platform. Dual-core, four-way processing provides maximum high efficiency. The Intel Turbo Boost 2.0 technology delivers dynamic extra power when you need it.

**8GB system memory for advanced multitasking**
Substantial high-bandwidth RAM lets you smoothly run your games and photo- and video-editing applications, as well as multiple programs and browser tabs at the same time.

**256GB solid-state drive (PCI-e)**
Save files fast, and store more data. With massive amounts of storage and advanced communication power, PCI-e SSDs are great for major gaming applications, multiple servers, daily backups, and more.

**Convertible design**
Seamlessly switch between high-functioning laptop and portable tablet forms. The durable hinge makes it quick and simple to dock and detach the display from the keyboard.

**Cloud support lets you access your files anywhere**
Store your photos, videos, documents and other files on Dropbox for secure access across multiple devices (fees may apply).

**Intel® UHD Graphics 615**
On-processor graphics with shared video memory provide everyday image quality for Internet use, basic photo editing and casual gaming.

**Weighs 3.2 lbs. and measures 0.6" thin overall**
Features an ultraportable design with a smaller screen size, DVD/CD drive omitted to achieve the compact form factor, and 6-cell lithium-ion polymer batteries (one each, laptop base and display).

**Two Thunderbolt 3 ports for connecting advanced monitors and external drives**
This single interface supports high-speed data, high-definition video and power over cable for bus-powered devices and is ideal for digital content creators.

**Next-generation wireless connectivity**
Connects to your network or hotspots on all current Wi-Fi standards. Connect it to a Wireless-AC router for speed nearly 3x faster than Wireless-N.

**Built-in HP TrueVision HD webcam with dual-array digital microphone**
Makes it easy to video chat with family and friends or teleconference with colleagues over Skype or other popular applications. Automatically adjusts for available light.

↑
Top

**Backlit keyboard for easy typing in dim or dark locations**
Features an island-style keyboard with chiclet keys, built-in 10-key numeric keypad to quickly input numbers, and wide-type HP ClickPad touch pad with 2-finger support for multitouch gestures.

**Software package included**
HP Support Assistant. Jumpstart, Command Center, ePrint, Audio Switch, Connection Optimizer. Netflix. Dropbox. McAfee LiveSafe.

**Additional ports**
DisplayPort output and headphone/microphone combo jack.
Note: This laptop does not include a built-in DVD/CD drive.

Intel, Pentium, Celeron, Core, Atom, Ultrabook, Intel Inside and the Intel Inside logo are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

| | |
|---|---|
| **Included Free** | A $29.99 value! |
| **What's Included** | **AC adapter** |
| | **HP Digital Pen in dark ash silver** |
| | **HP Spectre Folio Leather 2-in-1 13.3" Touch-Screen Laptop - Intel Core i7 - 8GB Memory - 256GB Solid State Drive** |
| | **USB-C to USB-A dongle** |
| **Energy Ratings** | ENERGY STAR Certified |
| **Manuals & Guides** | Product Datasheet/Brochure (PDF) |

# Specifications

^
Help

## Key Specs

| | |
|---|---|
| **2-in-1 Design** ⓘ | Yes |
| **Backlit Keyboard** ⓘ | Yes |
| **Screen Size** ⓘ | 13.3 inches |
| **Touch Screen** ⓘ | Yes |
| **Storage Type** | SSD |
| **Total Storage Capacity** | 256 gigabytes |
| **Solid State Drive Capacity** ⓘ | 256 gigabytes |
| **System Memory (RAM)** ⓘ | 8 gigabytes |
| **Graphics** ⓘ | Intel UHD Graphics 615 |
| **Processor Model** ⓘ | Intel 8th Generation Core i7 |
| **Processor Model Number** | i7-8500Y |
| **Operating System** ⓘ | Windows 10 Home |
| **Battery Life** ⓘ | 15.5 hours |
| **Battery Type** | Lithium-ion polymer |

