# EXHIBIT 1



English / 繁體中文

Home | Products | About Us | Contact Us

Optical Lenses

### Contact Us



Home › Contact Us

#### Taiwan HQ

- No. 1, Keya East Road
  Daya District
  Taichung Central Taiwan Science Park
  Taiwan 428
- T +886 4 25667115
- F +886 4 25667117
- E sales@gseo.com

#### Xiamen Factory

- No. 8, Chuangxin Road
  Torch Hi-Tech Industrial Development Zone
  Xiamen, Fujian, China 361006
- T +86 (0) 592 6026011
- F +86 (0) 592 6026013
- E sales@gseo.com

#### Jimei Factory

- No. 329-331, Huanzhu Road
  Jimei Industrial Zone
  Xiamen, Fujian, China
- T +86 (0) 592 6026011
- F +86 (0) 592 6026013
- E sales@gseo.com

#### US Office

- 20045 Stevens Creek Blvd. Building D
  Suite 1-E Cupertino
  CA 95014 USA
- T +1 503 913 2951
- E sales@gseo.com

Please leave your message and we'll contact you as soon as possible.
Required fields are indicated with an asterisk (*).

* Item : Products

▸ * Contact :
▸ * TEL :
▸ * E-mail :
▸ Message :

▸ Addr :
▸ FAX :
▸ *Code : RHBGY

▸ Submit    ▸ Reset



GSEO (Taiwan)    |    GSEO (Xiamen)

Taiwan : No. 1, Keya East Road, Daya District, Taichung Central Taiwan Science Park, Taiwan 428
TEL: 886-4-25667115 | FAX: 886-4-25667117
本公司得到大陸地區網站發布授權:网站备案号:闽ICP备06049979号-1