# EXHIBIT 4

ADRMOP,AO279,CLOSED,E–Filing,PRVADR,REFDIS

## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:10–cv–01318–SBA

Largan Precision Co, LTD v. Fujinon Corporation
Assigned to: Hon. Saundra Brown Armstrong
Referred to: Magistrate Judge Jacqueline Scott Corley
Cause: 28:2201 Declaratory Judgement (Insurance)

Date Filed: 03/29/2010
Date Terminated: 08/08/2013
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Largan Precision Co, LTD**                represented by   **John P. Schnurer**
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130–2080
858–720–5705
Fax: 858–720–5799
Email: JSchnurer@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Wacter**
Perkins Coie LLP
11988 El Camino Real
Suite 200
San Diego, CA 92130
858–720–5708
Fax: 858–720–5799
Email: bwacter@perkinscoie.com
*TERMINATED: 04/06/2011*

**Cheng Chieh Ko**
Perkins Coie
11988 El Camino Real
Suite 200
San Diego, CA 92130–3334
858–720–5712
Email: Jko@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Matthew Cook Bernstein**
Perkins Coie LLP
11988 El Camino Real
San Diego, CA 92130
858–720–5721
Fax: 858–720–5799
Email: mbernstein@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Michael James Engle**
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
650–838–4326
Fax: 650–838–4526
Email: mengle@perkinscoie.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fujinon Corporation**
*TERMINATED: 10/12/2010*

represented by **Beth O'Neal Arnese**
Bradley Curley Asiano Barrabee Abel &
Kowalski
1100 Larkspur Landing Cir.
Ste. 200
Larkspur, CA 94939
415–464–8888
Fax: 415–464–8887
Email: barnese@professionals–law.com
*ATTORNEY TO BE NOTICED*

**Jeremy D. Peterson**
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202–739–5714
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Schnurer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kell M. Damsgaard**
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
215–963–5592
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan W. McCutcheon**
Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave. N.W.
Washington, DC 20004
202–739–5580
Fax: 1–877–432–9652
Email: nmccutcheon@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rita Emily Tautkus**
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415–442–1000
Fax: 415–442–1001
Email: rtautkus@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fujifilm Corporation**

represented by **Beth O'Neal Arnese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David M. Morris**
Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave. N.W.
Washington, DC 20004
202–739–3000
Fax: 1–877–432–9652
Email: dmorris@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy D. Peterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Schnurer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kell M. Damsgaard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. McManus**
Drinker Biddle & Reath LLP
1500 K Street NW
Washington, DC 20005−1209
202−842−8800
Fax: 202−842−8465
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan W. McCutcheon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rita Emily Tautkus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter−claimant**

**Fujinon Corporation**
*TERMINATED: 10/12/2010*

represented by **Beth O'Neal Arnese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy D. Peterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kell M. Damsgaard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan W. McCutcheon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rita Emily Tautkus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter−defendant**

**Largan Precision Co, LTD**

represented by **John P. Schnurer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brian Wacter**
(See above for address)
*TERMINATED: 04/06/2011*

**Matthew Cook Bernstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael James Engle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter–claimant**

**Fujifilm Corporation**                    represented by **Beth O'Neal Arnese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David M. Morris**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy D. Peterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Schnurer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kell M. Damsgaard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. McManus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan W. McCutcheon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rita Emily Tautkus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter–defendant**

**Largan Precision Co, LTD**                    represented by **John P. Schnurer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Wacter**
(See above for address)
*TERMINATED: 04/06/2011*

**Cheng Chieh Ko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Cook Bernstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael James Engle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Fujifilm Corporation**                    represented by    **Beth O'Neal Arnese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David M. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy D. Peterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Schnurer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kell M. Damsgaard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. McManus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan W. McCutcheon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rita Emily Tautkus**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Largan Precision Co, LTD**                    represented by    **John P. Schnurer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Wacter**
(See above for address)
*TERMINATED: 04/06/2011*

