# EXHIBIT 5

### U.S. District Court
### Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:13–cv–02740–CAB–NLS

| | |
|---|---|
| Largan Precision Co., Ltd. v. Samsung Electronics Co., Ltd. et al | Date Filed: 11/14/2013 |
| Assigned to: Judge Cathy Ann Bencivengo | Date Terminated: 10/24/2016 |
| Referred to: Magistrate Judge Nita L. Stormes | Jury Demand: Plaintiff |
| Cause: 35:0271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Largan Precision Co., Ltd.**       represented by     **John P Schnurer**
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130–2080
(858)720–5705
Fax: (858)720–5799
Email: JSchnurer@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Esterhay**
Perkins Coie LLP
11988 El Camino Real
Suite 350
San Diego, CA 92130
(858) 720–5788
Fax: (858) 720–5799
Email: jesterhay@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Joseph Patrick Reid**
Perkins Coie LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130
(858) 461–7360
Email: jreid@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Kevin John Patariu**
Perkins Coie, LLP
11988 El Camino Real
Suite 200
San Diego, CA 92130
(858) 720–5700
Fax: (858) 720–5799
Email: kpatariu@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Kimberly I. Kennedy**
Perkins Coie LLP
11988 El Camino Real
Suite 250
San Diego, CA 92130
(858) 720–5768
Fax: (858)720–5868
Email: kimberlykennedy@perkinscoie.com
*TERMINATED: 05/28/2015*
*ATTORNEY TO BE NOTICED*

**Michael James Engle**

Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
650−838−4326
Fax: 650−838−4526
Email: mengle@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Michelle Nicole Berger**
Perkins Coie, LLP
11988 El Camino Real
Suite 350
San Diego, CA 92130−2594
858−720−5763
Fax: 858−720−5799
Email: mcunningham@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Miguel J. Bombach**
Perkins Coie, LLP
11988 El Camino Real
Suite 350
San Diego, CA 92130
(858) 720−5700
Fax: (858) 720−5799
Email: mbombach@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Philip Alcide Morin**
Perkins Coie LLP
11452 El Camino Real Suite 300
San Diego, CA 92130−2594
(858)720−5745
Fax: (858)720−5799
Email: PMorin@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Tawen Chang**
Perkins Coie, LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111−4131
415−344−7000
Fax: 415−344−7050
Email: tchang@perkinscoie.com
*TERMINATED: 07/08/2015*
*ATTORNEY TO BE NOTICED*

**Tina Wang Arroyo**
Perkins Coie LLP
11988 El Camino Real
Suite 350
San Diego, CA 92130
858−720−5778
Fax: 858−720−5799
Email: tarroyo@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Yun Louise Lu**
Perkins Coie LLP
11452 El Camino Real
Suite 300
San Diego, CA 92130
858−720−5732
Fax: 858−720−5799

Email: llu@perkinscoie.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Samsung Electronics Co., Ltd.**                represented by   **Benjamin Lasky**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446–4800
Email: benjamin.lasky@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Gross**
Kirkland & Ellis LLP
655 Fifteenth Street N.W.
Washington, DC 20005
(202) 879–5000
Email: brian.gross@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
Kirkland & Ellis, LLP
655 Fifteenth Street N.W.
Washington, DC 20005
(202) 879–5000
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862–2000
Email: gregory.sanford@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
Kirkland and Ellis
601 Lexington Avenue
New York, NY 10022
(212)446–4800
Email: jmarina@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
212–446–4800
Email: james.mcconnell@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
Lewis Kohn & Walker LLP
15030 Avenue of Science
Suite 201
San Diego, CA 92128
(858) 436–1330
Fax: (858) 436–1349
Email: kwalker@lewiskohn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA 94303
(650)833–1550
Fax: (650)833–2001
Email: mark.fowler@dlapiper.com
*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862–2000
Email: ron.sklar@kirkland.com
*TERMINATED: 04/08/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**
Kirkland and Ellis
601 Lexington Ave
New York, NY 10022
(212)446–4800
Email: todd.friedman@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
Kirkland and Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862–7029
Fax: (312) 862–2200
Email: dhiger@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202)879–5289
Email: edonovan@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
Kirkland & Ellis LLP

601 Lexington Avenue
New York, NY 10022
(212) 446–4766
Fax: (212) 446–4900
Email: greg.arovas@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics America, Inc.**　　　represented by　**Benjamin Lasky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
(See above for address)
*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
(See above for address)
*TERMINATED: 04/08/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Samsung Telecommunications America, LLC** | represented by | **Benjamin Lasky**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Brian Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
(See above for address)

*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics America, Inc.**          represented by     **Benjamin Lasky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
(See above for address)
*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
(See above for address)
*TERMINATED: 04/08/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., Ltd.**                    represented by    **Benjamin Lasky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
(See above for address)
*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
(See above for address)
*TERMINATED: 04/11/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Telecommunications America, LLC**          represented by **Benjamin Lasky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Gross**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
(See above for address)
*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Largan Precision Co., Ltd.**  represented by  **John P Schnurer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Esterhay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Patrick Reid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin John Patariu**
Perkins Coie, LLP

11988 El Camino Real
Suite 200

San Diego, CA 92130

(858) 720–5700
Fax: (858) 720–5799
Email: kpatariu@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Kimberly I. Kennedy**
(See above for address)
*TERMINATED: 05/28/2015*
*ATTORNEY TO BE NOTICED*

**Michael James Engle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Nicole Berger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miguel J. Bombach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip Alcide Morin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tawen Chang**
(See above for address)
*TERMINATED: 07/08/2015*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., Ltd.**  represented by  **Benjamin Lasky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Gross**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
(See above for address)
*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
(See above for address)
*TERMINATED: 04/08/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics America, Inc.**                    represented by    **Benjamin Lasky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
(See above for address)
*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
(See above for address)
*TERMINATED: 04/08/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Telecommunications America, LLC**                  represented by    **Benjamin Lasky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Sean Trainor**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Sanford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James E Marina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James H. McConnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent M. Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
(See above for address)
*TERMINATED: 03/07/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ron Sklar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Friedman**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Higer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward C. Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Largan Precision Co., Ltd.**                  represented by  **John P Schnurer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Esterhay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Patrick Reid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin John Patariu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael James Engle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miguel J. Bombach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tawen Chang**
(See above for address)
*TERMINATED: 07/08/2015*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2013 | 1 | COMPLAINT with Jury Demand against Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC (filing fee $400 receipt number 0974–6500571), filed by Largan Precision Co., Ltd. (Attachments: # 1 Exhibit A – D, # 2 Exhibit E – F, # 3 Civil Case Cover Sheet). <br><br> The new case number is 3:13–cv–2740–AJB–NLS. Judge Anthony J. Battaglia and Magistrate Judge Nita L. Stormes are assigned to the case. (Schnurer, John)(dls) (ATTNY MAINT) (cap). (Entered: 11/14/2013) |
| 11/14/2013 | 2 | NOTICE of Party With Financial Interest by Largan Precision Co., Ltd. (dls) (cap). (Entered: 11/14/2013) |

| 11/14/2013 | 3 | REPORT on the filing or determination of an action regarding patent and/or trademark number(s) *7,262,925*, *7,394,602*, *7,898,747*, *8,154,807*, *8,284,291*, *8,508,860* cc: USPTO. (dls) (cap). (Entered: 11/14/2013) |
|---|---|---|
| 11/14/2013 | 4 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (dls) (cap). (Entered: 11/14/2013) |
| 11/15/2013 | 5 | MINUTE ORDER. Judge Anthony J. Battaglia has declined assignment pursuant to General Order 598. Case reassigned to Judge Cathy Ann Bencivengo for all further proceedings. The new case number is 13cv2740-CAB(NLS) (no document attached) (tel) (Entered: 11/15/2013) |
| 11/19/2013 | 6 | SUMMONS Returned Executed by Largan Precision Co., Ltd.. Samsung Electronics America, Inc. served. (Schnurer, John) (yeb). (Entered: 11/19/2013) |
| 11/19/2013 | 7 | SUMMONS Returned Executed by Largan Precision Co., Ltd.. Samsung Telecommunications America, LLC served. (Schnurer, John) (yeb). (Entered: 11/19/2013) |
| 12/06/2013 | 8 | Joint MOTION for Extension of Time to File Answer *Joint Motion to Extend Time to Respond to Complaint* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Fowler, Mark)Attorney Mark D Fowler added to party Samsung Electronics America, Inc(pty:dft), Attorney Mark D Fowler added to party Samsung Electronics Co., Ltd.(pty:dft), Attorney Mark D Fowler added to party Samsung Telecommunications America, LLC(pty:dft)(aef). (Entered: 12/06/2013) |
| 12/06/2013 | 9 | NOTICE OF RECUSAL: Judge Cathy Ann Bencivengo is no longer assigned to case and Judge Marilyn L. Huff is now assigned to the case. The new case number is 13cv2740-H-NLS. Signed by Judge Cathy Ann Bencivengo on 12/6/13.(cge) (Entered: 12/06/2013) |
| 12/09/2013 | 10 | MINUTE ORDER OF RECUSAL by Judge Marilyn L. Huff: Judge Marilyn L. Huff hereby recuses from this case and orders that another district judge be randomly drawn and assigned to this matter. Case randomly reassigned to Judge Dana M. Sabraw for all further proceedings. Judge Marilyn L. Huff is no longer assigned to this case. The new case number is 13cv2740-DMS-NLS. SO ORDERED on 12/9/2013 be Judge Marilyn L. Huff. (no document attached) (smy) (Entered: 12/09/2013) |
| 12/09/2013 | 11 | ORDER granting 8 Joint Motion to Extend Time to Respond to Complaint. Samsung shall have until March 6, 2014 to answer, move, or otherwise respond to Plaintiff's Complaint. Signed by Judge Dana M. Sabraw on 12/9/2013. (aef) (Entered: 12/09/2013) |
| 03/06/2014 | 12 | NOTICE of Appearance by Kent M. Walker on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC (Walker, Kent)Attorney Kent M. Walker added to party Samsung Electronics America, Inc(pty:dft), Attorney Kent M. Walker added to party Samsung Electronics Co., Ltd.(pty:dft), Attorney Kent M. Walker added to party Samsung Telecommunications America, LLC(pty:dft) (aef). (Entered: 03/06/2014) |
| 03/06/2014 | 13 | ANSWER to 1 Complaint, with Jury Demand , COUNTERCLAIM , *with Jury Demand,* against Largan Precision Co., Ltd. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC.(Walker, Kent) (aef). (Entered: 03/06/2014) |
| 03/06/2014 | 14 | NOTICE of Party With Financial Interest by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC (Walker, Kent) (aef). (Entered: 03/06/2014) |
| 03/06/2014 | 15 | PRO HAC VICE APPOINTED: Gregory S. Arovas appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Counter Claimants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Receipt # 60494. (jao) (Entered: 03/06/2014) |

| 03/06/2014 | 16 | PRO HAC VICE APPOINTED: Edward C. Donovan appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Counter Claimants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Receipt # 60495. (jao) (Entered: 03/06/2014) |
|---|---|---|
| 03/06/2014 | 17 | PRO HAC VICE APPOINTED: David W. Higer appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Counter Claimants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Receipt # 60496. (jao) (Entered: 03/06/2014) |
| 03/07/2014 | 18 | MOTION to Substitute Attorney by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Walker, Kent) (aef). (Entered: 03/07/2014) |
| 03/07/2014 | 19 | NOTICE AND ORDER for Early Neutral Evaluation Conference. Early Neutral Evaluation set for 5/5/2014 09:30 AM before Magistrate Judge Nita L. Stormes. Signed by Magistrate Judge Nita L. Stormes on 3/7/2014.(jao) (Entered: 03/07/2014) |
| 03/07/2014 | 20 | ORDER Granting 18 Motion to Substitute Attorney. Attorney Mark D Fowler terminated. Signed by Judge Dana M. Sabraw on 3/7/2014. (jao) (Entered: 03/07/2014) |
| 03/31/2014 | 21 | FIRST AMENDED COMPLAINT with Jury Demand against Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, filed by Largan Precision Co., Ltd.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Schnurer, John) (Entered: 03/31/2014) |
| 04/02/2014 | 22 | NOTICE of Appearance by Joseph Patrick Reid on behalf of Largan Precision Co., Ltd. (Reid, Joseph)Attorney Joseph Patrick Reid added to party Largan Precision Co., Ltd.(pty:pla), Attorney Joseph Patrick Reid added to party Largan Precision Co., Ltd.(pty:cd) (aef). (Entered: 04/02/2014) |
| 04/02/2014 | 23 | NOTICE of Appearance by Michael James Engle on behalf of Largan Precision Co., Ltd. (Engle, Michael)Attorney Michael James Engle added to party Largan Precision Co., Ltd.(pty:pla), Attorney Michael James Engle added to party Largan Precision Co., Ltd.(pty:cd) (aef). (Entered: 04/02/2014) |
| 04/03/2014 | 24 | NOTICE of Appearance by Miguel J. Bombach on behalf of Largan Precision Co., Ltd. (Bombach, Miguel)Attorney Miguel J. Bombach added to party Largan Precision Co., Ltd.(pty:pla), Attorney Miguel J. Bombach added to party Largan Precision Co., Ltd.(pty:cd) (jao). (Entered: 04/03/2014) |
| 04/07/2014 | 25 | NOTICE of Appearance by John D. Esterhay on behalf of Largan Precision Co., Ltd. (Esterhay, John)Attorney John D. Esterhay added to party Largan Precision Co., Ltd.(pty:pla), Attorney John D. Esterhay added to party Largan Precision Co., Ltd.(pty:cd) (aef). (Entered: 04/07/2014) |
| 04/16/2014 | 26 | REPORT on the filing or determination of an action regarding patent and/or trademark number(s) *8,670,190*, *8,670,191* filed as – NOTICE by Largan Precision Co., Ltd. re 3 Report Regarding Patent & Trademark (Reid, Joseph) (cc:USPTO) Modified on 4/16/2014– NEF regenerated to include service to USPTO (aef). (Entered: 04/16/2014) |
| 04/17/2014 | 27 | ANSWER to 21 Amended Complaint, , COUNTERCLAIM against Largan Precision Co., Ltd. by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC.(Walker, Kent) (jao). (Entered: 04/17/2014) |
| 04/29/2014 | 28 | Joint MOTION for Protective Order by Largan Precision Co., Ltd.. (Attachments: # 1 Exhibit A)(Reid, Joseph) Modified on 4/30/2014–QC mailer sent re proposed orders should not be attached (aef). (Entered: 04/29/2014) |
| 04/29/2014 | 29 | Joint MOTION for Order *Governing Discovery of Electronically Stored Information* by Largan Precision Co., Ltd.. (Attachments: # 1 Exhibit A)(Reid, Joseph) Modified on 4/30/2014–QC mailer sent re proposed orders should not be attached (aef). (Entered: 04/29/2014) |

