UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **LARGAN PRECISION CO., LTD.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ABILITY OPTO-ELECTRONICS TECHNOLOGY CO. LTD.; NEWMAX TECHNOLOGY CO. LTD.; AND HP INC.,** <br><br> **Defendants.** | Case No. 4:19-cv-00696-ALM |

**PROPOSED ORDER**

Upon consideration of Newmax Technology Co. Ltd.'s Joinder Motion to Defendant HP Inc.'s Motion to Transfer (D.I. 60 and 61), its supporting papers, and for good cause shown, it is hereby, ORDERED that the motion is GRANTED and this action shall be transferred to the United States District Court for the Northern District of California.

SO ORDERED