**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| LARGAN PRECISION CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> ABILITY OPTO-ELECTRONICS TECHNOLOGY CO., LTD., NEWMAX TECHNOLOGY CO., LTD. AND HP INC., <br><br> Defendants. | Case No. 4:19-cv-00696-ALM <br><br> JURY TRIAL DEMANDED |

### HP INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY BARRY K. SHELTON

Defendant HP Inc. ("HP") hereby moves for Barry K. Shelton of Shelton Coburn LLP to be permitted to withdraw as counsel for HP in this case. The withdrawal of Barry K. Shelton will not delay this proceeding and will not prejudice any party. HP continues to be represented by Maynard Cooper & Gale, LLP and Gillam & Smith, LLP. None of the parties in this proceeding oppose the motion.

HP respectfully requests that the Court grant this Motion and enter an order permitting Barry K. Shelton to withdraw from this action as counsel for HP. HP further requests that the Court and all parties remove Barry K. Shelton from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery and all other documents subject to service and/or notice in this proceeding.

Dated: June 2, 2020									Respectfully submitted,

/s/ Barry K. Shelton
Barry K. Shelton
State Bar No. 24055029
bshelton@sheltoncoburn.com
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, Texas 78734
Telephone: (512) 263-2165
Facsimile: (512) 263-2166

***Counsel for Defendant HP Inc.***

## **CERTIFICATE OF CONFERENCE**

I certify pursuant to Local Rule CV-7(h) that I conferred on June 1, 2020 with counsel for all parties regarding this motion and that no party indicated that it opposes the motion.

/s/ Barry K. Shelton
Barry K. Shelton

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served *via* the Court's CM/ECF system on June 2, 2020 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

/s/ Barry K. Shelton
Barry K. Shelton