# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LARGAN PRECISION CO., LTD. | § | |
| | § | |
| v. | § | Civil Action No. 4:19cv696 |
| | § | Judge Mazzant |
| ABILITY OPTO-ELECTRONICS | § | |
| TECHNOLOGY CO., LTD., ET AL. | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Scott Woloson to serve as the Technical Advisor for the Court in this case.   The parties are **ORDERED** to send courtesy copies of claim construction materials (1) in PDF form to scott@scottwolosonlaw.com and (2) in paper form to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055.

For claim construction materials that have already been filed as of the date of this Order, the filing party is **ORDERED** to provide copies to Mr. Woloson no later than Monday, August 3, 2020. For claim construction materials that are filed after the date of this Order, the filing party is **ORDERED** to provide copies to Mr. Woloson no later than two business days after filing.

The technical advisor will provide the Court with a pre-hearing memo by 5:00 p.m. ten (10) days prior to the *Markman* hearing, and will meet with the Court at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090 at 8:30 a.m. on the day of the *Markman* hearing, and again immediately following the hearing.  Because the technical advisor serves essentially as a law clerk  to the Court and will  be familiar  with  the claim construction issues  in  this case,  the Court has requested that the technical advisor assist the Court in drafting a claim construction order.

**IT IS SO ORDERED.**
SIGNED this 30th day of July, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE