## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **LARGAN PRECISION CO., LTD.,** | |
| Plaintiff, | Case No. 4:19-cv-696-ALM |
| v. | **DEMAND FOR JURY TRIAL** |
| **ABILITY OPTO-ELECTRONICS TECHNOLOGY CO., LTD., ET AL.,** | |
| Defendants. | |

### JOINT MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Largan Precision Co., Ltd. ("Largan") and Defendant Newmax Technology Co., Ltd., ("Newmax") hereby submit this Joint Motion to Stay All Deadlines and Notice of Settlement. Largan and Newmax have reached a settlement resolving all matters in controversy between them in the above-referenced action and are in the process of completing the settlement process. Accordingly, Largan and Newmax submit that the Court's resources would best be served by a stay of all unreached deadlines, with respect to Largan and Newmax only, for a period of thirty (30) days so that the announced settlement may be completed and appropriate dismissal papers thereafter filed with the Court. This request does not affect any deadlines for the other Defendants in the above captioned case.

Largan and Newmax respectfully request the Court grant this Joint Motion to Stay All Deadlines and Notice of Settlement and enter an Order granting a temporary stay of all upcoming deadlines with respect to Largan and Newmax for a period of thirty (30) days.

Dated: August 20, 2020

Respectfully submitted,

*/s/ Alan M. Fisch*
Alan M. Fisch
Lead Attorney
D.C. Bar No. 453068
alan.fisch@fischllp.com
R. William Sigler (pro hac vice)
D.C. Bar No. 490957
bill.sigler@fischllp.com
Lisa N. Phillips (pro hac vice)
D.C. Bar No. 485943
lisa.phillips.fischllp.com
Adam A. Allgood
Texas Bar No. 24059403
adam.allgood@fischllp.com
Matthew R. Benner (pro hac vice)
D.C. Bar No. 219421
matthew.benner@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

Ken K. Fung
California Bar No. 283854
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Plaintiff Largan Precision Co., Ltd.*

*/s/ Christine Yang (with permission)*
David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

LAW OFFICES OF S.J. CHRISTINE YANG

2

Christine Yang (admitted *pro hac vice*)
chrisyang@sjclawpc.com
17220 Newhope Street, Suite 101
Fountain Valley, CA 92708
Tel: (714) 641-4022
Fax: (714) 641-2082

*Attorneys for Defendant Newmax Technology Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 20, 2020.

*/s/ Alan M. Fisch*
Alan M. Fisch