# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| LARGAN PRECISION CO., LTD., | |
| Plaintiff, | Case No. 4:19-cv-696-ALM |
| v. | DEMAND FOR JURY TRIAL |
| ABILITY OPTO-ELECTRONICS TECHNOLOGY CO., LTD., ET AL., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Largan Precision Co., Ltd. ("Largan") and Defendant Newmax Technology Co., Ltd. ("Newmax") have reached a settlement to dismiss the claims and causes of action between them in this action.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, Largan and Newmax stipulate that all claims asserted by Largan against Newmax in the above-captioned case and all affirmative defenses asserted by Newmax against Largan in the above-captioned case be dismissed with prejudice. Largan and Newmax further stipulate that each party shall bear its own costs and fees, and respectfully ask the Court to enter the accompanying proposed order formalizing the dismissal.

Dated: August 25, 2020						Respectfully submitted,

/s/ *Alan M. Fisch*
Alan M. Fisch
Lead Attorney
D.C. Bar No. 453068
alan.fisch@fischllp.com
R. William Sigler (pro hac vice)
D.C. Bar No. 490957
bill.sigler@fischllp.com
Lisa N. Phillips (pro hac vice)
D.C. Bar No. 485943
lisa.phillips.fischllp.com
Adam A. Allgood
Texas Bar No. 24059403
adam.allgood@fischllp.com
Matthew R. Benner (pro hac vice)
D.C. Bar No. 219421
matthew.benner@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

Ken K. Fung
California Bar No. 283854
ken.fung@fischllp.com
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Plaintiff Largan Precision Co., Ltd.*

*/s/ Christine Yang*
David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

LAW OFFICES OF S.J. CHRISTINE YANG

Christine Yang (admitted *pro hac vice*)
chrisyang@sjclawpc.com
17220 Newhope Street, Suite 101
Fountain Valley, CA 92708
Tel: (714) 641-4022
Fax: (714) 641-2082

*Attorneys for Defendant Newmax Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 25, 2020.

*/s/ Alan M. Fisch*
Alan M. Fisch