THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **LARGAN PRECISION CO., LTD.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ABILITY OPTO-ELECTRONICS TECHNOLOGY CO., LTD.;**<br>**NEWMAX TECHNOLOGY CO., LTD.; AND HP INC.**<br><br>    **Defendants.** | Case No. 4:19-cv-00696-ALM |

## DEFENDANT HP INC.'S
## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant HP Inc. respectfully requests that Sarah R. Daley of Maynard Cooper & Gale, LLP, be permitted to withdraw as counsel of record for Defendant HP Inc. The granting of this motion imposes no delay and will not affect any deadlines in the case.  Further, the clerk is requested to terminate all CM/ECF notifications as to Sarah R. Daley for this action.  Counsel for Plaintiff does not object to the filing of this Motion.

Dated: September 14, 2020                                  Respectfully submitted,

                                                                              */s/ Melissa R. Smith*
                                                                              Melissa R. Smith
                                                                              State Bar No. 24001351
                                                                              GILLAM & SMITH, LLP
                                                                              303 South Washington Avenue
                                                                              Marshall, Texas 75670
                                                                              Telephone:  (903) 934-8450
                                                                              Facsimile:  (903) 934-9257
                                                                              Email:  melissa@gillamsmithlaw.com

OF COUNSEL:

Sasha G. Rao
Brandon H. Stroy
MAYNARD COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415.646.4702
Facsimile: 205.254.1999
Email: srao@maynardcooper.com
Email: bstroy@maynardcooper.com

***Attorneys for Defendant HP Inc.***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 14, 2020.

*/s/ Melissa R. Smith*
Melissa R. Smith