# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| LARGAN PRECISION CO., LTD. § | |
| § | |
| v. § | Civil Action No. 4:19cv696 |
| § | Judge Mazzant |
| ABILITY OPTO-ELECTRONICS § | |
| TECHNOLOGY CO., LTD., ET AL. § | |

## ORDER

On September 16, 2020, the Court-appointed technical advisor, Scott Woloson, submitted to the Court his statement for services rendered in this matter, in the amount of $1,890.00. The Court has reviewed Mr. Woloson's statement and finds that the fees requested are reasonable and necessary.

Accordingly, the Court hereby **ORDERS** the parties to appropriately divide and pay $1,890.00 to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055 [Account No. 12.0004] within thirty (30) days from the entry of this Order.

**IT IS SO ORDERED.**

**SIGNED this 16th day of September, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE