# Exhibit A

UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LARGAN PRECISION CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> ABILITY OPTO-ELECTRONICS TECHNOLOGY CO., LTD.; AOET TECHNOLOGY CO., LTD.; AND HP INC., <br><br> Defendants. | Case No. 4:19-cv-696-ALM <br><br> DEMAND FOR JURY TRIAL |

## NOTICE OF APOLOGY FROM AOET'S CHAIRMAN TO LARGAN PRECISION

The chairman of Ability Opto-Electronics Technology Co., Ltd. ("AOET") issues the following formal apology to Largan Precision Co., Ltd. ("Largan") related to this matter:

On behalf of Ability Opto-Electronics Technology Co., Ltd. and myself, I sincerely apologize to Largan Precision Co., Ltd. for the improper actions AOET has taken regarding Largan's patents, copyrights, and trade secrets. Those actions are further identified at least in the proceedings in this Court and the United District Courts for the Northern District of California, and the findings of Taiwan's Intellectual Property Court and Taiwan Taichung District Court. Please accept the agreed payments from AOET to Largan as part of our apology. Please be assured that AOET has taken steps to ensure that AOET does not again infringe Largan's copyrights or misappropriate Largan's trade secrets.

_____
Victor Kao
Chairman, Ability Opto-Electronics Co., Ltd.