## General

| | |
|---|---|
| **Product Name** | Spectre Folio Leather 2-in-1 13.3" Touch-Screen Laptop - Intel Core i7 - 8GB Memory - 256GB Solid State Drive |
| **Brand** | HP |
| **Model Number** | 13-AK0013DX |
| **Color** | Cognac Brown |
| **Color Category** | Brown |

## Feature

| | |
|---|---|
| **Windows Features** | Windows Ink |
| **2-in-1 Design** ⓘ | Yes |
| **Touchpad Type** | Multi-touch |

Backlit Keyboard ⓘ

| | | | |
|---|---|---|---|
| **Ports** | Headphone Jack | Yes | ↑ Top |
| | Number of USB Type C Charging Ports | 1 | |
| | Number of Thunderbolt 3 Ports | 2 | |
| **Display** | Screen Size ⓘ | 13.3 inches | |
| | Screen Resolution ⓘ | 1920 x 1080 (Full HD) | |
| | Touch Screen ⓘ | Yes | |
| | Display Type | Full HD Widescreen LED | |
| | Stylus Input ⓘ | Built for Windows Ink (Active) | |
| **Storage** | Storage Type | SSD | |
| | Total Storage Capacity | 256 gigabytes | |
| | Solid State Drive Capacity ⓘ | 256 gigabytes | |
| | Solid State Drive Interface ⓘ | PCIe | |
| **Memory** | System Memory (RAM) ⓘ | 8 gigabytes | |
| | Type of Memory (RAM) ⓘ | LPDDR3 | |
| | System Memory RAM Speed ⓘ | 1866 megahertz | |
| | Cache Memory ⓘ | 4 megabytes | |
| **Graphics** | Graphics ⓘ | Intel UHD Graphics 615 | |
| | Graphics Type ⓘ | Integrated | |
| | Video Memory Type | Shared | Help |
| **Processor** | Processor Brand | Intel | |
| | Processor Model ⓘ | Intel 8th Generation Core i7 | |
| | Processor Model Number | i7-8500Y | |
| **Connectivity** | Internet Connectivity | Wi-Fi | |
| | Bluetooth Enabled ⓘ | Yes | |
| **Network** | Wireless Networking ⓘ | Wireless-AC, Wireless-B, Wireless-G, Wireless-N | |
| | Ethernet Card ⓘ | 10/100/1000 | |
| **Compatibility** | Operating System ⓘ | Windows 10 Home | |
| **Included** | Built-In Webcam | Yes | |
| | Blu-Ray Player | No | |
| | Optical Drive Type ⓘ | None | |
| | Stylus Included | Yes | |
| | Included Software | HP Support Assistant, HP Jumpstart, Netflix, HP Command Center, HP ePrint, Dropbox, HP Audio Switch, HP Connection Optimizer, McAfee LiveSafe | |
| | Additional Accessories Included | HP Digital Pen in dark ash silver, USB-C to USB-A dongle | |
| **Power** | Battery Life ⓘ | 15.5 hours | |
| | Battery Cells | 6-cell | |
| | Battery Type | Lithium-ion polymer | |
| **Dimension** | Product Height | 0.6 inches | |
| | Product Width | 12.6 inches | |

| | | |
|---|---|---|
| | Product Depth | 9.23 inches |
| | Product Weight | 3.24 pounds |

↑ Top

| | | |
|---|---|---|
| Audio | Audio Technology | Bang & Olufsen Audio |
| | Speaker Type | Quad speakers |
| Certifications & Listings | ENERGY STAR Certified ⓘ | Yes |
| | EPEAT Qualified ⓘ | Yes |
| | EPEAT Level ⓘ | Silver |
| Warranty | Manufacturer's Warranty - Parts | 1 Year |
| | Manufacturer's Warranty - Labor | 1 Year |
| Other | UPC | 193015134423 |