**Cheng Chieh Ko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Cook Bernstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael James Engle**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2010 | 1 | COMPLAINT for Declaratory Judgment (Summons Issued); jury demand; against Fujinon Corporation ( Filing fee $ 350, receipt number 34611044045). Filed by Largan Precision Co, LTD. (bw, COURT STAFF) (Filed on 3/29/2010) (Additional attachment(s) added on 3/31/2010: # 1 Exhibit A to Complaint, # 2 Civil Cover Sheet) (bw, COURT STAFF). Modified on 5/26/2010 (bw, COURT STAFF). (Entered: 03/30/2010) |
| 03/29/2010 | 2 | Certification of Interested Entities or Persons by Largan Precision Co, LTD (bw, COURT STAFF) (Filed on 3/29/2010) (bw, COURT STAFF). (Entered: 03/30/2010) |
| 03/29/2010 | 3 | Summons Issued as to Fujinon Corporation. (bw, COURT STAFF) (Filed on 3/29/2010) (bw, COURT STAFF). (Entered: 03/30/2010) |
| 03/29/2010 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 6/15/2010. Case Management Conference set for 6/22/2010 01:30 PM in Courtroom 2, 5th Floor, San Jose. (bw, COURT STAFF) (Filed on 3/29/2010) (Additional attachment(s) added on 3/31/2010: # 1 Judge Howard R. Lloyd Standing Order re Initial Case Management and Discovery Disputes, # 2 Standing Order Regarding Case Management in Civil Cases for all San Jose Judges, # 3 Standing Order for All Judges of the Northern District of California) (bw, COURT STAFF). (Entered: 03/30/2010) |
| 03/29/2010 | | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 3/29/2010) (Entered: 03/30/2010) |
| 03/31/2010 | 5 | REPORT on the filing or determination of an action regarding Patent Infringement (cc: form mailed to register). (bw, COURT STAFF) (Filed on 3/31/2010) (Entered: 03/31/2010) |
| 03/31/2010 | 6 | Declination to Proceed Before a U.S. Magistrate Judge and Request for Reassignment to a United States District Judge by Largan Precision Co, LTD. (Schnurer, John) (Filed on 3/31/2010) Modified on 4/1/2010 (bw, COURT STAFF). (Entered: 03/31/2010) |
| 04/01/2010 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (pmc, COURT STAFF) (Filed on 4/1/2010) (Entered: 04/01/2010) |
| 04/01/2010 | | ***Deadlines terminated. 4 ADR Scheduling Order,,. (pmc, COURT STAFF) (Filed on 4/1/2010) (Entered: 04/01/2010) |
| 04/01/2010 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Saundra Brown Armstrong for all further proceedings. Magistrate Judge Howard R. Lloyd no longer assigned to the case.Signed by The Executive Committee on 04/01/2010. (tsh, COURT STAFF) (Filed on 4/1/2010) (Entered: 04/02/2010) |
| 04/12/2010 | 9 | CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES: Case Management Conference set for 6/30/2010 03:30 PM., via Telephone. Signed by Judge Saundra Brown Armstrong, on 4/12/10. (lrc, COURT STAFF) (Filed on 4/12/2010) Modified on 4/13/2010 (jlm, COURT STAFF). (Entered: 04/12/2010) |
| 04/21/2010 | 10 | AFFIDAVIT of Service re 4 *ADR Scheduling Order*, 3 *Summons Issued*, 5 *Patent/Trademark Copy*, 1 *Complaint*, 6 *Declination to Proceed Before a U.S. Magistrate Judge*, 7 *Clerk's Notice of Impending Reassignment*, 9 *Case Management Scheduling Order*, 2 *Certificate of Interested Entities*, 8 *Order Reassigning Case*, as to Fujinon Corporation, filed by Largan Precision Co, LTD. (jlm, COURT STAFF) (Filed on 4/21/2010) (Entered: 04/21/2010) |
| 05/12/2010 | 11 | STIPULATION to Enlarge Time for Defendant to File Answer and Counterclaim, filed by Fujinon Corporation, Largan Precision Co, LTD. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)(Tautkus, Rita) (Filed on 5/12/2010) Modified on 5/13/2010 (jlm, COURT STAFF). (Entered: 05/12/2010) |
| 05/14/2010 | 12 | ORDER by Judge Saundra Brown Armstrong GRANTING 11 Stipulation to Enlarge Time for Defendant to File Answer and Counterclaims. Signed by Judge Saundra Brown Armstrong, on 5/13/10. (lrc, COURT STAFF) (Filed on 5/14/2010) Modified on 5/17/2010 (jlm, COURT STAFF). (Entered: 05/14/2010) |
| 05/24/2010 | 13 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Largan Precision Co, LTD., filed by Fujinon Corporation. (Tautkus, Rita) (Filed on 5/24/2010) Modified on 5/25/2010 (jlm, COURT STAFF). (Entered: 05/24/2010) |
| 05/24/2010 | 14 | Certificate of Interested Entities by Fujinon Corporation identifying Corporate Parent Fujifilm Corporation for Fujinon Corporation. (Tautkus, Rita) (Filed on 5/24/2010) (Entered: 05/24/2010) |
| 05/28/2010 | 15 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options, filed by Largan Precision Co, LTD (Schnurer, John) (Filed on 5/28/2010) Modified on 6/1/2010 (jlm, COURT STAFF). (Entered: 05/28/2010) |
| 05/28/2010 | 16 | STIPULATION and Proposed Order selecting Mediation Early Neutral Evaluation by Largan Precision Co, LTD, Fujifilm Corporation (Schnurer, John) (Filed on 5/28/2010) Modified on 6/1/2010 (jlm, COURT STAFF). Modified on 12/3/2010 (jlm, COURT STAFF). (Entered: 05/28/2010) |
| 06/01/2010 | 17 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options, filed by Funinon Corporation (Tautkus, Rita) (Filed on 6/1/2010) Modified on 6/2/2010 (jlm, COURT STAFF). (Entered: 06/01/2010) |
| 06/03/2010 | 18 | CERTIFICATE OF SERVICE by Fujinon Corporation *re Application for Admission of Attorney Pro Hac Vice and Proposed Order Granting Application* (Tautkus, Rita) (Filed on 6/3/2010) (Entered: 06/03/2010) |
| 06/03/2010 | 19 | MOTION for leave to appear in Pro Hac Vice for Nathan W. McCutcheon ( Filing fee $ 210, receipt number 44611005240.) filed by Fujinon Corporation. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 6/3/2010) (Entered: 06/04/2010) |
| 06/04/2010 | 21 | ORDER by Judge Saundra Brown Armstrong GRANTING 19 Motion for Pro Hac Vice for Nathan W. McCutcheon (jlm, COURT STAFF) (Filed on 6/4/2010) (Entered: 06/09/2010) |
| 06/08/2010 | 20 | NOTICE of Substitution of Counsel, filed by Largan Precision Co, LTD (Schnurer, John) (Filed on 6/8/2010) Modified on 6/9/2010 (jlm, COURT STAFF). (Entered: 06/08/2010) |
| 06/10/2010 | 22 | NOTICE of Appearance of Brian Wacter as Counsel, filed by Largan Precision Co, LTD (Wacter, Brian) (Filed on 6/10/2010) Modified on 6/11/2010 (jlm, COURT STAFF). (Entered: 06/10/2010) |
| 06/11/2010 | 23 | CERTIFICATE OF SERVICE Re Application for Admission of Attorney Pro Hac Vice and Proposed Order Granting Application by Fujinon Corporation. (Tautkus, Rita) (Filed on 6/11/2010) Modified on 6/15/2010 (cjl, COURT STAFF). (Entered: 06/11/2010) |
| 06/11/2010 | 24 | MOTION for leave to appear in Pro Hac Vice for Jeremy D. Peterson ( Filing fee $ 210, receipt number 44611005288.) filed by Fujinon Corporation. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 6/11/2010) (Entered: 06/11/2010) |
| 06/14/2010 | 27 | ORDER by Judge Saundra Brown Armstrong granting 24 Motion for Pro Hac Vice for Jeremy D. Peterson (cp, COURT STAFF) (Filed on 6/14/2010) (Entered: 06/17/2010) |
| 06/15/2010 | 25 | JOINT CASE MANAGEMENT STATEMENT filed by Fujinon Corporation, Largan Precision Co, LTD. (Schnurer, John) (Filed on 6/15/2010) (Entered: 06/15/2010) |
| 06/16/2010 | 26 | NOTICE of Appearance by Cheng Chieh Ko (Ko, Cheng) (Filed on 6/16/2010) (Entered: 06/16/2010) |
| 06/17/2010 | 28 | ANSWER TO COUNTERCLAIM 13 Answer to Complaint, Counterclaim byLargan Precision Co, LTD. (Schnurer, John) (Filed on 6/17/2010) (Entered: 06/17/2010) |