| 05/01/2014 | 30 | NOTICE of Appearance by Kimberly I. Kennedy on behalf of Largan Precision Co., Ltd. (Kennedy, Kimberly)Attorney Kimberly I. Kennedy added to party Largan Precision Co., Ltd.(pty:pla), Attorney Kimberly I. Kennedy added to party Largan Precision Co., Ltd.(pty:cd) (aef). (Entered: 05/01/2014) |
|---|---|---|
| 05/02/2014 | 31 | ANSWER to 27 Answer to Amended Complaint, Counterclaim by Largan Precision Co., Ltd..(Kennedy, Kimberly) (aef). (Entered: 05/02/2014) |
| 05/05/2014 | 32 | ORDER granting 29 Joint Motion for Entry or Order Governing Discovery of Electronically Stored Information in Patent Cases. Signed by Magistrate Judge Nita L. Stormes on 5/5/2014. (aef) (Entered: 05/05/2014) |
| 05/05/2014 | 33 | ORDER granting 28 Joint Motion for Entry of Protective Order as Modified by the Court. Signed by Magistrate Judge Nita L. Stormes on 5/5/2014. (aef) (Entered: 05/05/2014) |
| 05/05/2014 | 34 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Early Neutral Evaluation Conference held on 5/5/2014. Case did not settle. Order to issue.(Plaintiff Attorneys John Schnurer, Joseph Reid, Michael Engle). (Defendant Attorneys Kent Walker, David Higer, Edward Donovan). (no document attached) (jes) (Entered: 05/05/2014) |
| 05/05/2014 | 35 | CASE MANAGEMENT CONFERENCE ORDER Regulating Discovery and Other Pretrial Proceedings in a Patent Case. The court held an Early Neutral Evaluation Conference on 5/5/2014. A Claims Construction Hearing is set for 11/24/2014 at 09:00 AM before Judge Dana M. Sabraw. A Mandatory Settlement Conference is set for 12/15/2014 at 09:30 AM in the chambers of Magistrate Judge Nita L. Stormes. A Second Mandatory Settlement Conference is set for 11/4/2015 at 09:30 AM before Magistrate Judge Nita L. Stormes. The Proposed Final Pretrial Conference Order is due by 11/27/2015. The Final Pretrial Conference is set for 12/4/2015 at 10:30 AM before Judge Dana M. Sabraw. The Jury Trial is set for 1/4/2016 at 09:00 AM before Judge Dana M. Sabraw. Signed by Magistrate Judge Nita L. Stormes on 5/5/2014.(aef)(jrd) (Entered: 05/06/2014) |
| 05/08/2014 | 36 | ORDER setting Telephonic Status Conference for 5/22/2014 10:30 AM before Judge Dana M. Sabraw. Signed by Judge Dana M. Sabraw on 05/08/2014.(jpp) (Entered: 05/09/2014) |
| 05/22/2014 | 37 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Telephonic Status Conference held on 5/22/2014. Court to issue order. (Court Reporter/ECR Lee Ann Pence). (Plaintiff Attorney John P Schnurer, Joseph Reid, Kimberly Kennedy). (Defendant Attorney Kent M Walker, Edward Donovan, David Higer). (no document attached) (jak) (Entered: 05/22/2014) |
| 05/22/2014 | 38 | ORDER Following Telephonic Status Conference. The Court held a telephonic status conference on 5/22/2014. It is hereby ordered: 1. On or before August 29, 2014, Largan will reduce its total number of asserted claims to no more than ten (10) from each patent and not more than a total of forty (40) claims. 2. On or before September 26, 2014, Samsung will reduce its total number of asserted prior art references to no more than twelve (12) against each patent and not more than a total of fifty (50) references. 3. The Court confirms the limit of ten (10) claim terms for construction by the Court. Signed by Judge Dana M. Sabraw on 5/22/2014.(aef) (Entered: 05/22/2014) |
| 08/29/2014 | 39 | JOINT HEARING STATEMENT by Largan Precision Co., Ltd.. (Attachments: # 1 Appendix A to Joint Claim Construction Statement, # 2 Appendix B to Joint Claim Construction Statement)(Kennedy, Kimberly) (aef). (Entered: 08/29/2014) |
| 09/12/2014 | 40 | SUPPLEMENTAL DOCUMENT by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC re 39 Joint Hearing Statement *SUPPLEMENTAL JOINT CLAIM CONSTRUCTION HEARING STATEMENT*. (Attachments: # 1 Appendix A to Supplemental Joint Claim Construction Statement, # 2 Appendix B to Supplemental Joint Claim Construction Statement)(Higer, David) (aef). (Entered: 09/12/2014) |
| 09/17/2014 | 41 | Joint MOTION for Determination of Discovery Dispute by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Higer, David) (aef). (Entered: 09/17/2014) |

| 10/08/2014 | 42 | PRO HAC APPROVED: D. Sean Trainor appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC (ag) (Entered: 10/09/2014) |
|---|---|---|
| 10/09/2014 | 43 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Telephonic Status Conference) held on 5/22/2014, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 10/30/2014. Redacted Transcript Deadline set for 11/10/2014. Release of Transcript Restriction set for 1/7/2015. (All non-registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 10/09/2014) |
| 10/10/2014 | 44 | CLAIM CONSTRUCTION BRIEF by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration Kennedy Decl. ISO Largan's Opening Claim Construction Brief, # 2 Exhibit 1 through 9 ISO Kennedy Declaration, # 3 Exhibit 10 through 16 ISO Kennedy Declaration)(Kennedy, Kimberly) (aef). (Entered: 10/10/2014) |
| 10/13/2014 | 45 | CLAIM CONSTRUCTION BRIEF by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Declaration of David Higer in support of Samsung's Claim Construction Brief, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Higer, David) (aef). (Entered: 10/13/2014) |
| 10/17/2014 | 46 | ORDER on 41 Joint Motion for Determination of Discovery Dispute. It is therefore ordered that Samsung's motion to compel is GRANTED as to RFP No. 2, subsection (c) and subsection (e), but only for documents and things that relate to the patents-in-suit. It is further ordered that Samsung's motion to compel is GRANTED as to RFP Nos. 5 and 6 for the limited purpose of ensuring that Largan's production comports with the Court's modified definition of "Largan Product." Additionally, Largan is ordered to supplement its response to RFP No. 7 by either stating in a verified response that no responsive documents exist, or by producing responsive documents within its possession, custody, or control, subject to its privilege and confidentiality obligations, as well as the Courts modified definition of "Largan Product." Lastly, Largan is ordered to state in a verified response that the only products it manufactured or sold that it contends embody the patents in-suit are the products listed in its Disclosures. Signed by Magistrate Judge Nita L. Stormes on 10/17/2014. (All non-registered users served via U.S. Mail Service)(aef) (Entered: 10/20/2014) |
| 10/24/2014 | 47 | RESPONSE TO CLAIM CONSTRUCTION BRIEF by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration of Kimberly Kennedy, # 2 Exhibit 1 through 6 to Kennedy Decl ISO Largan's Responsive Claim Construction Brief)(Kennedy, Kimberly) (aef). (Entered: 10/24/2014) |
| 10/24/2014 | 48 | RESPONSE TO CLAIM CONSTRUCTION BRIEF by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Declaration of David Higer in support of Samsung's Responsive Claim Construction Brief, # 2 Exhibit 14)(Higer, David)(aef). (Entered: 10/24/2014) |
| 11/12/2014 | 49 | Joint MOTION for Determination of Discovery Dispute by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Declaration of David Higer in support of Joint Motion for Determination of Discovery Dispute, # 2 Exhibit 1, # 3 Exhibit 2 (Redacted), # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5 (Redacted), # 7 Exhibit 6 (Redacted), # 8 Exhibit 7 (Redacted))(Higer, David) (aef). (Entered: 11/12/2014) |
| 11/12/2014 | 50 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 11/12/2014) |

| 11/12/2014 | 51 | [Filed as sealed document 53 on 11/14/2014] SEALED LODGED Proposed Document re: 50 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 51 replaced on 11/17/2014) (jao). (Entered: 11/12/2014) |
|---|---|---|
| 11/14/2014 | 52 | ORDER Granting 50 Samsung's Motion to File Documents Under Seal. The parties' Joint Motion for Determination of Discovery Dispute (unredacted) and Exhibits 2, 5, 6, and 7 to the Supporting Declaration of David W. Higer shall be filed under seal. Signed by Magistrate Judge Nita L. Stormes on 11/14/2014. (All non–registered users served via U.S. Mail Service)(jao) (Entered: 11/17/2014) |
| 11/20/2014 | 54 | ORDER Regarding the Utilization of Electronic Equipment during the November 24, 2014 Claim Construction Hearing. Signed by Judge Dana M. Sabraw on 11/20/2014.(All non–registered users served via U.S. Mail Service)(aef) (Entered: 11/20/2014) |
| 11/24/2014 | 55 | Minute Entry for proceedings held before Judge Dana M. Sabraw: Claims Contruction Hearing held on 11/24/2014. The matter is submitted, and the Court will issue an order. (Court Reporter/ECR Lee Ann Pence). (Plaintiff Attorney Joseph P Reid, Kimberly Kennedy). (Defendant Attorney Kent M Walker, David W Higer, Greg Arovas, Edward C Donovan). (no document attached) (jak) (Entered: 11/24/2014) |
| 11/26/2014 | 56 | DECLARATION re 49 Joint MOTION for Determination of Discovery Dispute *Supplemental Declaration of David Higer in Support of Joint Motion for Determination of Discovery Dispute* by Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9)(Higer, David) qc email re s/ signature on the pos on 11/28/2014 (rlu). (Entered: 11/26/2014) |
| 12/01/2014 | 57 | NOTICE of Change of Address by Kent M. Walker (Walker, Kent) (dls). (Entered: 12/01/2014) |
| 12/09/2014 | 58 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Claims Construction Hearing) held on 11/24/2014, before Judge Dana M. Sabraw. Court Reporter/Transcriber: Lee Ann Pence. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E–File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 12/30/2014. Redacted Transcript Deadline set for 1/9/2015. Release of Transcript Restriction set for 3/9/2015. (All non–registered users served via U.S. Mail Service. Notice of electronic filing only.) (akr) (Entered: 12/09/2014) |
| 12/09/2014 | 59 | Mail Returned as Undeliverable re 54 Order Regarding the Utilization of Electronic Equipment during the November 24, 2014 Claim Construction Hearing. Mail sent to D. Sean Trainor. (dls) (Entered: 12/09/2014) |
| 12/09/2014 | 60 | ORDER Construing Claims re Minute Entry No. 55 Claims Construction Hearing. Signed by Judge Dana M. Sabraw on 12/9/14.(dls) (Entered: 12/10/2014) |
| 12/11/2014 | 61 | ORDER on Joint Motion for Determination of Discovery Dispute re 49 Motion Discovery Dispute. The Court hereby orders Samsung to interview the eight employees who interact with its third–party module vendors in a technical or procurement capacity for the purpose of answering Interrogatory No. 2consistent with the limitations described in this Order. Samsung has 30 days from the date of this Order to supplement its answer to Interrogatory No. 2 based on those interviews. Signed by Magistrate Judge Nita L. Stormes on 12/11/14. (dls) (Entered: 12/12/2014) |
| 12/16/2014 | 62 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Mandatory Settlement Conference held on 12/15/2014. The case did not settle.(Plaintiff Attorney John Schnurer, Kimberly Kennedy). (Defendant Attorney Ed Donovan, Dave Higer, Kent Walker). (no document attached) (cxs) (Entered: 12/16/2014) |
| 12/29/2014 | 63 | MOTION to File Documents Under Seal (With attachments)(Kennedy, Kimberly) (jao). (Entered: 12/29/2014) |

| 12/29/2014 | 64 | [Filed as sealed document on 1/5/2015] SEALED LODGED Proposed Document re: 63 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Kennedy, Kimberly) (jao). (Main Document 64 replaced on 1/5/2015) (jao). (Entered: 12/29/2014) |
|---|---|---|
| 12/29/2014 | 65 | OBJECTION by Largan Precision Co., Ltd. re 61 Order on Motion for Miscellaneous (Other 1),, *Largan's Notice of Objections and Objections to Magistrate Judge Stormes' Order on Joint Motion for Determination of Discovery Dispute* (Attachments: # 1 Memo of Points and Authorities (Redacted), # 2 Declaration Kimberly Kennedy, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C (Redacted), # 6 Exhibit D (Redacted))(Kennedy, Kimberly) (dls). (Entered: 12/29/2014) |
| 01/05/2015 | 66 | ORDER Granting 63 Motion to File Documents Under Seal. Largan's unredacted Memorandum of Points and Authorities and Exhibits C and D to the Declaration of Kimberly I. Kennedy in support of Largan's Objections to Magistrate Judge Stormes' Order on Joint Motion for Determination of Discovery Dispute shall be filed under seal. Signed by Judge Dana M. Sabraw on 1/5/2015. (jao) (Entered: 01/05/2015) |
| 01/07/2015 | 68 | NOTICE of Appearance by Kevin John Patariu on behalf of Largan Precision Co., Ltd. (Patariu, Kevin)Attorney Kevin John Patariu added to party Largan Precision Co., Ltd.(pty:pla) (dls). (Entered: 01/07/2015) |
| 01/07/2015 | 69 | NOTICE of Appearance by Tawen Chang on behalf of Largan Precision Co., Ltd. (Chang, Tawen)Attorney Tawen Chang added to party Largan Precision Co., Ltd.(pty:pla) (dls). (Entered: 01/07/2015) |
| 01/09/2015 | 70 | NOTICE of Party With Financial Interest by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC *Supplemental Notice of Party with Financial Interest* (Higer, David) (dls). (Entered: 01/09/2015) |
| 01/16/2015 | 71 | RESPONSE re 65 Objection, *Samsung's Opposition to Largan's Objections to Magistrate Judge Stormes' Order on Joint Motion for Determination of Discovery Dispute (Redacted)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Declaration of David W. Higer in support of Samsung's Opposition to Largan's Objections, # 2 Exhibit 1 (Redacted), # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4 (Redacted), # 6 Exhibit 5 (Redacted))(Higer, David) (dls). (Entered: 01/16/2015) |
| 01/16/2015 | 72 | MOTION to File Documents Under Seal (With attachments)(Higer, David). (jah). (Entered: 01/16/2015) |
| 01/16/2015 | 73 | [Filed as sealed document on 1/21/2015] SEALED LODGED Proposed Document re: 72 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David). (jah). (Main Document 73 replaced on 1/21/2015) (jao). (Entered: 01/16/2015) |
| 01/20/2015 | 74 | Joint MOTION *Joint Motion for Determination of Discovery Dispute (Redacted)* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Declaration of David W. Higer in support of Joint Motion for Determination of Discovery Dispute, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4 (Redacted), # 6 Exhibit 5 (Redacted), # 7 Exhibit 6 (Redacted), # 8 Exhibit 7, # 9 Exhibit 8)(Higer, David) (dls). (Entered: 01/20/2015) |
| 01/20/2015 | 75 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (dls). (jao). (Entered: 01/20/2015) |
| 01/20/2015 | 76 | [File as sealed document on 1/21/2015] SEALED LODGED Proposed Document re: 75 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 76 replaced on 1/21/2015) (jao). (Entered: 01/20/2015) |
| 01/21/2015 | 77 | ORDER Granting 72 Samsung's Motion to File Documents Under Seal. Samsung's Opposition to Largan's Objections and Exhibits 1, 4, and 5 to the Supporting Declaration of David W. Higer shall be filed under seal. Signed by Judge Dana M. Sabraw on 1/20/2015. (jao) (Entered: 01/21/2015) |