**Reviews**   (195)   ⌄

**Questions & Answers**   ⌄

**Frequently Bought Together**   ⌄

**From the Manufacturer**   ⌄

**Compare Upgrades**   ⌄

Help

❮                                                                          ❯

❮                                                                          ❯

❮                                                                          ❯



Apple 16"
MacBook Pro ...
**$2,249.00**
Adorama Cam... ▾ [Ad]

HP Chromebook
14 G5 - 14" - ...
**$256.99**
Insight ▾ [Ad]

Lenovo IdeaPad
S340 Laptop - ...
**$379.99**
Lenovo ▾ [Ad]

consumerreports.org ▾
[Ad] **Best Laptops - Consumer Reports® - Official Site - Access Now**
Browse Our Unbiased Ratings On Laptop Computers Before You Buy. Join For Digital Access To Ratings and Reviews! Unlimited Digital Access. Expert Buying Advice. Non-Profit & Independent. Scientific Testing. 140+ Research Experts. Nonprofit. Over 100 Testing Experts. 8,500+ Products Rated. On Your Side Since 1936. 80 Years of Testing. Types: Laptop, Desktop Computer.

Recommended Laptops
View Our Independent Ratings &
Find The Best Laptop Computers.

Best Laptop Brands
Browse Laptop Computer Reviews
To Find Reliable, Top-Rated Brands.

bkatu.com ▾
[Ad] **University of D.C - Laptops From the Campus Store - Up to $200 Off The Pixelbook**
Get the Best Deals on High Quality Laptops from The Campus Store! Receive PayPal Credit. Now Accepting PayPal. Use Your PayPal Credit. Types: Supplies, Textbooks, Apparel.

Drives & Storage          Sale & Clearance Tech
Computer Accessories

advertisement

**Get the latest deals and more.**   Enter email address                                Sign Up

Best Buy app

Learn more ›

↑ Top

**My Best Buy ›**

View Points & Certificates

Member Offers

Sign in or Create Account

**Credit Cards ›**

Make a Payment at Citibank

Check Balance at Citibank

Credit Card Offers

Apply Now

**Orders & Returns ›**

Order Status

Shipping, Delivery & Store Pickup

Return & Exchange Promise

Price Match Guarantee

**Support & Services ›**

Customer Service

Protection Plans

Schedule a Service

Trade-In Program

Product Recalls

**Partnerships ›**

Affiliate Program

Developers

Best Buy Education

Best Buy for Business

Advertise with Us

**International Sites ›**

Best Buy Mexico

Best Buy Canada

Mobile Site

[×] Give Feedback

Prices and offers are subject to change. © 2020 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.

Help

# HP Spectre Folio Convertible 13-ak0013dx









### The PC boldly reinvented

Purposeful innovation, crafted from 100% genuine leather.[(24)] This bold new design pushes the boundaries of what you expect from a PC.

## Product overview

- **Boldly crafted from 100% genuine leather.** Durable chrome-tanned leather craftsmanship effortlessly merges timeless design and modern innovation.[(24)]
- **Groundbreaking design. 3 ways it adapts to you.** Thin, light, and easily adaptable—the HP Spectre Folio effortlessly adapts to your needs. Review documents and stay productive in laptop position, fold the screen flat, and edit photos in tablet, or slide the screen toward you for the perfect viewing stance for watching movies.
- **15 hours and 30 minutes of battery life never looked so good:** Your 24/7 life requires unstoppable technology that goes all day. With up to 15 hours and 30 minutes of battery[(70a)] and Intel® Core™ processors, this personal computer is always at the ready—allowing you to stay productive all day.