| 06/30/2010 | 29 | CERTIFICATE OF SERVICE by Fujinon Corporation *Re Application for Admission of Attorney Pro Hac Vice and Proposed Order Granting Application* (Tautkus, Rita) (Filed on 6/30/2010) (Entered: 06/30/2010) |
|---|---|---|
| 06/30/2010 | 30 | MOTION for leave to appear in Pro Hac Vice for Kell M. Damsgaard ( Filing fee $ 210, receipt number 44611005360.) filed by Fujinon Corporation. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 6/30/2010) (Entered: 07/01/2010) |
| 06/30/2010 | | ***Deadlines terminated re Case Management Conference as to 9 Case Management Scheduling Order. (jlm, COURT STAFF) (Filed on 6/30/2010) (Entered: 07/01/2010) |
| 06/30/2010 | 31 | Minute Entry: Initial Case Management Conference held on 6/30/2010 before Judge Saundra Brown Armstrong. Case Referred to Private ADR for Mediation. (Date Filed: 6/30/2010). (Court Reporter: Not Reported) (lrc, COURT STAFF) (Date Filed: 6/30/2010) Modified on 7/6/2010 (jlm, COURT STAFF). (Entered: 07/02/2010) |
| 06/30/2010 | | CASE REFERRED to Private ADR for Mediation. (jlm, COURT STAFF) (Filed on 6/30/2010) (Entered: 07/06/2010) |
| 07/02/2010 | 32 | CASE MANAGEMENT SCHEDULING ORDER: Claims Construction Hearing set for 12/15/2010 09:00 AM. Case Management Conference set for 12/15/2010 09:00 AM.. Signed by Judge ARMSTRONG on 7/2/10. (lrc, COURT STAFF) (Filed on 7/2/2010) (Entered: 07/02/2010) |
| 07/21/2010 | 33 | ORDER by Judge Saundra Brown Armstrong GRANTING 30 Motion for Pro Hac Vice for Kell M. Damsgaard (jlm, COURT STAFF) (Filed on 7/21/2010) (Entered: 07/23/2010) |
| 09/14/2010 | 34 | Joint MOTION to Modify Scheduling Order filed by Largan Precision Co, LTD., Fujinon Corporation (Schnurer, John) (Filed on 9/14/2010) Modified on 9/15/2010 (jlm, COURT STAFF). (Entered: 09/14/2010) |
| 09/15/2010 | 35 | Proposed Order re 34 *Joint Motion Modify Scheduling Order* by Largan Precision Co, LTD. (Schnurer, John) (Filed on 9/15/2010) Modified on 9/17/2010 (jlm, COURT STAFF). (Entered: 09/15/2010) |
| 09/16/2010 | 36 | ORDER by Judge ARMSTRONG granting 34 Motion to MODIFY SCHEDULE (lrc, COURT STAFF) (Filed on 9/16/2010) (Entered: 09/16/2010) |
| 09/20/2010 | 37 | MOTION to Substitute Party filed by Fujinon Corporation. Motion Hearing set for 10/26/2010 01:00 PM in Courtroom 1, 4th Floor, Oakland. (Tautkus, Rita) (Filed on 9/20/2010) Modified on 9/21/2010 (kc, COURT STAFF). (Entered: 09/20/2010) |
| 09/20/2010 | 38 | Declaration of Rita Tautkus in Support of 37 MOTION to Substitute Party filed by Fujinon Corporation. (Related document(s) 37 ) (Tautkus, Rita) (Filed on 9/20/2010) Modified on 9/21/2010 (kc, COURT STAFF). (Entered: 09/20/2010) |
| 09/20/2010 | 39 | Proposed Order re 37 MOTION to Substitute Party by Fujinon Corporation. (Tautkus, Rita) (Filed on 9/20/2010) Modified on 9/21/2010 (kc, COURT STAFF). (Entered: 09/20/2010) |
| 09/20/2010 | 40 | *Amended* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Largan Precision Co, LTD byFujifilm Corporation. (Tautkus, Rita) (Filed on 9/20/2010) (Entered: 09/20/2010) |
| 09/23/2010 | 41 | CLERKS NOTICE Continuing Motion Hearing Motion Hearing set for 11/16/2010 01:00 PM. (lrc, COURT STAFF) (Filed on 9/23/2010) (Entered: 09/23/2010) |
| 09/23/2010 | 42 | ORDER. Signed by Judge ARMSTRONG on 9/23/10. (lrc, COURT STAFF) (Filed on 9/23/2010) (Entered: 09/23/2010) |
| 10/04/2010 | 43 | STIPULATION Regarding Defendant and Counterclaim Plaintiff's Motion to Substitute re 37 *Motion to Substitute Party,* filed by Fujinon Corporation, Largan Precision Co., LTD. (Tautkus, Rita) (Filed on 10/4/2010) Modified on 10/5/2010 (jlm, COURT STAFF). Modified on 10/28/2010 (jlm, COURT STAFF). (Entered: 10/04/2010) |
| 10/04/2010 | 44 | Proposed Order re 37 *Motion to Substitute Party,* by Fujinon Corporation. (Tautkus, Rita) (Filed on 10/4/2010) Modified on 10/5/2010 (jlm, COURT STAFF). (Entered: 10/04/2010) |

| | | |
|---|---|---|
| 10/07/2010 | 45 | ANSWER to Counterclaim With Jury Demand, filed by Largan Precision Co, LTD. (Schnurer, John) (Filed on 10/7/2010) Modified on 10/8/2010 (jlm, COURT STAFF). (Entered: 10/07/2010) |
| 10/12/2010 | 46 | ORDER by Judge Saundra Brown Armstrong GRANTING 37 Motion to Substitute Party. Fujifil Corporation shall be substituted as Defendant/Counterclaimant, in the place of Fujinon Corporation. Signed by Judge Saundra Brown Armstrong, on 10/12/10 (lrc, COURT STAFF) (Filed on 10/12/2010) Modified on 10/13/2010 (jlm, COURT STAFF). (Entered: 10/12/2010) |
| 10/15/2010 | 47 | JOINT CLAIM CONSTRUCTION STATEMENT and Prehearing Statement Under Patent Local Rule 4–3, filed by Largan Precision Co, LTD, Fujifilm Corporation. (Attachments: # 1 Exhibit A – Jt Claim Construction and Prehearing Statement Under Patent Local Rule 4–3, # 2 Exhibit B – Jt Claim Construction and Prehearing Statement Under Patent Local Rule 4–3, # 3 Exhibit C – Jt Claim Construction and Prehearing Statement Under Patent Local Rule 4–3)(Schnurer, John) (Filed on 10/15/2010) Modified on 10/18/2010 (jlm, COURT STAFF). (Entered: 10/15/2010) |
| 10/29/2010 | 48 | Joint MOTION Modify Scheduling Order, filed by Largan Precision Co, LTD., Fujifilm Corporation (Attachments: # 1 Proposed Order Granting Jt Mot to Modify Scheduling Order)(Wacter, Brian) (Filed on 10/29/2010) Modified on 11/1/2010 (jlm, COURT STAFF). (Entered: 10/29/2010) |
| 11/02/2010 | 49 | STIPULATION to Stay Litigation of U.S. Patent No. 7,535,658, filed by Largan Precision Co, LTD., Fujifilm Corporation (Attachments: # 1 Proposed Order)(Schnurer, John) (Filed on 11/2/2010) Modified on 11/3/2010 (jlm, COURT STAFF). (Entered: 11/02/2010) |
| 11/02/2010 | 50 | Declaration of Michael J. Engle in Support of 49 Stipulation to Stay Litigation of U.S. Patent No. 7,535,658 Pending Inter Partes Reexamination filed by Largan Precision Co, LTD., Fujifilm Corporation (Attachments: # 1 Exhibit 1–Part 1, # 2 Exhibit 1–Part 2, # 3 Exhibit 1–Part 3, # 4 Exhibit 1–Part 4, # 5 Exhibit 1–Part 5, # 6 Exhibit 1–Part 6, # 7 Exhibit 1–Part 7, # 8 Exhibit 1–Part 8, # 9 Exhibit 1–Part 9, # 10 Exhibit 1–Part 10, # 11 Exhibit 2)(Related document(s) 49 ) (Schnurer, John) (Filed on 11/2/2010) Modified on 11/3/2010 (jlm, COURT STAFF). (Entered: 11/02/2010) |
| 11/02/2010 | 51 | ORDER by Judge Saundra Brown Armstrong GRANTING 48 Motion to Modify Scheduling Order. The deadline to file the claim construction opening brief is EXTENDED to 11/8/10. Signed by Judge Saundra Brown Armstrong, on 11/02/10 (lrc, COURT STAFF) (Filed on 11/2/2010) Modified on 11/3/2010 (jlm, COURT STAFF). (Entered: 11/02/2010) |
| 11/08/2010 | 52 | JOINT MOTION TO MODIFY THE SCHEDULING ORDER, by Fujifilm Corporation, Largan Precision Co LTD. (Attachments: # 1 Proposed Order)(Tautkus, Rita) (Filed on 11/8/2010) Modified on 11/9/2010 (jlm, COURT STAFF). (Entered: 11/08/2010) |
| 11/09/2010 | 53 | STIPULATION to Modify the Scheduling Order, filed by Fujifilm Corporation, Largan Precision Co, LTD. (Attachments: # 1 Proposed Order)(Tautkus, Rita) (Filed on 11/9/2010) Modified on 11/10/2010 (jlm, COURT STAFF). (Entered: 11/09/2010) |
| 11/23/2010 | 54 | Administrative Motion to File Under Seal re Exhbits 3 and 6 to the Declaration of Nathan W. McCutcheon in Support of Claim Construction Brief, filed by Fujifilm Corporation. (Attachments: # 1 Proposed Order)(Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). (Entered: 11/23/2010) |
| 11/23/2010 | 55 | [REDACTED VERSION] Brief: Claim Construction Brief re 54 Administrative Motion to File Under Seal filed by Fujifilm Corporation. (Related document(s) 54 ) (Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). Modified on 4/7/2011 (jlm, COURT STAFF). (Entered: 11/23/2010) |
| 11/23/2010 | 56 | Declaration of Nathan W. McCutcheon in Support of 55 Brief: Claim Claim Construction Brief filed by Fujifilm Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Related document(s) 55 ) (Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). (Entered: 11/23/2010) |