| 01/21/2015 | 79 | ORDER Granting 75 Samsung's Motion to File Documents Under Seal. The Court finds that Samsung has established good cause for filing these documents under seal. Accordingly, the parties Joint Motion for Determination of Discovery Dispute (unredacted) and Exhibits 4, 5, and 6 to the Declaration of David W. Higer shall be filed under seal. Signed by Magistrate Judge Nita L. Stormes on 1/21/2015. (jao) (Entered: 01/21/2015) |
|---|---|---|
| 01/24/2015 | 81 | REPLY – Other re 71 Response – Other,, 65 Objection, filed by Largan Precision Co., Ltd.. (Chang, Tawen) (lm for attny re filing document under seal) (dls). (Entered: 01/24/2015) |
| 01/26/2015 | 82 | ORDER re Oral Argument re 74 Joint MOTION *Joint Motion for Determination of Discovery Dispute (Redacted)*. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the January 30, 2015 hearing is vacated. Signed by Judge Dana M. Sabraw on 1/26/2015.(dls) (Entered: 01/26/2015) |
| 02/05/2015 | 83 | ORDER Governing Depositions. Signed by Magistrate Judge Nita L. Stormes on 2/5/2015.(dls) (Entered: 02/05/2015) |
| 02/09/2015 | 84 | ORDER on 74 Joint Motion for Determination of Discovery Dispute. The Court grants Samsung's motion to compel the production of the deposition transcripts of the four named inventors of the patents–in–suit who were deposed in Genius – Hsiang Chi Tang, Tsung Han Tsai, Hsuan Huang, and Chun–Shan Chen. The Court denies Samsung's motion to compel the production of documents responsive to RFP No. 21 other than the four Genius depositions transcripts from the inventors of the patents–in–suit. Notably, however, the Court is not ordering the production of documents responsive to RFP Nos. 17 and 20 at this time, based on Largan's representation that all responsive documents are stored on shared systems and thus subject to the ESI Order. Therefore, in this Order, the Court merely finds that RFP Nos. 17 and 20, as modified by the Court, seek relevant documents. The Court urges the parties to meet and as to these Requests and resolve their disagreement regarding the production of responsive documents without seeking further court intervention. Signed by Magistrate Judge Nita L. Stormes on 2/9/2015. (dls) (Entered: 02/09/2015) |
| 02/09/2015 | 85 | PRO HAC APPROVED: Todd M. Friedman appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC (ag) (Entered: 02/09/2015) |
| 02/09/2015 | 86 | PRO HAC APPROVED: Kevin B. Collins appearing for Interested Party Samsung Electro–Mechanics Am. (ag) (Entered: 02/09/2015) |
| 02/09/2015 | 87 | PRO HAC APPROVED: Joseph Scott St. John appearing for Interested Party Samsung Electro–Mechanics Am. (ag) (Entered: 02/09/2015) |
| 02/18/2015 | 88 | ORDER Overruling Largan's Objections to December 11, 2014 Discovery Order re 65 Objection, filed by Largan Precision Co., Ltd. Largan's objections to the Magistrate Judge's Order (ECF No. 61 ) do not establish that the Magistrate Judge's rulings were either clearly erroneous or contrary to law. Accordingly, the Court overrules Largan's objection to the Magistrate Judge's Order. Signed by Judge Dana M. Sabraw on 2/18/2015.(dls) (Entered: 02/18/2015) |
| 02/27/2015 | 89 | PRO HAC APPROVED: Gregory Sanford appearing for Defendants (vam) (Entered: 02/27/2015) |
| 03/04/2015 | 90 | ORDER Governing Deposition Conduct. Signed by Magistrate Judge Nita L. Stormes on 3/4/2015.(dls) (Entered: 03/04/2015) |
| 03/11/2015 | 91 | Joint MOTION for Extension of Time to File *Joint Motion for Determination of Discovery Dispute* by Largan Precision Co., Ltd.. (Kennedy, Kimberly) (aef). (Entered: 03/11/2015) |
| 03/12/2015 | 92 | ORDER Granting 91 the Parties' Joint Motion for Extension of Time to File Joint Motion for Determination of Discovery Dispute. The Court GRANTS the pending motion and extends the deadline for filing the joint discovery motion until March 19, 2015. Signed by Magistrate Judge Nita L. Stormes on 3/12/2014. (aef) (Entered: 03/12/2015) |

| 03/19/2015 | 93 | MOTION to File Documents Under Seal (With attachments)(Chang, Tawen) (jao). (Entered: 03/19/2015) |
|---|---|---|
| 03/19/2015 | 94 | [Filed as sealed document on 3/26/2015] SEALED LODGED Proposed Document re: 93 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Chang, Tawen)(jao). (Main Document 94 replaced on 3/26/2015) (jao). (Entered: 03/19/2015) |
| 03/19/2015 | 95 | Ex Parte MOTION Ex Parte Application to Modify Scheduling Order re 35 Scheduling Order,,, by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration Lee Decl ISO Ex Parte Appl to Modify Schedule, # 2 Exhibit Chang Decl ISO Ex Parte Appl to Modify Schedule, # 3 Exhibit 1 ISO Chang Decl, # 4 Exhibit 2 ISO Chang Decl, # 5 Exhibit 3 ISO Chang Decl SEALED, # 6 Exhibit 4 ISO Chang Decl SEALED, # 7 Exhibit 5 ISO Chang Decl, # 8 Exhibit 6 ISO Chang Decl SEALED, # 9 Exhibit 7 ISO Chang Decl SEALED, # 10 Exhibit 8 ISO Chang Decl SEALED, # 11 Exhibit 9 ISO Chang Decl SEALED, # 12 Exhibit 10 ISO Chang Decl SEALED, # 13 Exhibit 11 ISO Chang Decl, # 14 Exhibit 12 ISO Chang Decl SEALED, # 15 Exhibit 13 ISO Chang Decl, # 16 Exhibit 14 ISO Chang Decl, # 17 Exhibit 15 ISO Chang Decl SEALED, # 18 Exhibit 16 ISO Chang Decl SEALED)(Chang, Tawen) (aef). (Entered: 03/19/2015) |
| 03/19/2015 | 96 | ORDER Setting Briefing Schedule re 95 Ex Parte MOTION to Modify Scheduling Order 35 : The court extends the time to file an opposition to this ex parte motion. Any opposition must be filed by 3/26/2015. The court will take the matter under submission that day. No reply may be filed. Signed by Magistrate Judge Nita L. Stormes on 3/19/2015.(no document attached) (ecp) (Entered: 03/19/2015) |
| 03/19/2015 | 97 | Joint MOTION Determination of Discovery Dispute *Regarding Definition of "Accused Products" in Interrogatory No. 5* by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration Kennedy Decl ISO Joint Motion, # 2 Exhibit A ISO Kennedy Decl SEALED, # 3 Exhibit B ISO Kennedy Decl SEALED, # 4 Exhibit C ISO Kennedy Decl SEALED, # 5 Exhibit D ISO Kennedy Decl, # 6 Exhibit E ISO Kennedy Decl FILED UNDER SEALED, # 7 Exhibit F ISO Kennedy Decl, # 8 Exhibit G ISO Kennedy Decl, # 9 Exhibit H ISO Kennedy Decl FILED UNDER SEALED, # 10 Exhibit I ISO Kennedy Decl FILED UNDER SEALED, # 11 Exhibit J ISO Kennedy Decl FILED UNDER SEALED, # 12 Exhibit K ISO Kennedy Decl FILED UNDER SEALED, # 13 Exhibit L ISO Kennedy Decl, # 14 Exhibit M ISO Kennedy Decl, # 15 Exhibit N ISO Kennedy Decl FILED UNDER SEALED, # 16 Exhibit O ISO Kennedy Decl FILED UNDER SEALED, # 17 Exhibit P ISO Kennedy Decl, # 18 Exhibit Q ISO Kennedy Decl)(Kennedy, Kimberly) (aef). (Entered: 03/19/2015) |
| 03/19/2015 | 98 | MOTION to File Documents Under Seal (With attachments)(Kennedy, Kimberly) (jao). (Entered: 03/19/2015) |
| 03/19/2015 | 99 | [Filed as sealed document on 3/27/2015] SEALED LODGED Proposed Document re: 98 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Kennedy, Kimberly) (jao). (Main Document 99 replaced on 3/27/2015) (jao). (Entered: 03/19/2015) |
| 03/26/2015 | 100 | ORDER Granting 93 Largan's Motion to File Documents Under Seal. The Court finds that Largan has established good cause for filing these documents under seal. Accordingly, Largans Ex Parte Application to Modify Scheduling Order (unredacted) and Exhibits 3, 4, 6, 7, 8, 9, 10, 12, 15, and 16 to the Declaration of Tawen Chang shall be filed under seal. Signed by Magistrate Judge Nita L. Stormes on 3/26/2015. (jao) (Entered: 03/26/2015) |
| 03/26/2015 | 102 | RESPONSE in Opposition re 95 Ex Parte MOTION Ex Parte Application to Modify Scheduling Order re 35 Scheduling Order,,, *Samsung's Opposition to Largan's Ex Parte Application to Modify Scheduling Order (Redacted)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Declaration of David W. Higer in Support of Samsung's Opposition to Largan's Ex Parte Application to Modify Scheduling Order, # 2 Exhibit 1 (Sealed), # 3 Exhibit 2 (Sealed), # 4 Exhibit 3 (Sealed), # 5 Exhibit 4 (Sealed), # 6 Exhibit 5 (Sealed), # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8 (Sealed), # 10 Exhibit 9 (Sealed), # 11 Exhibit 10 (Sealed), # 12 Exhibit 11 (Sealed), # 13 Exhibit 12 (Sealed), # 14 Exhibit 13 (Sealed), # 15 Exhibit 14 (Sealed), # 16 Exhibit 15 (Sealed), # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 |

| | | |
|---|---|---|
| | | Exhibit 22 (Sealed), # 24 Exhibit 23 (Sealed), # 25 Exhibit 24 (Sealed), # 26 Exhibit 25 (Sealed), # 27 Exhibit 26 (Sealed), # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30 (Sealed), # 32 Exhibit 31 (Sealed), # 33 Exhibit 32 (Sealed), # 34 Exhibit 33 (Sealed), # 35 Exhibit 34 (Sealed), # 36 Exhibit 35 (Sealed), # 37 Exhibit 36, # 38 Exhibit 37 (Sealed), # 39 Exhibit 38, # 40 Exhibit 39 (Sealed), # 41 Exhibit 40 (Sealed))(Higer, David) (aef). (Entered: 03/26/2015) |
| 03/26/2015 | 103 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 03/26/2015) |
| 03/26/2015 | 104 | [Filed as sealed document on 3/27/2015] SEALED LODGED Proposed Document re: 103 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 104 replaced on 3/27/2015) (jao). (Entered: 03/26/2015) |
| 03/27/2015 | 105 | ORDER Granting 98 Largan's Motion to File Documents Under Seal. Signed by Magistrate Judge Nita L. Stormes on 3/27/2015. (jao) (Entered: 03/27/2015) |
| 03/27/2015 | 107 | ORDER Granting 103 Samsung's Motion to File Documents Under Seal. Signed by Magistrate Judge Nita L. Stormes on 3/27/2015. (jao) (Entered: 03/27/2015) |
| 04/02/2015 | 109 | Joint MOTION for Extension of Time to File *Joint Motion for Determination of Discovery Dispute* by Largan Precision Co., Ltd.. (Chang, Tawen) (kas). (Entered: 04/02/2015) |
| 04/03/2015 | 110 | ORDER on 97 Joint Motion for Determination of Discovery Dispute Regarding the Definition of "Accused Products" in Interrogatory No. 5. Court denies Largan's motion to compel a further response to Interrogatory No. 5. Signed by Magistrate Judge Nita L. Stormes on 4/3/2015. (jah) (Entered: 04/03/2015) |
| 04/03/2015 | 111 | ORDER granting 109 Joint Motion for Extension of Time to File Joint Motion for Determination of Discovery Dispute. The Court GRANTS the joint motion for extension of time to file the Combined Joint Discovery Motion on April 9, 2015. However, the parties are limited to a total of 25 pages for the Combined Joint Discovery Motion. Signed by Magistrate Judge Nita L. Stormes on 4/3/2015. (aef) (Entered: 04/06/2015) |
| 04/09/2015 | 112 | Joint MOTION Joint Motion for Determination of Discovery Dispute by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration Kennedy Decl ISO Jt Mot for Determination of Discovery Dispute, # 2 Exhibit Ex 1 to Kennedy Declaration, # 3 Exhibit Ex A to Kennedy Declaration, # 4 Exhibit Ex B to Kennedy Declaration, # 5 Exhibit Ex C to Kennedy Declaration, # 6 Exhibit Ex D to Kennedy Declaration, # 7 Exhibit Ex E to Kennedy Declaration, # 8 Exhibit Ex F to Kennedy Declaration, # 9 Exhibit Ex G to Kennedy Declaration FILED UNDER SEAL, # 10 Exhibit Ex H to Kennedy Declaration, # 11 Exhibit Ex I to Kennedy Declaration, # 12 Exhibit Ex J to Kennedy Declaration FILED UNDER SEAL, # 13 Exhibit Ex K to Kennedy Declaration FILED UNDER SEAL, # 14 Exhibit Ex L to Kennedy Declaration FILED UNDER SEAL, # 15 Exhibit Ex M to Kennedy Declaration FILED UNDER SEAL, # 16 Exhibit Ex N to Kennedy Declaration FILED UNDER SEAL, # 17 Exhibit Ex O to Kennedy Declaration FILED UNDER SEAL, # 18 Exhibit Ex P to Kennedy Declaration FILED UNDER SEAL, # 19 Exhibit Ex Q to Kennedy Declaration, # 20 Exhibit Ex R to Kennedy Declaration, # 21 Exhibit Ex S to Kennedy Declaration, # 22 Exhibit Ex T to Kennedy Declaration, # 23 Exhibit Ex U to Kennedy Declaration)(Kennedy, Kimberly) (aef). (Entered: 04/09/2015) |
| 04/09/2015 | 113 | MOTION to File Documents Under Seal (With attachments)(Kennedy, Kimberly) (jao). (Entered: 04/09/2015) |
| 04/09/2015 | 114 | [Filed as Sealed Document on 4/13/2015] SEALED LODGED Proposed Document re: 113 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Kennedy, Kimberly) (jao) (Main Document 114 replaced on 4/13/2015) (jao). (Entered: 04/09/2015) |
| 04/13/2015 | 115 | ORDER Granting 113 Largan Precision Co., LTD's Motion to File Documents Under Seal. Signed by Magistrate Judge Nita L. Stormes on 4/10/2015. (jao) (Entered: 04/13/2015) |