## Key specifications

- **Operating system: Windows 10 Home[(1)]**
- **Processor:** 8th Generation Intel® Core i7-8500Y[(26)]
- **Display:** 13.3-inch diagonal FHD[(19)] IPS micro-edge WLED-backlit touch screen with Corning® Gorilla® Glass 4 (1920 x 1080)
- **Memory:** 8 GB LPDDR3-1866 SDRAM (onboard)
- **Internal storage:** 256 GB PCIe® NVMe™ M.2 Solid State Drive[(15)(58)]
- **Graphics:** Intel® UHD Graphics 615[(14)]
- **Audio:** Bang & Olufsen with quad speakers
- **Battery life:**
  Up to 15 hours and 30 minutes (mixed usage)[(70a)]
  Up to 17 hours and 45 minutes (video playback)[(75)]
  Up to 12 hours (wireless streaming)[(90)]
- **Wireless:** Intel® 802.11b/g/n/ac (2x2)[(176a)] Wi-Fi and Bluetooth®[(26)] 4.2 Combo (MU-MIMO supported)
- **Camera:** Front-facing HP Wide Vision FHD IR Webcam with integrated dual array digital microphones[(89)]
- **Product weight:** 3.24 lb[(76)]
- **Keyboard:** Full-size island-style backlit keyboard
- **Included:**
  HP Digital Pen in dark ash silver
  USB-C™ to USB-A dongle

## Product features

- **Windows 10 Home:** Do great things with Windows Hello and Cortana.[(186b)]
- **Genuine leather. Exceptional craftsmanship.** This exquisitely designed PC, encased in Cognac Brown 100% genuine leather, is crafted with a thin, fanless design that adapts to your lifestyle. It's highly durable and won't wear over time.[(24)]
- **Exceptional design. Smooth transitions.** Move fluently between laptop, forward, and tablet positions on-the-go.
- **8th generation Intel® Core™ processor:** Upgraded performance with smooth responsiveness and fast load times for an exceptional PC experience. Stream premium content or even create your own.
- **Intel® UHD Graphics:** Smoothly stream content and play your favorite games.
- **PCIe SSD storage:** Get up to 17x faster performance than a traditional notebook hard drive.[(58)]
- **Fanless design:** Your PC runs cool and quiet with a design that eliminates the fan.
- **HP Fast Charge:** Go from 0 to 50% charge in approximately 30 minutes.[(72)]
- **Liberating battery life:** Take on the day without worrying about recharging.
- **Corning® Gorilla® Glass:** With strong, more durable protection, Corning® Gorilla® Glass displays stand up to everyday bumps and scrapes.

## Additional product features

- **Full HD IPS touchscreen:** Control your entertainment right from the screen and get crystal-clear quality with 178° wide-viewing angles.[(19)]
- **Micro-edge display with edge-to-edge keyboard:** This beautifully efficient design couples an ultra-thin bezel with an edge-to-edge keyboard.
- **HP Digital Pen included:** Sketch, blend, write, and navigate on your convertible PC with smooth control and astonishing accuracy.
- **Rock-solid connections:** With the latest 802.11 a/c (2x2) Wi-Fi adapter and Bluetooth® 4.2, all your connections are rock solid and up to 6 times faster than 802.11n 1x1.[(18)(19a)(26)]
- **MU-MIMO supported:** Pair with a MU-MIMO router for a smoother online experience in multi-device homes.
- **HP Wide Vision FHD IR Camera:** Easily log in through Windows Hello and video chat with an 88-degree wide-angle field of view.[(89)]
- **McAfee LiveSafe™:** Protect your operating system with a free 30-day McAfee LiveSafe™ trial.[(8)]

## Energy efficiency your way

HP is committed to global citizenship and environmental responsibility. Do the environment—and your wallet—a favor when you use the HP Spectre Folio Convertible that meets strict energy-efficiency and helps reduce your carbon footprint.

- ENERGY STAR® certified[(62)]
- EPEAT® Silver registered[(27)]
- Low Halogen[(61)]
- Mercury-free display backlights
- Arsenic-free display glass

## Warranty and support

Our Customer Support Team consistently provides quick, responsive assistance in the U.S., Canada and Latin America.