| 11/23/2010 | 57 | CERTIFICATE OF SERVICE by Fujifilm Corporation re 55 *Brief* (Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). (Entered: 11/23/2010) |
|---|---|---|
| 11/23/2010 | 58 | NOTICE by Fujifilm Corporation *Notice of Motion and Motion for Leave to File Second Amended Answer and Counterclaims* (Tautkus, Rita) (Filed on 11/23/2010) (Entered: 11/23/2010) |
| 11/23/2010 | 59 | Declaration of Rita E. Tautkus in Support of 58 *Notice of Motion for Leave to File Second Amended Answer and Counterclaims* filed by Fujifilm Corporation. (Attachments: # 1 Exhibit Exhibit A to Tautkus Declaration)(Related document(s) 58 ) (Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). (Entered: 11/23/2010) |
| 11/23/2010 | 60 | Proposed Order re 58 *Notice of Motion for Leave to File Second Amended Answer and Counterclaims* by Fujifilm Corporation. (Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). (Entered: 11/23/2010) |
| 11/23/2010 | 61 | NOTICE of Motion and Motion to Withdraw Consent to Stipulation to Stay Litigation of U. S. Patent No. 7,535,658 Pending Inter Partes Reexamination re 49 *Stipulation* filed by Fujifilm Corporation (Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). (Entered: 11/23/2010) |
| 11/23/2010 | 62 | Declaration of Rita E. Tautkus in Support of 61 *Notice of Motion to Withdraw Consent to Stipulation to Stay Litigation of U. S. Patent No. 7,535,658 Pending Inter Partes Reexamination* filed by Fujifilm Corporation. (Attachments: # 1 Exhibit Exhibits 1 and 2)(Related document(s) 61 ) (Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). (Entered: 11/23/2010) |
| 11/23/2010 | 63 | Proposed Order re 61 *Notice of Motion to Withdraw Consent to Stipulation to Stay Litigation of U. S. Patent No. 7,535,658 Pending Inter Partes Reexamination* by Fujifilm Corporation. (Tautkus, Rita) (Filed on 11/23/2010) Modified on 11/24/2010 (jlm, COURT STAFF). (Entered: 11/23/2010) |
| 11/23/2010 | | ***Deadlines terminated re motion hearing as to 54 Administrative Motion. (jlm, COURT STAFF) (Filed on 11/23/2010) (Entered: 11/24/2010) |
| 11/24/2010 | 64 | CLERKS NOTICE OF DEFICIENCY RE 58 & 61 (jlm, COURT STAFF) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/29/2010 | 65 | MOTION to Withdraw Consent to Stipulation to Stay Litigation of U.S. Patent No. 7,535,658 re 49 *Stipulation* filed by Fujifilm Corporation. Motion Hearing set for 2/15/2011 01:00 PM in Courtroom 1, 4th Floor, Oakland. (Tautkus, Rita) (Filed on 11/29/2010) Modified on 12/1/2010 (jlm, COURT STAFF). (Entered: 11/29/2010) |
| 11/29/2010 | 66 | Declaration of Rita E. Tautkus in Support of 65 *Motion to Withdraw Consent to Stipulation to Stay Litigation of U.S. Patent No. 7,535,658* filed by Fujifilm Corporation. (Attachments: # 1 Exhibit Exhibits 1 and 2)(Related document(s) 65 ) (Tautkus, Rita) (Filed on 11/29/2010) Modified on 12/1/2010 (jlm, COURT STAFF). (Entered: 11/29/2010) |
| 11/29/2010 | 67 | Proposed Order re 65 *Motion to Withdraw Consent to Stipulation to Stay Litigation of U.S. Patent No. 7,535,658* by Fujifilm Corporation. (Tautkus, Rita) (Filed on 11/29/2010) Modified on 12/1/2010 (jlm, COURT STAFF). (Entered: 11/29/2010) |
| 11/29/2010 | 68 | MOTION for Leave to File Second Amended Answer and Counterclaims, filed by Fujifilm Corporation. Motion Hearing set for 2/15/2011 01:00 PM in Courtroom 1, 4th Floor, Oakland. (Tautkus, Rita) (Filed on 11/29/2010) Modified on 12/1/2010 (jlm, COURT STAFF). (Entered: 11/29/2010) |
| 11/29/2010 | 69 | Declaration of Rita E. Tautkus in Support of 68 *Motion for Leave to File Second Amended Answer and Counterclaims* filed by Fujifilm Corporation. (Attachments: # 1 Exhibit Exhibit A)(Related document(s) 68 ) (Tautkus, Rita) (Filed on 11/29/2010) Modified on 12/1/2010 (jlm, COURT STAFF). (Entered: 11/29/2010) |
| 11/29/2010 | 70 | Proposed Order re 68 *Motion for Leave to File Second Amended Answer and Counterclaims* by Fujifilm Corporation. (Tautkus, Rita) (Filed on 11/29/2010) Modified on 12/1/2010 (jlm, COURT STAFF). (Entered: 11/29/2010) |