| 04/13/2015 | 117 | PRO HAC APPROVED: James H. McConnell appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (vam) (Entered: 04/13/2015) |
| --- | --- | --- |
| 04/14/2015 | 118 | REDACTED ORDER Denying 95 Largan Precision Co., Ltd's Ex Parte Application to Modify Scheduling Order. Largan has not justified why it needs more time to pursue discovery that is of questionable relevance. Largan had sufficient time to conduct discovery targeted to the relevant issues in this lawsuit, and Samsung would be prejudiced by the compression of expert discovery and the unnecessary cost of further, seemingly unlimited, discovery. Signed by Magistrate Judge Nita L. Stormes on 4/14/2015. (aef) Modified on 4/15/2015 to correct pdf image (jcj). (Entered: 04/14/2015) |
| 04/16/2015 | 120 | PRO HAC APPROVED: Brian Gross appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (vam) (Entered: 04/16/2015) |
| 04/16/2015 | 121 | PRO HAC APPROVED: James E Marina appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (vam) (Entered: 04/16/2015) |
| 04/17/2015 | 122 | Joint MOTION Joint Motion for Determination of Discovery Dispute by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Declaration of Todd M. Friedman in Support of Joint Motion for Determination of Discovery Dispute, # 2 Exhibit 1, # 3 Exhibit 2 (Filed Under Seal), # 4 Exhibit 3 (Filed Under Seal))(Friedman, Todd) (aef). (Entered: 04/17/2015) |
| 04/17/2015 | 123 | MOTION to File Documents Under Seal (With attachments)(Friedman, Todd) (jao). (Entered: 04/17/2015) |
| 04/17/2015 | 124 | [Filed as Sealed Document on 4/21/2015] SEALED LODGED Proposed Document re: 123 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Friedman, Todd) (jao). (Main Document 124 replaced on 4/22/2015) (jao). (Entered: 04/17/2015) |
| 04/21/2015 | 125 | ORDER Granting 123 Samsung's Motion to File Documents Under Seal. Signed by Magistrate Judge Nita L. Stormes on 4/21/2015. (jao) (Entered: 04/22/2015) |
| 04/23/2015 | 127 | Joint MOTION Regarding Deposition Scheduling and Expert Deadlines by Largan Precision Co., Ltd.. (Kennedy, Kimberly) (aef). (Entered: 04/23/2015) |
| 04/24/2015 | 128 | ORDER Granting 127 the Parties' Joint Motion Regarding Deposition Scheduling and Expert Deadlines. The parties have established good cause for their request, and the Court hereby GRANTS their joint motion. The parties may conduct the depositions listed in the Joint Motion on or before May 8, 2015. Signed by Magistrate Judge Nita L. Stormes on 4/24/2015. (aef) (Entered: 04/27/2015) |
| 05/05/2015 | 129 | ORDER re 122 Joint Motion for Determination of Discovery Dispute Regarding Largan's Response to Samsung's Third Set of Interrogatries (Nos 10,12,13). Although Largan can later supplement its responses by identifying, for example, its expert reports or Samsung's ESI or email, the Court ORDERS Largan to supplement its responses to Interrogatory No. 10 and 12, consistent with the above guidelines. The Court DENIES Samsung's request to compel Largan to further respond to Interrogatory No. 13. Signed by Magistrate Judge Nita L. Stormes on 5/5/2015. (jao) (Entered: 05/05/2015) |
| 05/05/2015 | 130 | Joint MOTION Joint Motion for Determination of Discovery Dispute by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration of Tawen Chang, # 2 Exhibit Table of Exhibits, # 3 Exhibit 1 – filed under seal, # 4 Exhibit 2– filed under seal, # 5 Exhibit 3– filed under seal, # 6 Exhibit 4– filed under seal, # 7 Exhibit 5, # 8 Exhibit 6– filed under seal, # 9 Exhibit 7– filed under seal, # 10 Exhibit 8– filed under seal, # 11 Exhibit 9– filed under seal, # 12 Exhibit 10– filed under seal, # 13 Exhibit 11– filed under seal, # 14 Exhibit 12– filed under seal, # 15 Exhibit 13– filed under seal, # 16 Exhibit 14– filed under seal, # 17 Exhibit 15– filed under seal, # 18 Exhibit 16– filed under seal, # 19 Exhibit 17– filed under seal)(Chang, Tawen) (aef). (Entered: 05/05/2015) |

| 05/05/2015 | 131 | MOTION to File Documents Under Seal (With attachments)(Chang, Tawen) (jao). (Entered: 05/05/2015) |
|---|---|---|
| 05/05/2015 | 132 | [Filed as Sealed Doucment on 5/6/2015] SEALED LODGED Proposed Document re: 131 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Chang, Tawen) (jao). (Main Document 132 replaced on 5/6/2015) (jao). (Entered: 05/05/2015) |
| 05/06/2015 | 133 | Joint MOTION *Regarding Deposition Scheduling* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Higer, David) (aef). (Entered: 05/06/2015) |
| 05/06/2015 | 134 | ORDER Granting 131 Largan's Motion to File Documents Under Seal. Signed by Magistrate Judge Nita L. Stormes on 5/6/2015. (jao) (Entered: 05/06/2015) |
| 05/06/2015 | 136 | PRO HAC APPROVED: Benjamin Lasky appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (vam) (Entered: 05/06/2015) |
| 05/07/2015 | 138 | REDACTED ORDER on 112 Joint Motion for Determination of Discovery Dispute. Signed by Magistrate Judge Nita L. Stormes on 5/7/2015. (aef) (Entered: 05/07/2015) |
| 05/07/2015 | 139 | ORDER Granting 133 Joint Motion Regarding Deposition Scheduling. The Court hereby GRANTS their joint motion. The Court will not grant further extensions for deposition scheduling. Signed by Magistrate Judge Nita L. Stormes on 5/7/2015. (aef) (Entered: 05/07/2015) |
| 05/18/2015 | 140 | REDACTED ORDER on 130 Motion for Determination of Discovery Dispute Regarding Samsung's Objections and Responses to Largan's Fourth Set of Interrogatories. The Court ORDERS Samsung to supplement its response to Interrogatory No. 8 by May 29, 2015 to fully explain how it arrived at its contention, and produce all documents it relied on in arriving at its contention by the same date. The Court ORDERS Samsung to file a declaration from an appropriate Samsung employee by May 29, 2015. Signed by Magistrate Judge Nita L. Stormes on 5/18/2015. (aef) (Entered: 05/18/2015) |
| 05/19/2015 | 143 | PRO HAC APPROVED: Ron Sklar appearing for Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (vam) (Entered: 05/19/2015) |
| 05/22/2015 | 144 | Joint MOTION to Modify Certain Expert Discovery and Motions Dates in the Scheduling Order by Largan Precision Co., Ltd.. (Chang, Tawen) (aef). (Entered: 05/22/2015) |
| 05/27/2015 | 145 | ORDER Granting 144 Joint Motion Regarding Expert Discovery and Motions Deadlines. The Court GRANTS the joint motion and modifies the Scheduling Order as follows: Opening Expert Reports due on June 25, 2015. Rebuttal Reports due on July 23, 2015. Close of expert discovery due on August 20, 2015. Motions Deadline (except MILs) due on September 3, 2015. Signed by Magistrate Judge Nita L. Stormes on 5/26/2015. (aef) (Entered: 05/27/2015) |
| 05/28/2015 | 146 | NOTICE by Largan Precision Co., Ltd. *of Withdrawal (Kennedy)* (Schnurer, John) (aef). (Entered: 05/28/2015) |
| 05/29/2015 | 147 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 05/29/2015) |
| 05/29/2015 | 148 | [Filed as Sealed Document on 6/2/2015] SEALED LODGED Proposed Document re: 147 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (Higer, David) (jao). (Main Document 148 replaced on 6/3/2015) (jao). (Entered: 05/29/2015) |
| 06/02/2015 | 149 | ORDER Granting 147 Samsung's Motion to File Documents Under Seal. Signed by Magistrate Judge Nita L. Stormes on 6/2/2015. (jao) (Entered: 06/03/2015) |
| 06/10/2015 | 151 | Joint MOTION for Extension of Time to File Joint Motion for Determination of Discovery Dispute by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Higer, David) (aef). (Entered: 06/10/2015) |

| 06/11/2015 | 152 | ORDER Granting 151 The Parties' Joint Motion for Extension of Time to File Joint Motion for Determination of Discovery Dispute. The Court GRANTS the Parties' motion. Accordingly, the Parties' deadline for filing the Joint Motion for Determination of Discovery Dispute regarding witness testimony responsive to Largan's Rule 30(b)(6) topics 17 and 23 and Samsung's Rule 30(b)(6) topics 37 and 41 is extended to June 16, 2015. Signed by Magistrate Judge Nita L. Stormes on 6/11/2015. (aef) (Entered: 06/11/2015) |
|---|---|---|
| 06/24/2015 | 153 | ****DOCUMENT WITHDRAW PER ENTRY 155 **** – MOTION to File Documents Under Seal (With attachments)(Esterhay, John) (jao). Modified on 6/30/2015–to withdraw document (aef). (Entered: 06/24/2015) |
| 06/24/2015 | 154 | ****DOCUMENT WITHDRAWN PER ENTRY 155 **** – SEALED LODGED Proposed Document re: 153 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (Esterhay, John) (jao). Modified on 6/30/2015–to withdraw document (aef). (Entered: 06/24/2015) |
| 06/29/2015 | 155 | NOTICE OF WITHDRAWAL OF DOCUMENT by Largan Precision Co., Ltd. re 153 MOTION to File Documents Under Seal filed by Largan Precision Co., Ltd., 154 Sealed Lodged Proposed Document . (Esterhay, John) (aef). (Entered: 06/29/2015) |
| 07/08/2015 | 156 | NOTICE by Largan Precision Co., Ltd. *of Withdrawal of Tawen Chang* (Engle, Michael) (aef). (Entered: 07/08/2015) |
| 07/20/2015 | 157 | MOTION to File Documents Under Seal (With attachments)(Engle, Michael) (jao). (Entered: 07/20/2015) |
| 07/20/2015 | 158 | SEALED LODGED Proposed Document re: 157 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Engle, Michael) (jao). (Entered: 07/20/2015) |
| 07/20/2015 | 159 | MOTION to Strike *Samsung's Expert Reports of Jose Sasian, James McGuire, and J. David Cabello* by Largan Precision Co., Ltd.. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of M. Engle, # 3 Exhibit A to the Decl of M. Engle, # 4 Exhibit B to the Decl of M. Engle, # 5 Exhibit C to the Decl of M. Engle, # 6 Exhibit D to the Decl of M. Engle, # 7 Exhibit E to the Decl of M. Engle, # 8 Exhibit F (Part 1) to the Decl of M. Engle, # 9 Exhibit F (Part 2) to the Decl of M. Engle, # 10 Exhibit G to the Decl of M. Engle, # 11 Exhibit H to the Decl of M. Engle, # 12 Exhibit I to the Decl of M. Engle–FILED UNDER SEAL, # 13 Exhibit J to the Decl of M. Engle–FILED UNDER SEAL, # 14 Exhibit K to the Decl of M. Engle–FILED UNDER SEAL, # 15 Exhibit L to the Decl of M. Engle, # 16 Exhibit M to the Decl of M. Engle, # 17 Exhibit N to the Decl of M. Engle, # 18 Exhibit O to the Decl of M. Engle, # 19 Exhibit P to the Decl of M. Engle)(Engle, Michael) (aef). (Entered: 07/20/2015) |
| 07/30/2015 | 160 | MOTION to Strike *Portions of Largan's Opening Expert Reports* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of David Higer in Support of Samsung's Motion to Strike, # 3 Exhibit 1 (Sealed), # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5 (Sealed), # 8 Exhibit 6 (Sealed), # 9 Exhibit 7 (Sealed), # 10 Exhibit 8 (Sealed), # 11 Exhibit 9 (Sealed), # 12 Exhibit 10 (Sealed), # 13 Exhibit 11 (Sealed), # 14 Exhibit 12 (Sealed), # 15 Exhibit 13 (Sealed), # 16 Exhibit 14 (Sealed), # 17 Exhibit 15 (Sealed), # 18 Exhibit 16 (Sealed), # 19 Exhibit 17 (Sealed), # 20 Exhibit 18 (Sealed), # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24 (Sealed), # 27 Exhibit 25 (Sealed), # 28 Exhibit 26 (Sealed), # 29 Exhibit 27 (Sealed), # 30 Exhibit 28 (Sealed), # 31 Exhibit 29, # 32 Exhibit 30 (Sealed), # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33 (Sealed), # 36 Exhibit 34 (Sealed))(Higer, David) (aef). (Entered: 07/30/2015) |
| 07/30/2015 | 161 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 07/30/2015) |
| 07/30/2015 | 162 | [Filed as Sealed Document 165] SEALED LODGED Proposed Document re: 161 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David)(jao). (Main Document 162 replaced on 8/6/2015) (jao). (Entered: 07/30/2015) |

| 08/04/2015 | 163 | ORDER Denying 157 Motion for Leave to File Under Seal. The Court denies Largan's motion for leave to file the experts' reports under seal. Signed by Judge Dana M. Sabraw on 8/4/2015. (aef) (Entered: 08/05/2015) |
|---|---|---|
| 08/06/2015 | 164 | ORDER granting in part and denying in part 161 Samsung's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 8/4/2015. (jao) (Entered: 08/06/2015) |
| 08/07/2015 | 166 | MOTION to File Documents Under Seal (With attachments)(Engle, Michael) (jao). (Entered: 08/07/2015) |
| 08/07/2015 | 167 | FILED AS SEALED DOCUMENT 249 ON 1/26/2016. SEALED LODGED Proposed Document re: 166 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Engle, Michael) (jao). (Main Document 167 replaced on 1/26/2016) (cxl). Modified on 1/26/2016 to add lodgment date(cxl). (Entered: 08/07/2015) |
| 08/14/2015 | 168 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. re 160 MOTION to Strike *Portions of Largan's Opening Expert Reports – Notice of Refiling Exhibits to the Declaration of David W. Higer in Support of Samsung's Motion to Strike* (Attachments: # 1 Exhibit 24 (Redacted, replacing Doc. 160–26), # 2 Exhibit 25 (Redacted, replacing Doc. 160–27), # 3 Exhibit 26 (Redacted, replacing Doc. 160–28), # 4 Exhibit 33 (Redacted, replacing Doc. 160–35))(Higer, David) (aef). (Entered: 08/14/2015) |
| 08/14/2015 | 169 | MOTION to File Documents Under Seal (With attachments)(Higer, David)(jao). (Entered: 08/14/2015) |
| 08/14/2015 | 170 | [Filed as Sealed Document on 9/15/2015] SEALED LODGED Proposed Document re: 169 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 170 replaced on 9/16/2015) (jao). (Entered: 08/14/2015) |
| 08/14/2015 | 171 | RESPONSE in Opposition re 160 MOTION to Strike *Portions of Largan's Opening Expert Reports* filed by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration of Michael J. Engle, # 2 Exhibit 1 (Filed Under Seal), # 3 Exhibit 2 (Filed Under Seal), # 4 Exhibit 3 (Filed Under Seal), # 5 Exhibit 4, # 6 Exhibit 5 (Filed Under Seal), # 7 Exhibit 6 (Filed Under Seal), # 8 Exhibit 7 (Filed Under Seal), # 9 Exhibit 8, # 10 Exhibit 9)(Engle, Michael) (aef). (Entered: 08/14/2015) |
| 08/14/2015 | 172 | MOTION to File Documents Under Seal (With attachments)(Engle, Michael) (jao). (Entered: 08/14/2015) |
| 08/14/2015 | 173 | [Filed as Sealed Document on 9/15/2015] SEALED LODGED Proposed Document re: 172 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Engle, Michael) (jao). (Main Document 173 replaced on 9/16/2015) (jao). (Entered: 08/14/2015) |
| 08/14/2015 | 174 | RESPONSE in Opposition re 159 MOTION to Strike *Samsung's Expert Reports of Jose Sasian, James McGuire, and J. David Cabello* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Declaration of David W. Higer in Support of Samsung's Opposition to Largan's Motion to Strike, # 2 Exhibit 1 (Sealed), # 3 Exhibit 2 (Sealed), # 4 Exhibit 3 (Sealed), # 5 Exhibit 4 (Sealed), # 6 Exhibit 5 (Sealed), # 7 Exhibit 6 (Sealed), # 8 Exhibit 7 (Sealed), # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10 (Redacted), # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16 (Sealed), # 18 Exhibit 17, # 19 Exhibit 18 (Sealed))(Higer, David) (aef). (Entered: 08/14/2015) |
| 08/14/2015 | 175 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 08/14/2015) |
| 08/14/2015 | 176 | [Filed as Sealed Doucment on 9/15/2015] SEALED LODGED Proposed Document re: 175 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 176 replaced on 9/16/2015) (jao). (Entered: 08/14/2015) |
| 08/20/2015 | 177 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. re 174 Response in Opposition to Motion,,, *Notice of Refiling Exhibits to the Declaration of* |