**Included with your product:**
- **HP's Hardware Limited Warranty:** Full warranty details are included with your product.
- **Technical Support for Software & initial set-up:** Warranty details are included with your product.

**Support Options:**
- **HP Support Assistant – HPSA:** Optimized to enhance your support experience. Help for your PC and HP printers whenever you need it.[(56)]
- **Online Support:** For technical support with this product, visit HP Customer Support http://support.hp.com.[(59)]
- **Social Media Support:** To find solutions, ask questions, and share tips, join us on the HP Support Forum at hp.com/go/supportforum, on Twitter at twitter.com/HPSupport, and Facebook at facebook.com/HPSupport.[(9)]








Audio by **BANG & OLUFSEN**

HP Spectre Folio Convertible 13-ak0013dx

## Specifications

| | |
|---|---|
| **Operating system** | • Windows 10 Home[1] |
| **Processor** | • 8th Generation Intel® Core i7-8500Y[2][5]<br>• Dual-Core |
| **Processor speed** | • 1.5 GHz base frequency, up to 4.2 GHz with Intel® Turbo Boost Technology[2][8] |
| **Processor cache** | • 4 MB cache |
| **Memory** | • 8 GB LPDDR3-1866 SDRAM (onboard) |
| **Accessible memory slots** | • Memory slot not user accessible |
| **Video graphics** | • Intel® UHD Graphics 615[14] |
| **Internal storage** | • 256 GB PCIe® NVMe™ M.2 Solid State Drive[5][G5][8] |
| **Finish and features** | • HP finish in cognac brown with a pebbled leather finish and dark ash silver keyboard deck |
| **Camera** | • Front-facing HP Wide Vision FHD IR Webcam with integrated dual array digital microphones[39] |
| **Display** | • 13.3-inch diagonal FHD[37W] IPS micro-edge WLED-backlit touch screen with Corning® Gorilla® Glass 4 (1920 x 1080) |
| **Wireless connectivity** | • Intel® 802.11b/g/n/ac (2x2)[12W] Wi-Fi and Bluetooth®[12W] 4.2 Combo (MU-MIMO supported) |
| **Audio** | • Bang & Olufsen with quad speakers |
| **Keyboard** | • Full-size island-style backlit keyboard |
| **Pointing device** | • HP Imagepad with multi-touch gesture support |
| **External notebook ports** | • 2 Thunderbolt™ 3 (Data up to 40Gb/s, Power Delivery, DisplayPort™ 1.2, HP Sleep and Charge)[41][5G]<br>• 1 USB Type-C™ 3.1 Gen 1 (Data up to 5Gb/s, Power Delivery, DisplayPort™ 1.2, HP Sleep and Charge)[41][6X2][5G]<br>• 1 USB 3.1 Gen 2 Type-A (HP Sleep and Charge)<br>• 1 Headphone-out/microphone-in combo jack |
| **Dimensions** | • **Unpackaged:** 12.60 in (W) x 9.23 in (D) x 0.60 in (H)<br>• **Packaged:** 15.75 in (L) x 5.55 in (W) x 13.07 in (H) |
| **Weight** | • **Unpackaged:** 3.24 lb[76]<br>• **Packaged:** 5.50 lb |
| **What's in the box** | • HP Digital Pen in dark ash silver<br>• USB-C™ to USB-A dongle |
| **Power** | • 6-cell 54.28 Wh Li-ion polymer<br>• 65W AC adapter |
| **Battery life** | • Up to 15 hours and 30 minutes (mixed usage)[75a]<br>• Up to 17 hours and 45 minutes (video playback)[75]<br>• Up to 12 hours (wireless streaming)[80] |
| **Warranty and support** | • 1-year limited hardware warranty. Additional information available at www.support.hp.com[69]<br>• 90 days limited technical support for software and initial setup (from date of purchase)[53] |