| 12/01/2010 | <u>71</u> | ORDER by Judge ARMSTRONG granting <u>54</u> Administrative Motion to File Under Seal (lrc, COURT STAFF) (Filed on 12/1/2010) (Entered: 12/01/2010) |
| 12/01/2010 | <u>72</u> | DOCUMENT E–FILED UNDER SEAL re <u>71</u> Order on Administrative Motion to File Under Seal *[CONFIDENTIAL] FUJIFILM'S CLAIM CONSTRUCTION BRIEF* by Fujifilm Corporation. (Tautkus, Rita) (Filed on 12/1/2010) (Entered: 12/01/2010) |
| 12/01/2010 | <u>73</u> | DOCUMENT E–FILED UNDER SEAL re <u>71</u> Order on Administrative Motion to File Under Seal *[CONFIDENTIAL] EXHIBIT 3 TO THE DECLARATION OF NATHAN W. MCCUTCHEON IN SUPPORT OF FUJIFILM'S CLAIM CONSTRUCTION BRIEF* by Fujifilm Corporation. (Tautkus, Rita) (Filed on 12/1/2010) (Entered: 12/01/2010) |
| 12/01/2010 | <u>74</u> | DOCUMENT E–FILED UNDER SEAL re <u>71</u> Order on Administrative Motion to File Under Seal *[CONFIDENTIAL] EXHIBIT 6 TO THE DECLARATION OF NATHAN W. MCCUTCHEON IN SUPPORT OF FUJIFILM'S CLAIM CONSTRUCTION BRIEF* by Fujifilm Corporation. (Tautkus, Rita) (Filed on 12/1/2010) (Entered: 12/01/2010) |
| 12/06/2010 | <u>75</u> | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 3/30/2011 02:30 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 12/6/10. (lrc, COURT STAFF) (Filed on 12/6/2010) Modified on 12/7/2010 (jlm, COURT STAFF). (Entered: 12/06/2010) |
| 12/27/2010 | <u>76</u> | MOTION to Stay Litigation of U.S. Patent No. 7,535,658 Pending Inter Partes filed by Largan Precision Co, LTD. Motion Hearing set for 2/15/2011 01:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Saundra Brown Armstrong. (Attachments: # <u>1</u> Affidavit of Brian Wacter ISO Largan Mot to Stay, # <u>2</u> Exhibit 1 to of Brian Wacter ISO Largan Mot to Stay, # <u>3</u> Exhibit 2 to of Brian Wacter ISO Largan Mot to Stay, # <u>4</u> Exhibit 3 to of Brian Wacter ISO Largan Mot to Stay, # <u>5</u> Exhibit 4 to of Brian Wacter ISO Largan Mot to Stay, # <u>6</u> Proposed Order)(Wacter, Brian) (Filed on 12/27/2010) Modified on 12/28/2010 (jlm, COURT STAFF). (Entered: 12/27/2010) |
| 01/25/2011 | <u>77</u> | Memorandum in Opposition re <u>76</u> *Motion to Stay* filed by Fujifilm Corporation. (Attachments: # <u>1</u> Proposed Order)(Tautkus, Rita) (Filed on 1/25/2011) Modified on 1/26/2011 (jlm, COURT STAFF). (Entered: 01/25/2011) |
| 01/25/2011 | <u>78</u> | Declaration of David M. Morris in Support of <u>77</u> *Memorandum in Opposition* filed by Fujifilm Corporation. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5)(Related document(s) <u>77</u> ) (Tautkus, Rita) (Filed on 1/25/2011) Modified on 1/26/2011 (jlm, COURT STAFF). (Entered: 01/25/2011) |
| 01/25/2011 | <u>79</u> | Statement of Non–Opposition re <u>68</u> MOTION for Leave to File Second Amended Answer and Counterclaims filed byLargan Precision Co, LTD. (Related document(s) <u>68</u> ) (Schnurer, John) (Filed on 1/25/2011) (Entered: 01/25/2011) |
| 01/25/2011 | <u>80</u> | Memorandum in Opposition re <u>65</u> *Motion to Withdraw Consent to Stipulation to Stay Litigation of U.S. Patent No. 7,535,658 re <u>49</u> Stipulation* filed by Largan Precision Co, LTD. (Attachments: # <u>1</u> Affidavit Largan Engle Decl ISO Oppo to Fujifilm Mot to Withdraw Consent to Stipulation to Stay, # <u>2</u> Exhibit 1 – Largan Engle Decl ISO Oppo to Fujifilm Mot to Withdraw Consent to Stipulation to Stay, # <u>3</u> Exhibit 2 – Largan Engle Decl ISO Oppo to Fujifilm Mot to Withdraw Consent to Stipulation to Stay, # <u>4</u> Exhibit 3 – Largan Engle Decl ISO Oppo to Fujifilm Mot to Withdraw Consent to Stipulation to Stay, # <u>5</u> Exhibit 4 – Largan Engle Decl ISO Oppo to Fujifilm Mot to Withdraw Consent to Stipulation to Stay, # <u>6</u> Exhibit 5 – Largan Engle Decl ISO Oppo to Fujifilm Mot to Withdraw Consent to Stipulation to Stay, # <u>7</u> Exhibit 6 – Largan Engle Decl ISO Oppo to Fujifilm Mot to Withdraw Consent to Stipulation to Stay)(Schnurer, John) (Filed on 1/25/2011) Modified on 1/26/2011 (jlm, COURT STAFF). (Entered: 01/25/2011) |
| 01/31/2011 | <u>81</u> | NOTICE of Appearance of Michael James Engle as Counsel, filed by Largan Precision Co, LTD (Engle, Michael) (Filed on 1/31/2011) Modified on 2/1/2011 (jlm, COURT STAFF). (Entered: 01/31/2011) |
| 02/01/2011 | <u>82</u> | Reply Memorandum re <u>65</u> *Motion to Withdraw Consent to Stipulation to Stay Litigation of U.S. Patent No. 7,535,658,* filed by Fujifilm Corporation. (Tautkus, Rita) (Filed on 2/1/2011) Modified on 2/2/2011 (jlm, COURT STAFF). (Entered: 02/01/2011) |