| | | |
|---|---|---|
| | | *David W. Higer in Support of Samsung's Opposition to Largan's Motion to Strike* (Attachments: # 1 Exhibit 3 (Redacted, replacing Doc. 174–4), # 2 Exhibit 4 (Redacted, replacing Doc. 174–5), # 3 Exhibit 5 (Redacted, replacing Doc. 174–6), # 4 Exhibit 6 (Redacted, replacing Doc. 174–7), # 5 Exhibit 7 (Redacted, replacing Doc. 174–8), # 6 Exhibit 18 (replacing Doc. 174–19))(Higer, David) (aef). (Entered: 08/20/2015) |
| 08/20/2015 | 178 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. re 175 MOTION to File Documents Under Seal *Notice of Filing of Supplemental Declaration of David W. Higer in Support of Samsung's Motion for Leave to File Documents Under Seal* (Attachments: # 1 Supplemental Declaration of David W. Higer in Support of Samsung's Motion for Leave to File Documents Under Seal)(Higer, David) (aef). (Entered: 08/20/2015) |
| 08/20/2015 | 179 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. re 174 Response in Opposition to Motion, *Notice of Filing of Proposed Amended Answer in Support of Alternative Motion for Leave to Amend* (Attachments: # 1 A – Proposed Amended Answer, # 2 B – Comparison of Original and Proposed Amended Answer)(Higer, David) (aef). (Entered: 08/20/2015) |
| 08/21/2015 | 180 | REPLY to Response to Motion re 159 MOTION to Strike *Samsung's Expert Reports of Jose Sasian, James McGuire, and J. David Cabello (REDACTED)* filed by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration of Michael J. Engle, # 2 Exhibit 1 (Filed Under Seal), # 3 Exhibit 2 (Filed Under Seal), # 4 Exhibit 3 (Filed Under Seal), # 5 Exhibit 4 (Filed Under Seal))(Engle, Michael) (aef). (Entered: 08/21/2015) |
| 08/21/2015 | 181 | MOTION to File Documents Under Seal (With attachments)(Engle, Michael) (jao). (Entered: 08/21/2015) |
| 08/21/2015 | 182 | [Filed as Sealed Document on 9/15/2015] SEALED LODGED Proposed Document re: 181 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Engle, Michael) (jao). (Main Document 182 replaced on 9/16/2015) (jao). (Entered: 08/21/2015) |
| 08/21/2015 | 183 | REPLY to Response to Motion re 160 MOTION to Strike *Portions of Largan's Opening Expert Reports* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Declaration of David W. Higer in Support of Samsung's Reply in Support of its Motion to Strike, # 2 Exhibit 1 (Filed under seal), # 3 Exhibit 2 (Filed under seal), # 4 Exhibit 3, # 5 Exhibit 4 (Filed under seal), # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Higer, David) (aef). (Entered: 08/21/2015) |
| 08/21/2015 | 184 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 08/21/2015) |
| 08/21/2015 | 185 | [Filed as Sealed Document on 9/15/2015] SEALED LODGED Proposed Document re: 184 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 185 replaced on 9/16/2015) (jao). (Entered: 08/21/2015) |
| 08/21/2015 | 186 | Ex Parte MOTION for Leave to File Excess Pages by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Higer, David) (aef). (Entered: 08/21/2015) |
| 08/24/2015 | 187 | ORDER Re: Oral Argument. (Re Doc. 159 , 160 ) The parties' motions to strike expert reports are currently scheduled for hearing on August 28, 2015. The Court has reviewed the parties' briefs, and finds these motions suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the August 28, 2015 hearing is vacated. Signed by Judge Dana M. Sabraw on 8/24/2015.(aef) (Entered: 08/24/2015) |
| 08/26/2015 | 188 | NOTICE of Appearance by Michelle Nicole Berger on behalf of Largan Precision Co., Ltd. (Berger, Michelle)Attorney Michelle Nicole Berger added to party Largan Precision Co., Ltd.(pty:pla), Attorney Michelle Nicole Berger added to party Largan Precision Co., Ltd.(pty:cd) (aef). (Entered: 08/26/2015) |
| 08/28/2015 | 189 | RESPONSE in Opposition re 186 Ex Parte MOTION for Leave to File Excess Pages filed by Largan Precision Co., Ltd.. (Berger, Michelle) (aef). (Entered: 08/28/2015) |

| | | |
|---|---|---|
| 08/28/2015 | 190 | ORDER Granting in part and Denying in part 186 Samsung's Ex Parte Motion for Leave to File Motions in Excess of Page Limits. In anticipation of the September 3, 2015 filing date, the Court hereby sets these motions, and any other dispositive or Daubert motions filed by Largan, for hearing on October 23, 2015, at 1:30 p.m. For all of these motions, the opposition briefs shall be filed on or before September 17, 2015, and the reply briefs shall be filed on or before September 24, 2015. Signed by Judge Dana M. Sabraw on 8/28/2015. (aef) (Entered: 08/31/2015) |
| 09/03/2015 | 191 | MOTION for Partial Summary Judgment *and Motion to Strike* by Largan Precision Co., Ltd.. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Dr. Julie Bentley, # 3 Declaration of Jack Goldstein, # 4 Declaration of John D. Esterhay, # 5 Appendix Table of Exhibits, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Exhibit 9, # 15 Exhibit 10)(Esterhay, John). Added MOTION to Strike on 9/3/2015 (aef). (Entered: 09/03/2015) |
| 09/03/2015 | 192 | MOTION to File Documents Under Seal (With attachments)(Esterhay, John) (jao). (Entered: 09/03/2015) |
| 09/03/2015 | 193 | [Filed as Sealed Document on 11/23/2015] SEALED LODGED Proposed Document re: 192 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Esterhay, John) (jao). (Main Document 193 replaced on 11/23/2015) (jao). Modified on 11/23/2015 (jao). (Entered: 09/03/2015) |
| 09/03/2015 | 194 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 09/03/2015) |
| 09/04/2015 | 195 | [Filed as Sealed Document on 11/23/2015] SEALED LODGED Proposed Document re: 194 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 195 replaced on 11/23/2015) (jao). (Entered: 09/04/2015) |
| 09/04/2015 | 196 | MOTION for Summary Judgment *and Daubert Motions* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Attachments: # 1 Memorandum in Support of Samsung's Summary Judgment and Daubert Motions (Redacted), # 2 Statement of Material Facts (Redacted), # 3 Declaration of David W. Higer, # 4 Exhibit 1 (Filed under seal), # 5 Exhibit 2 (Filed under seal), # 6 Exhibit 3 (Filed under seal), # 7 Exhibit 4 (Filed under seal), # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7 (Redacted), # 11 Exhibit 8 (Filed under seal), # 12 Exhibit 9 (Filed under seal), # 13 Exhibit 10 (Redacted), # 14 Exhibit 11 (Filed under seal), # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15 (Redacted), # 19 Exhibit 16, # 20 Exhibit 17 (Filed under seal), # 21 Exhibit 18 (Filed under seal), # 22 Exhibit 19 (Filed under seal), # 23 Exhibit 20 (Filed under seal), # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26 (Filed under seal), # 30 Exhibit 27 (Filed under seal), # 31 Exhibit 28 (Filed under seal), # 32 Exhibit 29 (Filed under seal), # 33 Exhibit 30, # 34 Exhibit 31 (Filed under seal), # 35 Exhibit 32, # 36 Exhibit 33 (Filed under seal), # 37 Exhibit 34 (Filed under seal), # 38 Exhibit 35 (Filed under seal), # 39 Exhibit 36 (Filed under seal), # 40 Exhibit 37 (Filed under seal), # 41 Exhibit 38 (Filed under seal), # 42 Exhibit 39 (Filed under seal), # 43 Exhibit 40 (Filed under seal), # 44 Exhibit 41 (Filed under seal), # 45 Exhibit 42 (Filed under seal), # 46 Exhibit 43 (Filed under seal), # 47 Exhibit 44 (Filed under seal), # 48 Exhibit 45 (Filed under seal), # 49 Exhibit 46 (Filed under seal), # 50 Exhibit 47, # 51 Exhibit 48, # 52 Exhibit 49, # 53 Exhibit 50, # 54 Exhibit 51 (Filed under seal), # 55 Exhibit 52, # 56 Exhibit 53 (Filed under seal), # 57 Exhibit 54 (Filed under seal), # 58 Exhibit 55, # 59 Exhibit 56 (Filed under seal), # 60 Exhibit 57 (Filed under seal), # 61 Exhibit 58 (Filed under seal), # 62 Exhibit 59 (Filed under seal), # 63 Exhibit 60, # 64 Exhibit 61, # 65 Exhibit 62 (Filed under seal), # 66 Exhibit 63 (Filed under seal), # 67 Exhibit 64, # 68 Exhibit 65, # 69 Exhibit 66, # 70 Exhibit 67 (Filed under seal), # 71 Exhibit 68 (Filed under seal), # 72 Exhibit 69 (Filed under seal), # 73 Exhibit 70 (Filed under seal), # 74 Exhibit 71 (Filed under seal), # 75 Exhibit 72 (Filed under seal), # 76 Exhibit 73 (Filed under seal), # 77 Exhibit 74 (Filed under seal), # 78 Exhibit 75 (Filed under seal), # 79 Exhibit 76 (Filed under seal), # 80 Exhibit 77 (Filed under seal), # 81 Exhibit 78 (Filed under seal), # 82 Exhibit 79 (Filed under seal), # 83 Exhibit 80, # 84 Exhibit 81, # 85 Exhibit 82 (Filed under seal), # 86 Exhibit 83 (Filed under seal), # 87 Exhibit 84 (Filed under seal))(Higer, David) (aef). (Entered: 09/04/2015) |

| 09/15/2015 | 197 | ORDER Granting 169 Samsung's Motion to File Unredacted Exhibits 24, 25, 26 and 33 to The Declaration of david W. Higer Under Seal. Signed by Judge Dana M. Sabraw on 9/15/2015. (jao) (Entered: 09/16/2015) |
| 09/15/2015 | 198 | ORDER Granting 175 Samsung's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 9/15/2015. (jao) (Entered: 09/16/2015) |
| 09/15/2015 | 199 | ORDER Granting 184 Samsung's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 9/15/2015. (jao) (Entered: 09/16/2015) |
| 09/15/2015 | 200 | ORDER Granting 172 Largan Precision Co., LTD's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 9/15/2015. (jao) (Entered: 09/16/2015) |
| 09/15/2015 | 201 | ORDER Granting 181 Largan Precision Co., LTD.'s Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 9/15/2015. (jao) (Entered: 09/16/2015) |
| 09/17/2015 | 207 | RESPONSE in Opposition re 196 MOTION for Summary Judgment *and Daubert Motions* filed by Largan Precision Co., Ltd.. (Attachments: # 1 Statement of Facts, # 2 Declaration of John D. Esterhay, # 3 Appendix Table of Exhibits, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25)(Esterhay, John). (aef). (Entered: 09/17/2015) |
| 09/17/2015 | 208 | MOTION to File Documents Under Seal (With attachments)(Esterhay, John) (jao). (Entered: 09/17/2015) |
| 09/17/2015 | 209 | [Filed as Sealed Document on 11/23/2015] SEALED LODGED Proposed Document re: 208 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Esterhay, John) (jao). (Main Document 209 replaced on 11/23/2015) (jao). (Entered: 09/17/2015) |
| 09/17/2015 | 210 | RESPONSE in Opposition re 191 MOTION for Partial Summary Judgment MOTION to Strike filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Statement of Material Facts, # 2 Declaration of David Higer in Support of Opposition, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3 (Filed Under Seal), # 6 Exhibit 4 (Filed Under Seal), # 7 Exhibit 5, # 8 Exhibit 6 (Filed Under Seal), # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13 (Filed Under Seal), # 16 Exhibit 14 (Filed Under Seal), # 17 Exhibit 15, # 18 Exhibit 16 (Filed Under Seal), # 19 Exhibit 17 (Filed Under Seal), # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21 (Filed Under Seal), # 24 Exhibit 22, # 25 Exhibit 23 (Filed Under Seal), # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28 (Filed Under Seal), # 31 Exhibit 29 (Filed Under Seal), # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32 (Filed Under Seal), # 35 Exhibit 33 (Filed Under Seal), # 36 Exhibit 34 (Filed Under Seal), # 37 Exhibit 35 (Filed Under Seal), # 38 Exhibit 36 (Filed Under Seal), # 39 Exhibit 37 (Filed Under Seal), # 40 Exhibit 38 (Filed Under Seal), # 41 Exhibit 39 (Filed Under Seal), # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47 (Filed Under Seal), # 50 Exhibit 48 (Filed Under Seal), # 51 Exhibit 49 (Filed Under Seal), # 52 Exhibit 50 (Filed Under Seal))(Higer, David) (aef). (Entered: 09/17/2015) |
| 09/17/2015 | 211 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 09/17/2015) |
| 09/17/2015 | 212 | [Filed as Sealed Document on 11/23/2015] SEALED LODGED Proposed Document re: 211 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 212 replaced on 11/23/2015) (jao). (Entered: 09/17/2015) |
| 09/18/2015 | 213 | ORDER (1) Granting in part and Denying in part 159 Largan's Motion to Strike Samsung Expert Reports of Jose Sasian, James McGuire and David Cabello and (2) Denying 160 Samsung's Motion to Strike Portions of Largan's Opening Expert Reports. Signed by Judge Dana M. Sabraw on 9/18/2015. (aef) (Entered: 09/18/2015) |