## Software

| | |
|---|---|
| **HP help and support** | • **HP Support Assistant:** Included with your computer, this free self-help tool makes it easier than ever to get help with your HP PC and printers.[56]<br>• **HP Jumpstart:** When you boot up your PC for the first time, get a personal walkthrough during the setup and an informative overview of your PC's features. |
| **Books, music, photos and videos** | • **Netflix:** Watch movies and TV online with subscription.[8] |
| **Productivity and tools** | • **HP Command Center:** Customize performance, fan speed and noise, and external temperature—all to meet your needs.<br>• **HP ePrint:** Wirelessly print from anywhere, anytime, on any HP ePrint-enabled printer.[85a]<br>• **Dropbox:** Keep your files safe, synced, and easy to share with Dropbox. If you don't have it today, sign up to get 25 GB of Dropbox space free for 12 months to save and access your photos, docs, and videos across all your devices.[22]<br>• **HP Audio Switch:** Easily switch between speaker and microphone sources with intuitive controls and a consistent app experience.<br>• **HP Connection Optimizer:** Get consistent and reliable Wi-Fi performance with software that automatically switches between the most efficient wireless access points.[39] |
| **Security and protection** | • **McAfee LiveSafe™:** Protect your operating system with a free 30-day McAfee LiveSafe™ trial.[42] |

## Additional Information

| | |
|---|---|
| **Product number** | • 4TL67UA#ABA |
| **Ad embargo date** | • 10/28/2018 |
| **UPC Code** | • 193015134423 |
| **Country of origin** | • China |
| **Tariff number** | • 8471300000 |
| **Pallet information** | • **Dimensions:** 47.24 in (L) x 39.37 in (W) x 46.0 in (H)<br>• **Total weight:** 331.00 lb<br>• **Layers:** 3<br>• **Products per layer:** 18 |
| **Battery regulatory data** | • **Transportation or storage regulations:** Y<br>• **UN# and proper shipping name:** UN3481 - Lithium ion batteries packed with equipment<br>• **Number of batteries:** 1<br>• **Primary battery regulated material:** 252g<br>• **Primary battery watt hours:** 54.28<br>• **Applicable CPSC regulations:** N |