| 02/01/2011 | 83 | Reply Memorandum re 76 *Motion to Stay Litigation of U.S. Patent No. 7,535,658 Pending Inter Partes Reexamination* filed by Largan Precision Co, LTD. (Schnurer, John) (Filed on 2/1/2011) Modified on 2/2/2011 (jlm, COURT STAFF). (Entered: 02/01/2011) |
| 02/03/2011 | 84 | MOTION for leave to appear in Pro Hac Vice for Kell M. Damsgaard ( Filing fee $ 275, receipt number 44611006399.) filed by Fujifilm Corporation. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 2/3/2011) (Entered: 02/04/2011) |
| 02/03/2011 | 85 | MOTION for leave to appear in Pro Hac Vice for David M. Morris ( Filing fee $ 275, receipt number 44611006401.) filed by Fujifilm Corporation. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 2/3/2011) (Entered: 02/04/2011) |
| 02/08/2011 | 86 | ORDER by Judge Saundra Brown Armstrong GRANTING 84 Motion for Pro Hac Vice for Kell M. Damsgaard (jlm, COURT STAFF) (Filed on 2/8/2011) Modified on 2/9/2011 (jlm, COURT STAFF). (Entered: 02/08/2011) |
| 02/08/2011 | 87 | ORDER by Judge Saundra Brown Armstrong GRANTING 85 Motion for Pro Hac Vice for David M. Morris (jlm, COURT STAFF) (Filed on 2/8/2011) (Entered: 02/08/2011) |
| 02/15/2011 | | ***Deadlines terminated re Motion Hearing as to 68 Motion for Leave to File Second Amended Answer and Counterclaims, 65 Motion to Withdraw Consent to Stipulation to Stay Litigation of U.S. Patent No. 7,535,658, 76 Motion to Stay. (jlm, COURT STAFF) (Filed on 2/15/2011) (Entered: 02/17/2011) |
| 02/16/2011 | 88 | MOTION to Modify Protective Order to Permit Use of Discovery Materials in a Collateral Case, filed by Fujifilm Corporation. (Attachments: # 1 Proposed Order)(Tautkus, Rita) (Filed on 2/16/2011) Modified on 2/17/2011 (jlm, COURT STAFF). (Entered: 02/16/2011) |
| 02/16/2011 | 89 | Declaration of David M. Morris in Support of 88 *Motion to Modify Protective Order to Permit Use of Discovery Materials in a Collateral Case* filed by Fujifilm Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Related document(s) 88 ) (Tautkus, Rita) (Filed on 2/16/2011) Modified on 2/17/2011 (jlm, COURT STAFF). (Entered: 02/16/2011) |
| 02/18/2011 | 90 | ORDER REFERRING CASE to Magistrate Judge for all Discovery purposes. Signed by Judge ARMSTRONG on 2/18/11. (lrc, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/18/2011) |
| 02/18/2011 | | CASE REFERRED to Magistrate Judge James Larson for Discovery (sis, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/22/2011) |
| 02/18/2011 | | MOTIONS 88 Motion to Modify Protective Order to Permit Use of Discovery Materials in a Collateral Case. REFERRED to Magistrate Judge James Larson. (jlm, COURT STAFF) (Filed on 2/18/2011) (Entered: 02/22/2011) |
| 02/23/2011 | 91 | CLERKS NOTICE Motion Hearing on Defendant's motion to modify protective order 88 set for 3/30/2011 09:30 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge James Larson. (fj, COURT STAFF) (Filed on 2/23/2011) (Entered: 02/23/2011) |
| 03/01/2011 | 92 | ORDER by Judge Saundra Brown Armstrong DENYING AS MOOT 65 Motion to Withdraw Consent to Stipulation to Stay, GRANTING AS UNOPPOSED 68 Motion for Leave to File Second Amended Answer, DENYING 76 Motion to Stay. Defendant shall file Second Amended Answer within (10) ten−days of this Order. Signed by Judge Saundra Brown Armstrong, on 03/01/11 (lrc, COURT STAFF) (Filed on 3/1/2011) Modified on 3/2/2011 (jlm, COURT STAFF). (Entered: 03/01/2011) |
| 03/09/2011 | 93 | RESPONSE re 88 Motion to Modify Protective Order to Permit Use of Discovery Materials in a Collateral Case filed by Largan Precision Co, LTD. (Engle, Michael) (Filed on 3/9/2011) Modified on 3/10/2011 (jlm, COURT STAFF). (Entered: 03/09/2011) |
| 03/09/2011 | 94 | Declaration of Michael J. Engle in Support of 93 *Response to Motion,* filed by Largan Precision Co, LTD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 93 ) (Engle, Michael) (Filed on 3/9/2011) Modified on |

| | | |
|---|---|---|
| | | 3/10/2011 (jlm, COURT STAFF). (Entered: 03/09/2011) |
| 03/11/2011 | 95 | SECOND AMENDED ANSWER to Complaint with Jury Demand, Amended COUNTERCLAIM against Largan Precision Co, LTD., filed by Fujifilm Corporation. (Tautkus, Rita) (Filed on 3/11/2011) Modified on 3/14/2011 (jlm, COURT STAFF). (Entered: 03/11/2011) |
| 03/16/2011 | 96 | Reply Memorandum re 88 *Motion to Modify Protective Order to Permit Use of Discovery Materials in a Collateral Case* filed by Fujifilm Corporation. (Tautkus, Rita) (Filed on 3/16/2011) Modified on 3/18/2011 (jlm, COURT STAFF). (Entered: 03/16/2011) |
| 03/16/2011 | 97 | Declaration of David M. Morris in Support of 96 *Reply Memorandum,* filed by Fujifilm Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Related document(s) 96 ) (Tautkus, Rita) (Filed on 3/16/2011) Modified on 3/18/2011 (jlm, COURT STAFF). (Entered: 03/16/2011) |
| 03/25/2011 | 98 | ANSWER to Second Amended Counterclaims with Jury Demand, filed by Largan Precision Co, LTD. (Schnurer, John) (Filed on 3/25/2011) Modified on 3/28/2011 (jlm, COURT STAFF). (Entered: 03/25/2011) |
| 03/25/2011 | 99 | JOINT CASE MANAGEMENT STATEMENT and Proposed Order, filed by Largan Precision Co, LTD., Fujifilm Corporation (Schnurer, John) (Filed on 3/25/2011) Modified on 3/28/2011 (jlm, COURT STAFF). (Entered: 03/25/2011) |
| 03/30/2011 | 100 | Minute Entry: Discovery Hearing RE: Defendant's Motion to Modify Protective Order – GRANTED – held on 3/30/2011 before Magistrate Judge James Larson. (Date Filed: 3/30/2011). (Court Reporter: Kathy Sullivan.) (bjtS, COURT STAFF) (Date Filed: 3/30/2011) Modified on 3/31/2011 (jlm, COURT STAFF). (Entered: 03/30/2011) |
| 03/30/2011 | | ***Deadlines terminated re Motion Hearing as to 91 Clerks Notice and Case Management Conference as to 75 Case Management Scheduling Order. (jlm, COURT STAFF) (Filed on 3/30/2011) (Entered: 03/31/2011) |
| 03/30/2011 | 102 | Minute Entry: Further Case Management Conference held on 3/30/2011 before JUDGE ARMSTRONG (Date Filed: 3/30/2011). Further Case Management Conference set for 6/15/2011 09:00 AM in Courtroom 1, 4th Floor, Oakland. Claims Construction Hearing set for 6/15/2011 09:00 AM. () (lrc, COURT STAFF) (Date Filed: 3/30/2011) (Entered: 03/31/2011) |
| 03/31/2011 | 101 | ORDER by Judge Larson granting 88 Motion for Discovery (jllc1, COURT STAFF) (Filed on 3/31/2011) (Entered: 03/31/2011) |
| 04/06/2011 | 103 | NOTICE of Change In Counsel as to Brian Wacter, filed by Largan Precision Co., LTD (Wacter, Brian) (Filed on 4/6/2011) Modified on 4/7/2011 (jlm, COURT STAFF). (Entered: 04/06/2011) |
| 04/06/2011 | 104 | Administrative Motion to File Under Seal *pursuant to Civil L.R. 79–5(D) Confidential Portions of Largan's Responsive Claim Construction Brief* filed by Largan Precision Co, LTD. Motion Hearing set for 6/15/2011 09:00 AM in Courtroom 1, 4th Floor, Oakland before Hon. Saundra Brown Armstrong. (Attachments: # 1 Proposed Order)(Engle, Michael) (Filed on 4/6/2011) (Entered: 04/06/2011) |
| 04/06/2011 | 105 | **[REDACTED VERSION]** Brief re 55 *[Redacted Verison] Responsive Claim Construction Brief* filed by Largan Precision Co, LTD. (Related document(s) 55 ) (Engle, Michael) (Filed on 4/6/2011) Modified on 4/7/2011 (jlm, COURT STAFF). Modified on 4/7/2011 (jlm, COURT STAFF). (Entered: 04/06/2011) |
| 04/06/2011 | 106 | Declaration of Michael J. Engle in Support of 105 *Brief: Responsive Claim Construction Brief* filed by Largan Precision Co, LTD. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Related document(s) 105 ) (Engle, Michael) (Filed on 4/6/2011) Modified on 4/7/2011 (jlm, COURT STAFF). (Entered: 04/06/2011) |
| 04/06/2011 | 107 | NOTICE of Appearance of Matthew Cook Bernstein as Counsel, filed by Largan Precision Co, LTD (Bernstein, Matthew) (Filed on 4/6/2011) Modified on 4/7/2011 (jlm, COURT STAFF). (Entered: 04/06/2011) |