| 09/24/2015 | 214 | REPLY to Response to Motion re 191 MOTION for Partial Summary Judgment MOTION to Strike filed by Largan Precision Co., Ltd.. (Attachments: # 1 Statement of Facts, # 2 Declaration of John D. Esterhay, # 3 Appendix, # 4 Exhibit 11, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15)(Esterhay, John) (aef). (Entered: 09/24/2015) |
|---|---|---|
| 09/24/2015 | 215 | MOTION to File Documents Under Seal (With attachments)(Esterhay, John) (sjt). (Entered: 09/24/2015) |
| 09/24/2015 | 216 | [Filed as Sealed Document on 11/23/2015] SEALED LODGED Proposed Document re: 215 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Esterhay, John) (sjt). (Main Document 216 replaced on 11/23/2015) (jao). (Entered: 09/24/2015) |
| 09/24/2015 | 217 | REPLY to Response to Motion re 196 MOTION for Summary Judgment *and Daubert Motions* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Declaration of David Higer in Support of Reply Brief, # 2 Exhibit 1, # 3 Exhibit 2 (Filed Under Seal), # 4 Exhibit 3 (Filed Under Seal), # 5 Exhibit 4 (Filed Under Seal), # 6 Exhibit 5 (Filed Under Seal), # 7 Exhibit 6, # 8 Exhibit 7)(Higer, David) (aef). (Entered: 09/24/2015) |
| 09/24/2015 | 218 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (jao). (Entered: 09/24/2015) |
| 09/24/2015 | 219 | [Filed as Sealed Document on 11/23/2015] SEALED LODGED Proposed Document re: 218 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (jao). (Main Document 219 replaced on 11/23/2015) (jao). (Entered: 09/24/2015) |
| 10/01/2015 | 220 | Joint MOTION to Reschedule Trial by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Higer, David) (aef). (Entered: 10/01/2015) |
| 10/02/2015 | 221 | ORDER Resetting Mandatory Settlement Conference. Due to a conflict in the Court's calendar, the Court VACATES the Mandatory Settlement Conference ("MSC") scheduled for November 4, 2015 (Dkt. No. 35 at 9). The Court RESETS the MSC for November 16, 2015 at 9:30 a.m. Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers no later than November 9, 2015. Signed by Magistrate Judge Nita L. Stormes on 10/2/2015.(aef) (Entered: 10/02/2015) |
| 10/05/2015 | 222 | ORDER Granting 220 The Parties' Joint Motion to Reschedule Trial. The Court hereby GRANTS the motion. The trial and pre–trial deadlines in the Court's Case Management Schedule (D.I. 35) are modified as follows: The Proposed Final Pretrial Conference Order is due by 2/26/2016. The Final Pretrial Conference is set for 3/4/2016 at 10:30 AM before Judge Dana M. Sabraw. The Jury Trial is set for 4/4/2016 at 09:00 AM before Judge Dana M. Sabraw. Signed by Judge Dana M. Sabraw on 10/5/2015. (aef) (Entered: 10/05/2015) |
| 10/15/2015 | 223 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. re 196 MOTION for Summary Judgment *and Daubert Motions*, 210 Response in Opposition to Motion,,,,,, 217 Reply to Response to Motion, *Notice of Refiling Exhibits to the Declarations of David Higer in Support of Samsung's Summary Judgment and Daubert Motions (Dkt. No. 196–3); Samsung's Reply (Dkt. No. 217–1); and Samsung's Opposition to Largan's Motion (Dkt. No. 210–2)* (Attachments: # 1 Exhibit 2 (Redacted, replacing Doc. 196–5), # 2 Exhibit 3 (Redacted, replacing Doc. 196–6), # 3 Exhibit 8 (Redacted, replacing Doc. 196–11), # 4 Exhibit 9 (Redacted, replacing Doc. 196–12), # 5 Exhibit 18 (Redacted, replacing Doc. 196–21), # 6 Exhibit 19 (Redacted, replacing Doc. 196–22), # 7 Exhibit 28 (Redacted, replacing Doc. 196–31), # 8 Exhibit 29 (Redacted, replacing Doc. 196–32), # 9 Exhibit 34 (Redacted, replacing Doc. 196–37), # 10 Exhibit 35 (Redacted, replacing Doc. 196–38), # 11 Exhibit 41 (Redacted, replacing Doc. 196–44), # 12 Exhibit 43 (Redacted, replacing Doc. 196–46), # 13 Exhibit 67 (Redacted, replacing Doc. 196–70), # 14 Exhibit 68 (Redacted, replacing Doc. 196–71), # 15 Exhibit 78 (Part 1) (Redacted, replacing Doc. 196–81), # 16 Exhibit 78 (Part 2) (Redacted, replacing Doc. 196–81), # 17 Exhibit 79 (Redacted, replacing Doc. 196–82), # 18 Exhibit 84 (Redacted, replacing Doc. 196–87), # 19 Exhibit 4 (Redacted, replacing Doc. 217–5), # 20 Exhibit 3 (Part 1) (Redacted, replacing Doc. 210–5), # 21 Exhibit 3 (Part 2) (Redacted, replacing Doc. |

| | | |
|---|---|---|
| | | 210–5), # 22 Exhibit 4 (Redacted, replacing Doc. 210–6), # 23 Exhibit 13 (Redacted, replacing Doc. 210–15), # 24 Exhibit 16 (Redacted, replacing Doc. 210–18), # 25 Exhibit 17 (Redacted, replacing Doc. 210–19), # 26 Exhibit 21 (Redacted, replacing Doc. 210–23), # 27 Exhibit 28 (Redacted, replacing Doc. 210–30), # 28 Exhibit 34 (Redacted, replacing Doc. 210–36), # 29 Exhibit 36 (Redacted, replacing Doc. 210–38), # 30 Exhibit 37 (Redacted, replacing Doc. 210–39), # 31 Exhibit 48 (Redacted, replacing Doc. 210–50), # 32 Exhibit 50 (Redacted, replacing Doc. 210–52))(Higer, David) (kcm). (Entered: 10/15/2015) |
| 10/15/2015 | 224 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. re 194 MOTION to File Documents Under Seal, 211 MOTION to File Documents Under Seal, 218 MOTION to File Documents Under Seal *Notice of Filing of Supplemental Declaration of David Higer in Support of Samsung's Motions for Leave to File Documents Under Seal* (Attachments: # 1 Supplemental Declaration of David Higer in Support of Motions for Leave to File Documents Under Seal)(Higer, David) (kcm). (Entered: 10/15/2015) |
| 10/20/2015 | 225 | ORDER Re Oral Argument: The parties' motions for partial summary judgment and summary judgment and Samsung's Daubert motion are currently scheduled for hearing on 10/23/2015. The Court has reviewed the parties' briefs, and finds these motions suitable for decision without oral argument. The 10/23/2015 hearing is vacated. Signed by Judge Dana M. Sabraw on 10/20/2015. (mdc) (Entered: 10/20/2015) |
| 11/16/2015 | 226 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Mandatory Settlement Conference held on 11/16/2015. Case did not settle. Discussions continue. (Plaintiff Attorney John P. Schnurer). (Defendant Attorneys Kent M. Walker, Gregory S. Arovas, David W. Higer). (no document attached) (lkw) (Entered: 11/16/2015) |
| 11/23/2015 | 227 | ORDER Granting 192 Largan's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 11/23/2015. (jao) (Entered: 11/23/2015) |
| 11/23/2015 | 228 | ORDER Granting 194 Samsung's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 11/23/2015. (jao) (Entered: 11/23/2015) |
| 11/23/2015 | 229 | ORDER Granting 208 Largan's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 11/23/2015. (jao) (Entered: 11/23/2015) |
| 11/23/2015 | 230 | ORDER Granting 211 Samsung's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 11/23/2015. (jao) (Entered: 11/23/2015) |
| 11/23/2015 | 231 | ORDER Granting 215 Largan's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 11/23/2015. (jao) (Entered: 11/23/2015) |
| 11/23/2015 | 232 | ORDER Granting 218 Samsung's Motion to File Documents Under Seal. Signed by Judge Dana M. Sabraw on 11/23/2015. (jao) (Entered: 11/23/2015) |
| 11/30/2015 | 239 | ORDER (1) Granting In Part and Denying In Part 191 Largan Precision Co., Ltd.'s Motion for Partial Summary Judgment and (2) Denying 196 Samsung' Summary Judgment Motion. The Court denies grants in part and denies in part Largan's motion for summary judgment. Specifically, the Court grants Largan's motion on enablement, and denies the remainder of the motion. Samsung's motion is denied in its entirety. Signed by Judge Dana M. Sabraw on 11/30/2015. (aef) (Entered: 11/30/2015) |
| 11/30/2015 | 240 | ORDER Denying 196 Samsung's Daubert Motion. Signed by Judge Dana M. Sabraw on 11/30/2015. (aef) (Entered: 11/30/2015) |
| 01/06/2016 | 241 | Ex Parte MOTION to Compel *Disclosure of Supplemental Responsive Opinion from Dr. Julie Bentley (Redacted)* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Declaration of David W. Higer, # 2 Exhibit 1)(Higer, David) (aef). (Entered: 01/06/2016) |
| 01/06/2016 | 242 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (cxl). (Entered: 01/06/2016) |
| 01/06/2016 | 243 | FILED AS SEALED DOCUMENT 253 ON 1/27/2016. SEALED LODGED Proposed Document re: 242 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (Higer, David) (cxl). (Main Document 243 replaced |

| | | on 1/27/2016 (cxl). Modified on 1/27/2016 to add lodgment filing date(cxl). (Entered: 01/06/2016) |
|---|---|---|
| 01/07/2016 | 244 | RESPONSE in Opposition re 241 Ex Parte MOTION to Compel *Disclosure of Supplemental Responsive Opinion from Dr. Julie Bentley (Redacted)* filed by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration of John D. Esterhay)(Esterhay, John) (aef). (Entered: 01/07/2016) |
| 01/21/2016 | 245 | Joint MOTION To Reschedule Trial *(Second Joint Motion to Reschedule Trial)* by Largan Precision Co., Ltd. (Reid, Joseph) (aef). (Entered: 01/21/2016) |
| 01/22/2016 | 246 | NOTICE of Appearance by Philip Alcide Morin on behalf of Largan Precision Co., Ltd. (Morin, Philip)Attorney Philip Alcide Morin added to party Largan Precision Co., Ltd.(pty:pla), Attorney Philip Alcide Morin added to party Largan Precision Co., Ltd.(pty:cd) (aef). (Entered: 01/22/2016) |
| 01/25/2016 | 247 | ORDER Granting 245 The Parties' Second Joint Motion to Reschedule Trial. Having considered the parties' Second Joint Motion to Reschedule Trial and corresponding pre–trial deadlines, the Court hereby GRANTS the motion. The trial and pre–trial deadlines in the Court's Case Management Schedule (D.I. 35), as modified by the Court's Order Granting the Parties Joint Motion to Reschedule Trial (D.I. 222), are further modified as follows: Proposed Pretrial Order due by 7/1/2016. Final Pretrial Conference is set for 7/8/2016 at 10:30 AM before Judge Dana M. Sabraw. Jury Trial is set for 8/22/2016 at 09:00 AM before Judge Dana M. Sabraw. Signed by Judge Dana M. Sabraw on 1/25/2016. (aef) (jao). (Entered: 01/25/2016) |
| 01/26/2016 | 248 | ORDER Granting Largan's Amended Motion for Leave to File Documents Under Seal (Doc. No. 166 ). Signed by Judge Dana M. Sabraw on 1/26/2016. (cxl) (sjt). (Entered: 01/26/2016) |
| 01/27/2016 | 250 | ORDER Granting 241 Samsung's Ex Parte Motion to Compel Disclosure of Supplemental Responsive Opinion from Dr. Julie Bentley. The Court GRANTS Samsung's ex parte motion. The Court modifies the scheduling order, and expert discovery is hereby reopened for the limited purpose of Largan providing Dr. Bentley's supplemental report and her related deposition to reopen expert discovery as follows: No later than February 5, 2016, Largan may serve a supplemental report from Dr. Julie Bentley limited to disclosing Dr. Bentley's opinions responsive to Dr. Sasian's opinions on the invalidity of U.S. Patent No. 8,395,691. Largan must present Dr. Bentley for no more than a three–hour deposition related to the opinions expressed in her supplemental report during the week of February 15, 2016, at a time and location mutually acceptable to counsel and Dr. Bentley. If the parties wish to extend the deadlines for Dr. Bentley to prepare and serve a supplemental report and to be presented for a three–hour deposition in light of the recent continuance of the trial date and related dates, they may file a request to continue these dates no later than February 3, 2016. Signed by Magistrate Judge Nita L. Stormes on 1/27/2016. (aef) (Entered: 01/27/2016) |
| 01/27/2016 | 252 | ORDER Granting Samsung's Motion for Leave to File Documents Under Seal (Dkt. No. 242 ). Signed by Magistrate Judge Nita L. Stormes on 1/27/2016. (cxl) (sjt). (Entered: 01/27/2016) |
| 01/29/2016 | 254 | Joint MOTION Supplemental Report and Deposition of Dr. Julie Bentley re 250 Order on Motion to Compel, by Largan Precision Co., Ltd. (Reid, Joseph) (aef). (Entered: 01/29/2016) |
| 02/02/2016 | 255 | ORDER Granting the Parties' 254 Stipulation and Joint Motion Regarding Supplemental Report and Deposition of Dr. Julie Bentley. Signed by Magistrate Judge Nita L. Stormes on 2/2/216. (knb) (Entered: 02/02/2016) |
| 03/17/2016 | 256 | Joint MOTION Regarding Deposition Scheduling by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Higer, David) (aef). (Entered: 03/17/2016) |
| 03/18/2016 | 257 | ORDER Granting 256 The Parties' Joint Motion Regarding Deposition Scheduling. The Court GRANTS the motion. Largan will present Dr. Bentley for no more than a three–hour deposition no later than June 3, 2016, at a time and location mutually acceptable to counsel and Dr. Bentley. Signed by Magistrate Judge Nita L. Stormes on 3/18/2016. (aef) (Entered: 03/18/2016) |