## Learn more at hp.com

[7] Not all features are available in all editions or versions of Windows. Systems may require upgraded and/or separately purchased hardware, drivers, software or BIOS update to take full advantage of Windows functionality. Windows 10 is automatically updated, which is always enabled. ISP fees may apply and additional requirements may apply over time for updates. See http://www.microsoft.com. [5W] Multi-core is designed to improve performance of certain software products. Not all customers or software applications will necessarily benefit from use of this technology. Performance and clock frequency will vary depending on application workload and your hardware and software configurations. Intel's numbering is not a measurement of higher performance. Intel, Pentium, Intel Core, Celeron, Intel logo and the Intel Inside logo are trademarks of Intel Corporation in the U.S. and other countries. [8] Intel® Turbo Boost performance varies depending on hardware, software and overall system configuration. See http://www.intel.com/technology/turboboost/ for more information. [8] Internet access required and not included. Subscription required after 30 days trial period. McAfee, LiveSafe and the McAfee logo are trademarks or registered trademarks of McAfee, Inc. in the United States and other countries. [9] Internet access required and not included. Availability of public wireless access points limited. [14W] Shared video memory (UMA) uses part of the total system memory (RAM) for video performance. System memory dedicated to video performance is not available for other use by other programs. [15W] Actual formatted capacity is less. Portion of internal storage is reserved for preloaded content. [17W] Based on HP internal testing with MP4 playing, clamshell mode, 3 meter distance from wireless access point. Actual results may vary. [12W] Wireless access point and Internet service required. Availability of public wireless access points limited. The specifications for the 802.11ac Wi-Fi are draft specifications and are not final.  If the final specifications differ from the draft specifications, it may affect the ability of the PC to communicate with other 802.11ac Wi-Fi devices. [22] New Dropbox users are eligible to get 25 GB of Dropbox space free for 12 months from date of registration. For complete details and terms of use, including cancellation policies, visit the Dropbox website at www.dropbox.com. Internet service required and not included. [37W] Product exterior and outer keyboard is 100% genuine full grain leather as of 09/18/2018. [5G] Bluetooth® is a trademark owned by its proprietor and used by HP Inc. under license. [27] EPEAT® Silver registered where applicable. EPEAT registration varies by country. See www.epeat.net for registration status by country. Search keyword generator on HP's 3rd party option store for solar generator accessories at www.hp.com/go/options. [39] Full High Definition (FHD) content is required to view FHD images. [41] Transfer rate may vary. All performance specifications represent the typical specifications provided by HP's component manufacturers; actual performance may vary either higher or lower. [14] USB Type-C™ and USB-C™ are trademarks of USB Implementers Forum. [5G] DisplayPort™ and the DisplayPort™ logo are trademarks owned by the Video Electronics Standards Association (VESA®) in the United States and other countries. [53] Call 1.800.474.6836 or www.support.hp.com for more information on Care Packs available after 90 days. After 90 days, an incident fee may apply. [56] For more information visit hp.com/go/hpsupportassistant. (Link will vary outside of the U.S.) HP Support Assistant is available on Windows-based PCs. Internet connection required for updating and connecting to HP Support. [58] Based on HP internal testing using CrystalDiskMark benchmarking software. Performance is sequentially faster (read only) compared to traditional 5,400 rpm HDD. [60] Some features including voice supported Cortana, inking, and Continuum require Windows 10 and more advanced hardware. See www.windows.com. Apps and pen sold separately. [61] External power supplies, power cords, cables and peripherals are not Low Halogen. Service parts obtained after purchase may not be Low Halogen. [62] ENERGY STAR and the ENERGY STAR mark are registered trademarks owned by the U.S. Environmental Protection Agency. [75a] Windows 10 MM14 battery life will vary depending on various factors including product model, configuration, loaded applications, features, use, wireless functionality, and power management settings.  The maximum capacity of the battery will naturally decrease with time and usage.  See https://bapco.com/products/mobilemark-2014/ for additional details. The battery capacity decreases to less than 100 percent when the  computer operates under high temperatures for an extended period of time. [75] Recharges your battery up to 50% within 30 minutes when the system is off (using "shut down" command). Recommended for use with the HP adapter provided with the notebook, not recommended with a smaller capacity battery charger. After charging has reached 50% capacity, charging speed will return to normal speed. Charging time may vary +/-10% due to System tolerance. [76] Weight will vary by configuration. [80] USB-C™ to USB-A dongle included. Actual battery life will vary depending on configuration and maximum capacity will naturally decrease with time and usage. [76] Weight and system dimensions may fluctuate due to configuration and manufacturing variances. [80] Battery life tested by HP using continuous Netflix video playback, Windows 10 Netflix app, 150 nits brightness, system audio level 17%, headphone attached, played full-screen. [75] Battery life tested by HP using continuous full HD video playback, 1080p (1920x1080) resolution, 150 nits brightness, system audio level of 17%, player audio level at 100%, played full-screen from local storage, headphone attached, wireless on but not connected.  Actual battery life will vary depending on configuration and maximum capacity will naturally decrease with time and usage. [85a] Requires an Internet connection, not included, to an HP web-enabled printer and HP ePrint account registration. For complete details, see www.hp.com/go/mobileprinting. [89] Features may require software or other 3rd party applications to provide the described functionality. Internet service required and not included.  Actual product may vary from image shown. © Copyright 2018 HP Development Company, L.P. The information contained herein is subject to change without notice. The only warranties for HP products and services are set forth in the express warranty statements accompanying such products and services. Nothing shall be construed as constituting an additional warranty. HP shall not be liable for technical or editorial errors or omissions contained herein. All other trademarks are the property of their respective owners.  09/11_r2 kc