| 04/13/2011 | 108 | ORDER by Judge Saundra Brown Armstrong GRANTING 104 Administrative Motion to File Under Seal. Signed by Judge Saundra Brown Armstrong, on 04/12/11 (lrc, COURT STAFF) (Filed on 4/13/2011) Modified on 4/14/2011 (jlm, COURT STAFF). (Entered: 04/13/2011) |
| --- | --- | --- |
| 04/13/2011 | 109 | RESPONSE to re 105 *Responsive Claim Construction Brief,* filed by Fujifilm Corporation. (Tautkus, Rita) (Filed on 4/13/2011) Modified on 4/14/2011 (jlm, COURT STAFF). (Entered: 04/13/2011) |
| 04/13/2011 | 110 | Supplemental Declaration of Nathan W. McCutcheon in Support of 55 *Claim Construction Brief* filed byFujifilm Corporation. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16)(Related document(s) 55 ) (Tautkus, Rita) (Filed on 4/13/2011) Modified on 4/14/2011 (jlm, COURT STAFF). (Entered: 04/13/2011) |
| 04/14/2011 | 111 | DOCUMENT E–FILED UNDER SEAL re 108 Order on Administrative Motion to File Under Seal *Plaintiff Largan Precision Co., LTD.'s Confidential Responsive Claim Construction Brief* by Largan Precision Co, LTD. (Engle, Michael) (Filed on 4/14/2011) (Entered: 04/14/2011) |
| 06/01/2011 | | Due to Magistrate Judge James Larson's retirement, this case is re–referred to Magistrate Judge Jacqueline Scott Corley for discovery. All matters scheduled before, and deadlines set by, Judge Larson are hereby vacated. All future discovery matters should be addressed to Judge Corley unless otherwise ordered by the presiding judge. Please contact Judge Corley's courtroom deputy, Ada Means, at (415)522–2015 or Ada_Means@cand.uscourts.gov with any questions or concerns. (ga, COURT STAFF) (Filed n 6/1/2011) (Entered: 06/01/2011) |
| 06/02/2011 | 112 | JOINT CASE MANAGEMENT STATEMENT, filed by Largan Precision Co, LTD., Fujifilm Corporation (Schnurer, John) (Filed on 6/2/2011) Modified on 6/3/2011 (jlm, COURT STAFF). (Entered: 06/02/2011) |
| 06/15/2011 | 113 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 6/29/2011 03:30 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 6/14/11. (lrc, COURT STAFF) (Filed on 6/15/2011) (Entered: 06/15/2011) |
| 06/17/2011 | 114 | JOINT CASE MANAGEMENT STATEMENT, filed by Largan Precision Co, LTD., Fujifilm Corporation (Schnurer, John) (Filed on 6/17/2011) Modified on 6/20/2011 (jlm, COURT STAFF). (Entered: 06/17/2011) |
| 06/29/2011 | 115 | Minute Entry: Initial Case Management Conference held on 6/29/2011 before JUDGE ARMSTRONG (Date Filed: 6/29/2011). Claims Construction Hearing set for 10/27/2011 09:00 AM. (Court Reporter: Not Reported) (lrc, COURT STAFF) (Date Filed: 6/29/2011) Modified on 7/12/2011 (jlm, COURT STAFF). (Entered: 07/11/2011) |
| 08/24/2011 | 116 | NOTICE of Appearance of Beth O. Arnese, filed by Fujifilm Corporation (Arnese, Beth) (Filed on 8/24/2011) Modified on 8/25/2011 (jlm, COURT STAFF). (Entered: 08/24/2011) |
| 09/09/2011 | 117 | MOTION for leave to appear in Pro Hac Vice for Michael J. McManus ( Filing fee $ 275, receipt number 44611007579.), filed by Fujifilm Corporation. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 9/9/2011) Modified on 9/20/2011 (jlm, COURT STAFF). (Entered: 09/09/2011) |
| 09/20/2011 | 118 | ORDER by Judge Saundra Brown Armstrong GRANTING 117 Motion for Pro Hac Vice for Michael J. McManus (jlm, COURT STAFF) (Filed on 9/20/2011) (Entered: 09/20/2011) |
| 10/19/2011 | 119 | JOINT CASE MANAGEMENT STATEMENT and Proposed Order, filed by Fujifilm Corporation, Largan Precision Co, LTD. (Schnurer, John) (Filed on 10/19/2011) Modified on 10/20/2011 (jlm, COURT STAFF). (Entered: 10/19/2011) |
| 10/21/2011 | 120 | Proposed Order Allowing Counsel to Bring Equipment Into the Courtroom for Claim Construction Hearing, by Largan Precision Co, LTD. (Schnurer, John) (Filed on 10/21/2011) Modified on 10/24/2011 (jlm, COURT STAFF). (Entered: 10/21/2011) |