| 03/30/2016 | 258 | Joint MOTION Determination of Discovery Dispute (Redacted) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Declaration Declaration of David Higer, # 2 Exhibit 1 (Sealed), # 3 Exhibit 2 (Sealed), # 4 Exhibit 3 (Sealed), # 5 Exhibit 4 (Sealed), # 6 Exhibit 5 (Sealed), # 7 Exhibit 6 (Sealed), # 8 Exhibit 7 (Sealed), # 9 Exhibit 8, # 10 Exhibit 9 (Sealed), # 11 Exhibit 10 (Sealed), # 12 Exhibit 11, # 13 Exhibit 12 (Sealed), # 14 Exhibit 13, # 15 Exhibit 14 (Sealed))(Higer, David) (mdc) (Entered: 03/30/2016) |
| 03/30/2016 | 259 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (vam). (Entered: 03/30/2016) |
| 03/30/2016 | 260 | FILED AS SEALED DOCUMENT ON 4/14/2016. SEALED LODGED Proposed Document re: 259 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (vam). (Main Document 260 replaced on 4/14/2016) (cxl). Modified on 4/14/2016 to add lodgment filing date (cxl). (Entered: 03/30/2016) |
| 04/08/2016 | 261 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. *Notice of Withdrawal (Ron Sklar)* (Higer, David) (aef). (Entered: 04/08/2016) |
| 04/14/2016 | 262 | REDACTED ORDER Determining Discovery Dispute Re: Scope of Dr. Bentley's Supplemental Report. (Re Doc 258 ) This Court concludes Largan's supplemental report from Dr. Bentley plainly violates this Court's January 27, 2016 Order and is unauthorized. The Court ORDERS that by April 21, 2016, Largan must submit a replacement report limited to validity opinions for claim 1 of the '691 patent. Signed by Magistrate Judge Nita L. Stormes on 4/14/2016. (aef) (jao). (Entered: 04/14/2016) |
| 04/14/2016 | 263 | ORDER Granting 259 Samsung's Motion for Leave to File Documents Under Seal. Signed by Magistrate Judge Nita L. Stormes on 4/14/2016. (cxl) (Entered: 04/14/2016) |
| 05/05/2016 | 266 | ORDER TRANSFERRING CASE. This case is transferred from the calendar of the Honorable Dana M. Sabraw to the calendar of the Honorable Cathy Ann Bencivengo. After this transfer, the case number should be changed to reflect Judge Bencivengo's initials. Therefore, the "DMS" that appears after the case number should be changed to "CAB." The magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Bencivengo. All pending motion dates and pretrial and trial dates shall remain in place unless otherwise notified by the Court. The new case number is 13cv2740–CAB–NLS. Signed by Judge Dana M. Sabraw on 5/5/2016.(aef) (Entered: 05/06/2016) |
| 05/17/2016 | 267 | ORDER Rescheduling Trial Date and Setting Telephonic Status Conference. Due to a conflict in the Court's calendar, the trial in this matter is RESCHEDULED to begin on September 26, 2016. All other pending dates and deadlines, including those set forth in Docket No. 247, shall remain as currently scheduled.It is further ORDERED that this case is set for a telephonic status conference on May 25, 2016 at 2:00 p.m. Counsel for Plaintiff shall initiate the call by contacting the undersigned's chambers with counsel for Defendants on the line. Signed by Judge Cathy Ann Bencivengo on 5/17/2016.(cxl) (Entered: 05/17/2016) |
| 05/25/2016 | 268 | Minute Entry for proceedings held before Judge Cathy Ann Bencivengo: Telephonic Status Conference re Scheduling held on 5/25/2016. The Final Pretrial Conference is rescheduled from 7/8/2016 to 8/18/2016 02:00 PM in Courtroom 4C before Judge Cathy Ann Bencivengo. Jury Trial is set to begin 9/26/2016 08:45 AM in Courtroom 4C before Judge Cathy Ann Bencivengo and shall proceed within eight (8) calendar days, reserving 10/11/2016 through 10/13/2016 should it need to proceed the full 11 days requested. Additionally, the parties are to submit a proposed order amending the corresponding pretrial deadlines. (Plaintiff Attorney John Schnurer). (Defendant Attorney Ed Donovan and Kent Walker). (no document attached) (lmh) (Entered: 05/25/2016) |
| 05/26/2016 | 269 | Joint MOTION to Reset Pre–Trial Deadlines by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Higer, David) (dls). (Entered: 05/26/2016) |
| 05/26/2016 | 270 | ORDER Granting the Parties' Joint Motion to Reset Pretrial Deadlines (Doc. No. 269 ). Pretrial Conference Order is due 8/11/2016. Final Pretrial Conference is now set for 8/18/2016 at 2:00 PM. Trial will begin on 9/26/2016. Signed by Judge Cathy Ann Bencivengo on 5/26/2016. (dls) (Entered: 05/26/2016) |

| 07/21/2016 | 271 | MINUTE ORDER: In addition to the dates set forth in Doc. No. 270 , all motions in limine shall be filed by August 26, 2016. All oppositions shall be filed by September 2, 2016. A hearing regarding the motions in limine is HEREBY SET for September 9, 2016 at 2:00 p.m. in Courtroom C.(cxl) (Entered: 07/21/2016) |
|---|---|---|
| 07/22/2016 | 272 | MEMORANDUM OF FACTS AND CONTENTIONS OF LAW by Largan Precision Co., Ltd.. (Attachments: # 1 Exhibit 1 – Exhibit List (Redacted), # 2 Exhibit 2 – Preliminary Witness List)(Esterhay, John) (cxl). (Entered: 07/22/2016) |
| 07/22/2016 | 273 | MOTION to File Documents Under Seal (With attachments)(Esterhay, John) (cxl). (Entered: 07/22/2016) |
| 07/22/2016 | 274 | MEMORANDUM OF FACTS AND CONTENTIONS OF LAW by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Appendix A)(Higer, David) (cxl). (Entered: 07/22/2016) |
| 07/22/2016 | 275 | FILED UNDER SEAL ON 7/25/2016. SEALED LODGED Proposed Document re: 273 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Esterhay, John) (cxl). (Main Document 275 replaced on 7/25/2016) (cxl). Modified on 7/25/2016 to add lodgment filing date (cxl). (Entered: 07/22/2016) |
| 07/22/2016 | 276 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (cxl). (Entered: 07/22/2016) |
| 07/22/2016 | 277 | FILED UNDER SEAL ON 7/25/2016. SEALED LODGED Proposed Document re: 276 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (cxl). (Main Document 277 replaced on 7/25/2016) (cxl). Modified on 7/25/2016 to add lodgment filing date (cxl). (Entered: 07/22/2016) |
| 07/22/2016 | 278 | Pretrial Disclosures by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. *(Samsung's Disclosures Pursuant to Federal Rule 26(a)(3)* (Higer, David) (cxl). (Entered: 07/22/2016) |
| 07/25/2016 | 279 | ORDER granting 273 Motion to File Documents Under Seal. Signed by Judge Cathy Ann Bencivengo on 7/25/2016. (cxl) (Entered: 07/25/2016) |
| 07/25/2016 | 281 | ORDER granting 276 Motion to File Documents Under Seal. Signed by Judge Cathy Ann Bencivengo on 7/25/2016. (cxl) (Entered: 07/25/2016) |
| 08/17/2016 | 283 | ORDER REGARDING THE UTILIZATION OF ELECTRONIC EQUIPMENT during the August 18, 2016 Pretrial Conference. Signed by Judge Cathy Ann Bencivengo on 8/17/2016.(cxl) (Entered: 08/17/2016) |
| 08/18/2016 | 284 | Minute Entry for proceedings held before Judge Cathy Ann Bencivengo: Final Pretrial Conference held on 8/18/2016. Court confirms Motions In Limine Hearing and proposes a new date to reset Jury Trial. Counsel to confirm with the Court if the proposed new date will work for all parties involved. Further written Order will follow.(Court Reporter/ECR Mauralee Ramirez). (Plaintiff Attorney John Schnurer, Joseph Reid and Jhn Esterhay). (Defendant Attorney Gregory Arovas, Edward Donavan, David Higer and Kent Walker). (no document attached) (lmh). (Entered: 08/19/2016) |
| 08/23/2016 | 285 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number 0974–9349890.) (Application to be reviewed by Clerk.) (Henriques, Alex) Modified on 8/24/2016–Notified attorney re missing signature; refile (aef). (Entered: 08/23/2016) |
| 08/24/2016 | 286 | NOTICE *regarding trial schedule and REQUEST for case status conference* by Largan Precision Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schnurer, John) Modified event on 8/25/2016; qc re incorrect event used; legibility (cxl). (Entered: 08/24/2016) |
| 08/25/2016 | 287 | MINUTE ORDER: After a conference call with the parties [Doc. No. 286 ], the trial date in this matter is HEREBY CONTINUED to November 1, 2016 at 9:00 a.m. The following dates are reserved for trial: November 1–3, 7–10 and 15–17 (and November 18 if necessary). Plaintiff's request for reimbursement of cancellations costs is |

| | | DENIED. (cxl) (Entered: 08/25/2016) |
|---|---|---|
| 08/25/2016 | 288 | NOTICE of Appearance by Yun Louise Lu on behalf of Largan Precision Co., Ltd. (Lu, Yun)Attorney Yun Louise Lu added to party Largan Precision Co., Ltd.(pty:pla) (cxl). (Entered: 08/25/2016) |
| 08/26/2016 | 289 | NOTICE of Appearance by Tina Wang Arroyo on behalf of Largan Precision Co., Ltd. (Arroyo, Tina)Attorney Tina Wang Arroyo added to party Largan Precision Co., Ltd.(pty:pla)(cxl). (Entered: 08/26/2016) |
| 08/26/2016 | 290 | MOTION to File Documents Under Seal (With attachments)(Esterhay, John) (cxl). (Entered: 08/26/2016) |
| 08/26/2016 | 291 | FILED UNDER SEAL ON 8/29/2016. SEALED LODGED Proposed Document re: 290 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Esterhay, John) (cxl). (Main Document 291 replaced on 8/29/2016) (cxl). (Main Document 291 replaced on 8/29/2016) (cxl). Modified on 8/29/2016 to add lodgment filing date(cxl). (Entered: 08/26/2016) |
| 08/26/2016 | 292 | In Limine MOTION to Preclude *Samsung from Challenging Authenticity of Lens Pricing and Camera Module Cost Data (MIL No. 2)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 293 | In Limine MOTION to Preclude *Samsung from Presenting Two Invalidity Experts on the Same Theories (MIL No. 4)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 294 | In Limine MOTION to Preclude *Witnesses Mssrs. Tocci and Aikens from Testifying (MIL No. 5)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 295 | In Limine MOTION to Exclude *Samsungs Invalidity Arguments on Taiwan Patent No. I255361 (MIL No. 6)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 296 | In Limine MOTION to Preclude *References to and Evidence from Largans Litigation Against Genius (MIL No. 7)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 297 | In Limine MOTION to Preclude *New Inequitable Conduct Opinions and Argument and Testimony Misstating the Law of Inequitable Conduct (MIL No. 8)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 298 | In Limine MOTION to Exclude *Undisclosed Invalidity Theories (MIL No. 9)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 299 | In Limine MOTION *to Allow Interpreters to Continue with Witness Preparation After Being Sworn In (MIL No. 10)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 300 | In Limine MOTION to Bifurcate *Inequitable Conduct from Jury Trial (MIL No. 11)* by Largan Precision Co., Ltd.. (Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 301 | DECLARATION re 294 In Limine MOTION to Preclude *Witnesses Mssrs. Tocci and Aikens from Testifying (MIL No. 5)*, 292 In Limine MOTION to Preclude *Samsung from Challenging Authenticity of Lens Pricing and Camera Module Cost Data (MIL No. 2)*, 300 In Limine MOTION to Bifurcate *Inequitable Conduct from Jury Trial (MIL No. 11)*, 291 Sealed Lodged Proposed Document, 295 In Limine MOTION to Exclude *Samsungs Invalidity Arguments on Taiwan Patent No. I255361 (MIL No. 6)*, 293 In Limine MOTION to Preclude *Samsung from Presenting Two Invalidity Experts on the Same Theories (MIL No. 4)*, 298 In Limine MOTION to Exclude *Undisclosed Invalidity Theories (MIL No. 9)*, 297 In Limine MOTION to Preclude *New Inequitable Conduct Opinions and Argument and Testimony Misstating the Law of Inequitable Conduct (MIL No. 8)*, 296 In Limine MOTION to Preclude *References to and Evidence from Largans Litigation Against Genius (MIL No. 7)*, 299 In Limine MOTION *to Allow Interpreters to Continue with Witness Preparation After Being Sworn In (MIL No. 10) Declaration attaching public exhibits to MILs* by Plaintiff Largan Precision Co., Ltd., Counter Defendants Largan Precision Co., Ltd., Largan Precision Co., Ltd.. (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2 (Filed Under |

| | | |
|---|---|---|
| | | Seal), # 3 Exhibit 3 (Filed Under Seal), # 4 Exhibit 4 (Filed Under Seal), # 5 Exhibit 5, # 6 Exhibit 6 (Filed Under Seal), # 7 Exhibit 7 (Redacted), # 8 Exhibit 8 (Filed Under Seal), # 9 Exhibit 9 (Filed Under Seal), # 10 Exhibit 10 (Filed Under Seal), # 11 Exhibit 11 (Filed Under Seal), # 12 Exhibit 12 (Filed Under Seal), # 13 Exhibit 13 (Filed Under Seal), # 14 Exhibit 14 (Filed Under Seal), # 15 Exhibit 15 (Filed Under Seal), # 16 Exhibit 16 (Filed Under Seal), # 17 Exhibit 17 (Redacted), # 18 Exhibit 18 (Redacted), # 19 Exhibit 19 (Redacted), # 20 Exhibit 20 (Filed Under Seal), # 21 Exhibit 21 (Filed Under Seal), # 22 Exhibit 22 (Filed Under Seal), # 23 Exhibit 23 (Filed Under Seal), # 24 Exhibit 24 (Filed Under Seal), # 25 Exhibit 25 (Filed Under Seal), # 26 Exhibit 26 (Filed Under Seal), # 27 Exhibit 27 (Filed Under Seal), # 28 Exhibit 28 (Filed Under Seal), # 29 Exhibit 29, # 30 Exhibit 30 (Filed Under Seal), # 31 Exhibit 31, # 32 Exhibit 32 (Filed Under Seal), # 33 Exhibit 33 (Filed Under Seal), # 34 Exhibit 34 (Filed Under Seal), # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 44 (Filed Under Seal), # 44 Exhibit 45 (Filed Under Seal), # 45 Exhibit 46, # 46 Exhibit 47, # 47 Exhibit 48, # 48 Exhibit 49, # 49 Exhibit 50, # 50 Exhibit 51, # 51 Exhibit 52, # 52 Exhibit 53, # 53 Exhibit 54, # 54 Exhibit 55, # 55 Exhibit 56, # 56 Exhibit 57, # 57 Exhibit 58, # 58 Exhibit 59, # 59 Exhibit 60 (Filed Under Seal), # 60 Exhibit 61, # 61 Exhibit 62 (Filed Under Seal), # 62 Exhibit 63 (Filed Under Seal), # 63 Exhibit 64)(Esterhay, John) (Entered: 08/26/2016) |
| 08/26/2016 | 302 | In Limine MOTION to Exclude , *Preclude & Confirm Certain Issues (Omnibus)* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Declaration of David Higer, # 2 Exhibit 1, # 3 Exhibit 2 (sealed), # 4 Exhibit 3 (sealed), # 5 Exhibit 4 (sealed), # 6 Exhibit 5 (sealed), # 7 Exhibit 6 (sealed), # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13 (redacted), # 15 Exhibit 14 (sealed), # 16 Exhibit 15 (sealed), # 17 Exhibit 16 (sealed), # 18 Exhibit 17 (sealed), # 19 Exhibit 18 (sealed), # 20 Exhibit 19 (sealed), # 21 Exhibit 20 (sealed), # 22 Exhibit 21 (sealed), # 23 Exhibit 22 (sealed), # 24 Exhibit 23 (sealed), # 25 Exhibit 24 (sealed), # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27 (sealed), # 29 Exhibit 28 (sealed), # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35 (redacted), # 37 Exhibit 36 (sealed), # 38 Exhibit 37, # 39 Exhibit 38 (sealed), # 40 Exhibit 39 (sealed), # 41 Exhibit 40 (redacted), # 42 Exhibit 41, # 43 Exhibit 42 (sealed), # 44 Exhibit 43 (sealed), # 45 Exhibit 44 (sealed), # 46 Exhibit 45, # 47 Exhibit 46 (sealed), # 48 Exhibit 47 (sealed), # 49 Exhibit 48, # 50 Exhibit 49 (sealed))(Higer, David) (Entered: 08/26/2016) |
| 08/26/2016 | 303 | MOTION to File Documents Under Seal (With attachments)(Higer, David) (Entered: 08/26/2016) |
| 08/26/2016 | 304 | FILED UNDER SEAL ON 8/29/2016. SEALED LODGED Proposed Document re: 303 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (Main Document 304 replaced on 8/29/2016) (cxl). Modified on 8/29/2016 to add lodgment filing date(cxl). (Entered: 08/26/2016) |
| 08/29/2016 | 305 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Final Pretrial Conference) held on 8/18/2016, before Judge Cathy Ann Bencivengo. Court Reporter/Transcriber: Mauralee Ramirez. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E–File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 9/19/2016. Redacted Transcript Deadline set for 9/29/2016. Release of Transcript Restriction set for 11/28/2016. (akr) (Entered: 08/29/2016) |
| 08/29/2016 | 306 | ORDER granting 290 Motion to File Documents Under Seal. Signed by Judge Cathy Ann Bencivengo on 8/29/2016. (cxl) (Entered: 08/29/2016) |
| 08/29/2016 | 307 | ORDER granting 303 Motion to File Documents Under Seal. Signed by Judge Cathy Ann Bencivengo on 8/29/2016. (cxl) (Entered: 08/29/2016) |