| 10/26/2011 | 121 | ORDER: allowing counsel to bring equipment into the Courtroom for Claim Construction Hearing re 120 Proposed Order. Signed by Judge Saundra Brown Armstrong, on 10/25/11. (lrc, COURT STAFF) (Filed on 10/26/2011) Modified on 10/27/2011 (jlm, COURT STAFF). (Entered: 10/26/2011) |
| 10/27/2011 | 122 | Minute Entry: Claims Construction / Markman Hearing held on 10/27/2011 before JUDGE ARMSTRONG (Date Filed: 10/27/2011). (Court Reporter RAYNEE MERCADO.) (lrc, COURT STAFF) (Date Filed: 10/27/2011) (Entered: 10/27/2011) |
| 11/03/2011 | 123 | Brief *Supplemental Claim Construction Brief Regarding "Resin"* filed byFujifilm Corporation. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Tautkus, Rita) (Filed on 11/3/2011) (Entered: 11/03/2011) |
| 11/03/2011 | 124 | Brief *SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF* filed byLargan Precision Co, LTD. (Engle, Michael) (Filed on 11/3/2011) (Entered: 11/03/2011) |
| 11/03/2011 | 125 | Declaration of Michael J. Engle in Support of 124 Brief *SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF* filed byLargan Precision Co, LTD. (Attachments: # 1 Exhibit 1)(Related document(s) 124 ) (Engle, Michael) (Filed on 11/3/2011) (Entered: 11/03/2011) |
| 11/03/2011 | 126 | Declaration of Duncan T. Moore in Support of 124 Brief *SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF* filed byLargan Precision Co, LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 124 ) (Engle, Michael) (Filed on 11/3/2011) (Entered: 11/03/2011) |
| 11/08/2011 | 127 | Supplemental Claim Construction Reply Brief to 123 *Brief,* filed by Largan Precision Co, LTD. (Attachments: # 1 Proposed Order)(Engle, Michael) (Filed on 11/8/2011) Modified on 11/9/2011 (jlm, COURT STAFF). (Entered: 11/08/2011) |
| 11/08/2011 | 128 | Reply Supplemental Claim Construction Brief re "Resin" to 124 *Brief* filed by Fujifilm Corporation. (Attachments: # 1 Proposed Order)(Tautkus, Rita) (Filed on 11/8/2011) Modified on 11/9/2011 (jlm, COURT STAFF). (Entered: 11/08/2011) |
| 09/17/2012 | 129 | ORDER RE CLAIMS CONSTRUCTION re 122 Claims Construction/Markman Hearing. Case Management Conference set for 10/17/2012 at 02:30 PM, via Telephone. Joint Case Management Statements due 10/10/12. Signed by Judge Saundra Brown Armstrong, on 9/17/12. (lrc, COURT STAFF) (Filed on 9/17/2012) Modified on 9/18/2012 (jlm, COURT STAFF). (Entered: 09/17/2012) |
| 10/08/2012 | 130 | JOINT CASE MANAGEMENT STATEMENT and Proposed Order, filed by Fujifilm Corporation, Largan Precision Co, LTD. (Schnurer, John) (Filed on 10/8/2012) Modified on 10/9/2012 (jlm, COURT STAFF). (Entered: 10/08/2012) |
| 10/11/2012 | 131 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 10/24/2012 03:15 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 10/11/12. (lrc, COURT STAFF) (Filed on 10/11/2012) (Entered: 10/11/2012) |
| 10/22/2012 | 132 | JOINT CASE MANAGEMENT STATEMENT, filed by Fujifilm Corporation, Largan Precision Co, LTD. (Schnurer, John) (Filed on 10/22/2012) Modified on 10/23/2012 (jlm, COURT STAFF). (Entered: 10/22/2012) |
| 10/23/2012 | 133 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 11/1/2012 02:45 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 10/23/12. (lrc, COURT STAFF) (Filed on 10/23/2012) (Entered: 10/23/2012) |
| 10/31/2012 | 134 | JOINT CASE MANAGEMENT STATEMENT and Proposed Order, filed by Fujifilm Corporation, Largan Precision Co, LTD. (Schnurer, John) (Filed on 10/31/2012) Modified on 11/1/2012 (jlm, COURT STAFF). (Entered: 10/31/2012) |
| 01/30/2013 | 135 | Discovery Letter Brief to Magistrate Judge Corley for Protective Order for Rule 30(b)(6) Deposition, filed by Fujifilm Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Tautkus, Rita) (Filed on 1/30/2013) Modified on 1/31/2013 (jlm, COURT STAFF). (Entered: 01/30/2013) |
| 02/01/2013 | 136 | RESPONSE to 135 *Letter to Magistrate Judge Jacqueline S. Corley for Protective Order for Rule 30(b) Deposition,* filed by Largan Precision Co, LTD. (Attachments: # 1 Exhibit 1)(Engle, Michael) (Filed on 2/1/2013) Modified on 2/4/2013 (jlm, COURT |

| | | |
|---|---|---|
| | | STAFF). Modified on 2/4/2013 (jlm, COURT STAFF). (Entered: 02/01/2013) |
| 02/04/2013 | | CLERKS NOTICE SCHEDULING TELEPHONIC DISCOVERY HEARING. TO ALL PARTIES AND COUNSEL OF RECORD: Please take notice a telephonic discovery hearing is set for February 7, 2013 at 2:00 p.m., before Magistrate Judge Jacqueline Scott Corley. Counsel shall contact Court Call at 1−888−882−6878 to make the arrangements to appear by telephone. **(This is a text only docket entry, there is no document associated with this notice.)** (ahm, COURT STAFF) (Filed on 2/4/2013) (Entered: 02/04/2013) |
| 02/07/2013 | 137 | Minute Entry: Telephonic Discovery Hearing held on 2/7/2013 before Magistrate Judge Jacqueline Scott Corley (Date Filed: 2/7/2013). (Court Reporter: Lydia Zinn) (ahm, COURT STAFF) (Date Filed: 2/7/2013) Modified on 2/8/2013 (jlm, COURT STAFF). (Entered: 02/07/2013) |
| 02/07/2013 | 138 | MOTION to Compel Third−Party Flextronics International USA, Inc.'s Response to Subpoena, filed by Largan Precision Co, LTD. Responses due by 2/21/2013. Replies due by 2/28/2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Engle, Michael) (Filed on 2/7/2013) Modified on 2/8/2013 (jlm, COURT STAFF). (Entered: 02/07/2013) |
| 02/20/2013 | 139 | Notice of Withdrawal of Motion *to Compel Third−Party Flextronics International USA, Inc.'s Response to Subpoena* (Engle, Michael) (Filed on 2/20/2013) (Entered: 02/20/2013) |
| 03/05/2013 | 140 | STIPULATION Regarding Dismissal of and Evidence Relating to a Claim for Money Damages or Injunctive Relief and Secondary Considerations of Non−Obviousness and Discovery Related to Same, filed by Fujifilm Corporation, Largan Precision Co, LTD. (Tautkus, Rita) (Filed on 3/5/2013) Modified on 3/6/2013 (jlm, COURT STAFF). (Entered: 03/05/2013) |
| 08/01/2013 | 141 | **CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference continued to 8/15/2013 03:15 PM. via telephone. Signed by Judge ARMSTRONG on 8/1/13. (lrc, COURT STAFF) (Filed on 8/1/2013) (Entered: 08/01/2013)** |
| 08/08/2013 | 142 | STIPULATION of Dismissal with Prejudice, filed by Largan Precision Co, LTD, Fujifilm Corporation. (Engle, Michael) (Filed on 8/8/2013) Modified on 8/9/2013 (jlmS, COURT STAFF). (Entered: 08/08/2013) |
| 08/09/2013 | 143 | REPORT on the determination of an action regarding PATENT INFRINGEMENT (cc: form mailed to register). (Attachments: # 1 Stipulation of Dismissal)(jlmS, COURT STAFF) (Filed on 8/9/2013) (Entered: 08/09/2013) |