| 09/02/2016 | 310 | RESPONSE in Opposition re 302 In Limine MOTION to Exclude , *Preclude & Confirm Certain Issues (Omnibus)* filed by Largan Precision Co., Ltd.. (Attachments: # 1 Declaration of John D. Esterhay, # 2 Exhibit 1 (Filed Under Seal), # 3 Exhibit 2 (Filed Under Seal), # 4 Exhibit 3 (Filed Under Seal), # 5 Exhibit 4 (Filed Under Seal), # 6 Exhibit 5 (Filed Under Seal), # 7 Exhibit 6 (Filed Under Seal), # 8 Exhibit 7 (Filed Under Seal), # 9 Exhibit 8 (Filed Under Seal), # 10 Exhibit 9 (Filed Under Seal), # 11 Exhibit 10 (Filed Under Seal), # 12 Exhibit 11 (Filed Under Seal), # 13 Exhibit 12, # 14 Exhibit 13 (Redacted), # 15 Exhibit 14, # 16 Exhibit 15 (Filed Under Seal), # 17 Exhibit 16 (Filed Under Seal), # 18 Exhibit 17 (Filed Under Seal), # 19 Exhibit 18 (Filed Under Seal), # 20 Exhibit 19 (Filed Under Seal), # 21 Exhibit 20 (Filed Under Seal), # 22 Exhibit 21 (Filed Under Seal), # 23 Exhibit 22 (Filed Under Seal), # 24 Exhibit 23 (Filed Under Seal), # 25 Exhibit 24 (Filed Under Seal), # 26 Exhibit 25, # 27 Exhibit 26 (Filed Under Seal), # 28 Exhibit 27 (Filed Under Seal), # 29 Exhibit 28, # 30 Exhibit 29 (Filed Under Seal), # 31 Exhibit 30 (Filed Under Seal), # 32 Exhibit 31 (Filed Under Seal), # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35 (Filed Under Seal), # 37 Exhibit 36, # 38 Exhibit 37 (Filed Under Seal), # 39 Exhibit 38 (Filed Under Seal), # 40 Exhibit 39 (Filed Under Seal), # 41 Exhibit 40 (Filed Under Seal), # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43 (Filed Under Seal), # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47 (Filed Under Seal), # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50 (Filed Under Seal), # 52 Exhibit 51 (Filed Under Seal), # 53 Exhibit 52 (Filed Under Seal))(Esterhay, John) (cxl). (Entered: 09/02/2016) |
| 09/02/2016 | 311 | MOTION to File Documents Under Seal (With attachments)(Esterhay, John) (cxl). (Entered: 09/02/2016) |
| 09/02/2016 | 312 | FILED UNDER SEAL ON 9/6/2016. SEALED LODGED Proposed Document re: 311 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Esterhay, John) (cxl). (Main Document 312 replaced on 9/7/2016) (cxl). Modified on 9/7/2016 to add lodgment filing date (cxl). (Entered: 09/02/2016) |
| 09/03/2016 | 313 | RESPONSE in Opposition re 300 In Limine MOTION to Bifurcate *Inequitable Conduct from Jury Trial (MIL No. 11)*, 298 In Limine MOTION to Exclude *Undisclosed Invalidity Theories (MIL No. 9)*, 297 In Limine MOTION to Preclude *New Inequitable Conduct Opinions and Argument and Testimony Misstating the Law of Inequitable Conduct (MIL No. 8)*, 296 In Limine MOTION to Preclude *References to and Evidence from Largans Litigation Against Genius (MIL No. 7)*, 294 In Limine MOTION to Preclude *Witnesses Mssrs. Tocci and Aikens from Testifying (MIL No. 5)*, 292 In Limine MOTION to Preclude *Samsung from Challenging Authenticity of Lens Pricing and Camera Module Cost Data (MIL No. 2)*, 295 In Limine MOTION to Exclude *Samsungs Invalidity Arguments on Taiwan Patent No. I255361 (MIL No. 6)*, 299 In Limine MOTION *to Allow Interpreters to Continue with Witness Preparation After Being Sworn In (MIL No. 10)*, 293 In Limine MOTION to Preclude *Samsung from Presenting Two Invalidity Experts on the Same Theories (MIL No. 4) [The Samsung Defendant' Oppositions to Largan's Motions in LImine (Redacted)]* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Higer, David) (cxl). (Entered: 09/03/2016) |
| 09/03/2016 | 314 | DECLARATION re 313 Response in Opposition to Motion,,,,, *[Declaration of David W. Higer in Support of the Samsung Defendants' Opposition to Largan's Motions in Limine (Redacted)]* by Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 (Sealed), # 6 Exhibit 6 (Sealed), # 7 Exhibit 7 (Sealed), # 8 Exhibit 8 (Sealed), # 9 Exhibit 9 (Sealed), # 10 Exhibit 10, # 11 Exhibit 11 (Sealed), # 12 Exhibit 12 (Sealed), # 13 Exhibit 13 (Sealed), # 14 Exhibit 14 (Sealed), # 15 Exhibit 15 (Sealed), # 16 Exhibit 16 (Sealed), # 17 Exhibit 17 (Sealed), # 18 Exhibit 18 (Sealed), # 19 Exhibit 19 (Sealed), # 20 Exhibit 20 (Sealed), # 21 Exhibit 21, # 22 Exhibit 22 (Sealed), # 23 Exhibit 23 (Sealed), # 24 Exhibit 24 (Sealed), # 25 Exhibit 25 (Sealed), # 26 Exhibit 26 (Sealed), # 27 Exhibit 27 (Sealed), # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30 (Sealed), # 31 Exhibit 31 (Sealed), # 32 Exhibit 32 (Sealed), # 33 Exhibit 33 (Sealed), # 34 Exhibit 34 (Sealed), # 35 Exhibit 35 (Sealed), # 36 Exhibit 36 (Redacted), # 37 Exhibit 37 (Redacted), # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46 (Sealed), # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49 (Redacted), # 50 Exhibit 50 (Sealed), # 51 Exhibit 51 (Sealed), # 52 Exhibit |

| | | |
|---|---|---|
| | | 52 (Sealed), # <u>53</u> Exhibit 53, # <u>54</u> Exhibit 54, # <u>55</u> Exhibit 55, # <u>56</u> Exhibit 56, # <u>57</u> Exhibit 57, # <u>58</u> Exhibit 58 (Sealed), # <u>59</u> Exhibit 59, # <u>60</u> Exhibit 60, # <u>61</u> Exhibit 61, # <u>62</u> Exhibit 62, # <u>63</u> Exhibit 63, # <u>64</u> Exhibit 64, # <u>65</u> Exhibit 65 (Sealed), # <u>66</u> Exhibit 66 (Sealed), # <u>67</u> Exhibit 67 (Sealed), # <u>68</u> Exhibit 68 (Sealed), # <u>69</u> Exhibit 69, # <u>70</u> Exhibit 70, # <u>71</u> Exhibit 71 (Sealed), # <u>72</u> Exhibit 72 (Sealed), # <u>73</u> Exhibit 73 (Sealed), # <u>74</u> Exhibit 74, # <u>75</u> Exhibit 75 (Sealed), # <u>76</u> Exhibit 76, # <u>77</u> Exhibit 77, # <u>78</u> Exhibit 78, # <u>79</u> Exhibit 79, # <u>80</u> Exhibit 80)(Higer, David) (cxl). (Entered: 09/03/2016) |
| 09/03/2016 | <u>315</u> | MOTION to File Documents Under Seal (With attachments)(Higer, David) (cxl). (Entered: 09/03/2016) |
| 09/03/2016 | <u>316</u> | FILED UNDER SEAL ON 9/6/2016. SEALED LODGED Proposed Document re: <u>315</u> MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (With attachments)(Higer, David) (cxl). (Main Document 316 replaced on 9/8/2016) (cxl). Modified on 9/8/2016 to add lodgment filing date(cxl). (Entered: 09/03/2016) |
| 09/06/2016 | <u>317</u> | ORDER granting <u>315</u> Motion to File Documents Under Seal. Signed by Judge Cathy Ann Bencivengo on 9/6/2016. (cxl) (Entered: 09/06/2016) |
| 09/06/2016 | <u>318</u> | ORDER granting <u>311</u> Motion to File Documents Under Seal. Signed by Judge Cathy Ann Bencivengo on 9/6/2016. (cxl) (Entered: 09/06/2016) |
| 09/08/2016 | <u>321</u> | ORDER RE THE UTILIZATION OF ELECTRONIC EQUIPMENT DURING The September 9, 2016 Hearing on Motions in Limine. Signed by Judge Cathy Ann Bencivengo on 9/8/2016.(cxl) (Entered: 09/08/2016) |
| 09/09/2016 | 322 | Minute Order for proceedings held before Judge Cathy Ann Bencivengo:Motion In Limine Hearing held on 9/9/2016. As to Motions In Limine filed by Largan Precision Co., Ltd.: In Limine <u>292</u> MOTION to Preclude *Samsung from Challenging Authenticity of Lens Pricing and Camera Module Cost Data (MIL No. 2)* – denied as Moot; In Limine <u>293</u> MOTION to Preclude *Samsung from Presenting Two Invalidity Experts on the Same Theories (MIL No. 4)* – Denied without prejudice; In Limine <u>294</u> MOTION to Preclude *Witnesses Mssrs. Tocci and Aikens from Testifying (MIL No. 5)* – Denied; In Limine <u>295</u> MOTION to Exclude *Samsungs Invalidity Arguments on Taiwan Patent No. I255361 (MIL No. 6)* – Denied; In Limine <u>296</u> MOTION to Preclude *References to and Evidence from Largans Litigation Against Genius (MIL No. 7)* – motion is Reserved as stated on the record; In Limine <u>297</u> MOTION to Preclude *New Inequitable Conduct Opinions and Argument and Testimony Misstating the Law of Inequitable Conduct (MIL No. 8)* – Denied; In Limine <u>298</u> MOTION to Exclude *Undisclosed Invalidity Theories (MIL No. 9)* – motion is Reserved, Defense to submit a chart to the Court; In Limine <u>299</u> MOTION *to Allow Interpreters to Continue with Witness Preparation After Being Sworn In (MIL No. 10)* – Granted; In Limine <u>300</u> MOTION to Bifurcate *Inequitable Conduct from Jury Trial (MIL No. 11)* – Granted in part/Denied in part as stated by the Court on the record. As to Motions In Limine filed by Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Samsung Electronics America, Inc.: In Limine <u>302</u> MOTIONS to Exclude , *Preclude & Confirm Certain Issues (Omnibus)* – Defense MILs (16 motions all filed under sub–categories) ruled upon by the Court as stated on the record. (Court Reporter/ECR Mauralee Ramirez). (Plaintiff Attorney John Schnurer, Joseph Reid, Louise Lu, Tina Arroyo, John Esterhay, Philip Morin, Kevin Patariu).(Defendant Attorney Gregory Arovas, David Higer, Edward Donovan, Todd Friedman, James Marina, James McConnell, Kent Walker). (no document attached) (lmh) (Entered: 09/12/2016) |
| 09/19/2016 | <u>323</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Motions in limine Hearing) held on 9/9/2016, before Judge Cathy Ann Bencivengo. Court Reporter/Transcriber: Mauralee Ramirez. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E–File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 10/11/2016. Redacted Transcript Deadline set for 10/20/2016. Release of Transcript Restriction set for |

| | | |
|---|---|---|
| | | 12/19/2016. (akr) (Entered: 09/19/2016) |
| 09/30/2016 | [324](#) | NOTICE *Defendants/Counterclaim Plaintiffs' Prior Art Table Pursuant to the Court's September 9, 2016 Order* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. (Higer, David)(cxl). (Entered: 09/30/2016) |
| 10/17/2016 | [325](#) | ORDER Setting Trial and Pretrial Dates and Procedures. Trial Date. As set forth in Doc. No. 287, a jury trial in this action shall commence on November1, 2016 at 8:45 a.m. in Courtroom 4−C. The following dates are reserved for trial: November 1−3, 7−10, and 15−17 (and November 18 if necessary). Signed by Judge Cathy Ann Bencivengo on 10/17/2016.(cxl) (Entered: 10/18/2016) |
| 10/24/2016 | [326](#) | Joint MOTION to Dismiss *with Prejudice* by Largan Precision Co., Ltd.. (Schnurer, John) (cxl). (Entered: 10/24/2016) |
| 10/24/2016 | [327](#) | ORDER Granting Joint Motion of Dismissal with Prejudice (Doc. No. [326](#) ). The Parties agree and stipulate as follows: 1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action. 2. Plaintiff Largans claims will be dismissed with prejudice. 3. Defendant Samsung's counterclaims will be dismissed with prejudice. 4. Each party will bear its own costs and attorneys' fees. Signed by Judge Cathy Ann Bencivengo on 10/24/2016. (cxl) (sjt). (Entered: 10/24/2016) |
| 02/13/2017 | [328](#) | REPORT of Patent and Trademark Closing, regarding patent and/or trademark number(s) 7,262,925, 7,394,602, 7,898,747, 8,154,807, 8,284,291, 8,508,860 Re: Doc. No. [327](#) Order on Motion to Dismiss. (cc: USPTO) (jrd) (Entered: 02/13/2017) |